**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re:                                              Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,               Case No. 18-23538 (SHL)

                          Debtors.                  (Confirmed)
----------------------------------------------------------x

<u>**ORDER SCHEDULING STATUS CONFERENCE**</u>

On February 9, 2021, the above-captioned debtors (the "Debtors') filed the *Debtors'*

*Twenty-Third Omnibus Objection to Proofs of Claim (No Liability Claims)* [ECF No. 9284] (the

"Omnibus Objection").  The Omnibus Objection, among other things, objected to Proofs of

Claim No. 24733 and 24734 (the "Claims") filed by Mr. Beau LeBaron.  Mr. LeBaron

subsequently filed an opposition to the Omnibus Objection and the Debtors filed a reply.  *See*

ECF Nos. 9336, 9539, 10002, 10058.

On November 10, 2021, a hearing was held on the Omnibus Objection (the "Hearing"), at

which Mr. LeBaron appeared on a *pro se* basis.  *See generally* Hr'g Tr. 29:13-53:14 (Nov. 10,

2021) [ECF No. 10084].  During the Hearing, the Court heard oral argument on the Omnibus

Objection and gave certain preliminary rulings with respect to the Claims.  *See id.* at 51:23-

52:14; 53:11-14.  The Court also directed that the Debtors and Mr. LeBaron engage in

discussions regarding the Claims.  *See id.* at 51:17:22; 52:16-19.

Mr. LeBaron subsequently filed additional papers relating to the Claims.  *See* ECF Nos.

10362, 10790, 10794.  The Debtors set a further hearing on the Omnibus Objection, but it was

cancelled and does not appear to have been rescheduled.  *See Notice of Hearing on the Debtors'*

*Twenty-Third Omnibus Objection to Proofs of Claim (No Liability Claims) Relating to Claim*

*Nos. 24733 and 24734 Scheduled for August 23, 2022 at 10:00 A.M. (ET)* [ECF No. 10451];

*Notice of Cancellation and Adjournment of August 23, 2022 Zoom Hearing to a Date to Be*

*Determined* [ECF No. 10589].  Mr. LeBaron has repeatedly contacted the Court to inquire about

the status of his Claims.[1]

Based upon the various pleadings and the record of the Hearing, it is hereby:

**ORDERED**, that both the Debtors and Mr. LeBaron appear at a status conference on

**March 29, 2023 at 11:00 a.m. (EST)** before the Honorable Sean H. Lane, via Zoom (the "Status

Conference").  Parties wishing to participate in the Status Conference must register their

appearance utilizing the Electronic Appearance portal located on the Court's website at:

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later

than 4:00 P.M. (EST) on March 28, 2023.  Additional information concerning how to participate

in the Status Conference is available in the Court's Zoom Video Hearing Guide, available at:

https://www.nysb.uscourts.gov/zoom-video-hearing-guide; and it is further

**ORDERED**, that the Status Conference will not be a hearing on the merits of the

Omnibus Objection.  Instead, the Debtors and Mr. LeBaron should be prepared to advise the

Court on the current status of the Omnibus Objection, any progress that has been made through

discussions between the parties, and the scheduling of further proceedings.  Any further hearing

on the merits will be set by the Court at the Status Conference.

Dated: White Plains, New York
      March 6, 2023

                        **/s/ Sean H. Lane**
                        UNITED STATES BANKRUPTCY JUDGE

---

[1]    The Hearing was presided over by Judge Robert D Drain.  On July 2, 2022, the above-captioned cases were reassigned to Judge Sean H. Lane.  *See Notice of Case Reassignment* [ECF No. 10516].  Mr. LeBaron has emailed both Judge Drain and Judge Lane directly about the status of proceedings.  The Court therefore entered an *Order Regarding Contact with Chambers* [ECF No. 10705], which bars Mr. LeBaron from contacting the Court by email.  The Order directed Mr. LeBaron to submit any further pleadings to the Court either in person or by U.S. mail.  *See id.*

**Copies mailed to:**

Beau LeBaron
217 East Acacia St.
Apt A
Brea, CA 92821
Beau@bluesoulpub.com (by email)
beausinbrea@live.com (by email)

Garrett A. Fail, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153

Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153

Jared R. Friedmann, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153

Phil DiDonato, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153

United States Bankruptcy Court

Southern District of New York

In re:                                                                    Case No. 18-23538-shl

Sears Holdings Corporation                                               Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: admin | Page 1 of 100 |
| --- | --- | --- |
| Date Rcvd: Mar 16, 2023 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| 7705917 | + BEAU BRADY LEBARON, 217 E Acacia St, Apt A, Brea, CA 92821-6506 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| A.J. Webb | on behalf of Creditor Washington Prime Group Inc. awebb@fbtlaw.com |
| Aaron C. Smith | on behalf of Creditor Pension Benefit Guaranty Corporation asmith@lockelord.com autodocket@lockelord.com;jcataldo@lockelord.com;jmedina@lockelord.com;autodocketdev@lockelord.com |
| Aaron Gerhard Miller, III | on behalf of Creditor Christina Lagunas amiller@vazirilaw.com |
| Aaron J. Scheinfield | on behalf of Creditor Alliance Material Handling Corp. aaron@bk-lawyer.net |
| Aaron L. Hammer | on behalf of Creditor Horwood Marcus & Berk Chartered ahammer@hmblaw.com ecfnotices@hmblaw.com;jguzzardo@hmblaw.com |

Aaron R. Cahn
on behalf of Creditor South Central GWB Co.  Inc. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Defendant South Central GWB Co.  Inc. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Abena Mainoo
on behalf of Interested Party Transform Holdco LLC amainoo@cgsh.com  maofiling@cgsh.com

Abena Mainoo
on behalf of Creditor JPP II  LLC amainoo@cgsh.com, maofiling@cgsh.com

Abena Mainoo
on behalf of Creditor JPP  LLC amainoo@cgsh.com, maofiling@cgsh.com

Abena Mainoo
on behalf of Creditor ESL Investments  Inc. amainoo@cgsh.com, maofiling@cgsh.com

Adam David Cole
on behalf of Defendant C C 1 Limited Partnership cole@chipmanbrown.com dero@chipmanbrown.com;desgross@chipmanbrown.com;fusco@chipmanbrown.com;chipman@chipmanbrown.com

Adam L. Rosen
on behalf of Creditor National Union Fire Insurance Company adam.rosen@alrcounsel.com

Adam M. Levy
on behalf of Defendant Finsbury LLC alevy@dglaw.com

Adam Troy Ratliff
on behalf of Creditor Wolverine World Wide Inc aratliff@wnj.com  tparrish@wnj.com

Adam Troy Ratliff
on behalf of Defendant Wolverine World Wide Inc. aratliff@wnj.com  tparrish@wnj.com

Adrienne Woods
on behalf of Defendant Larson Manufacturing Company Inc. adrienne@woodslawpc.com

Ajay Gupta
on behalf of Unknown Chatmeter Inc. ag@socal.law

Ajay Gupta
on behalf of Defendant Chatmeter Inc. ag@socal.law

Al J. Daniel, Jr.
on behalf of Defendant Peterson Technology Partners  Inc. ajd@daniellawpllc.com

Alan Feld
on behalf of Creditor Everlast World's Boxing Headquarters Corp. afeld@sheppardmullin.com 4760188420@filings.docketbird.com

Alan Garrow
on behalf of Defendant CRB Commercial Interiors Inc. agarrow@nealisgarrow.com

Alan D. Halperin
on behalf of Creditor Kellermeyer Bergensons Services  LLC lgu@halperinlaw.net

Alan D. Halperin
on behalf of Creditor Relator Carl Ireland  Administrator of the Estate of James Garbe lgu@halperinlaw.net

Alan E. Gamza
on behalf of Creditor Rosy Blue  Inc. Agamza@mosessinger.com, jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com

Alan E. Gamza
on behalf of Creditor Shanti Corporation D/B/A Vijay Gold Designs Agamza@mosessinger.com jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com

Alan F. Kaufman
on behalf of Creditor Pratt Corrugated Holdings  Inc. alan.kaufman@nelsonmullins.com, crystal.revelle@nelsonmullins.com

Alan F. Kaufman
on behalf of Creditor Pratt Industries Inc. alan.kaufman@nelsonmullins.com  crystal.revelle@nelsonmullins.com

Alan F. Kaufman
on behalf of Defendant Pratt Industries Inc. alan.kaufman@nelsonmullins.com  crystal.revelle@nelsonmullins.com

Alan H Katz
on behalf of Creditor Pension Benefit Guaranty Corporation akatz@lockelord.com  autodocket@lockelord.com

Alan H Katz
on behalf of Interested Party Pension Benefit Guaranty Corporation akatz@lockelord.com  autodocket@lockelord.com

Alan H Katz
　　　　　　　　on behalf of Interested Party Pension Benefit Guaranty Coproraton akatz@lockelord.com autodocket@lockelord.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Abraham Custom Creations  Inc. akindred@leechtishman.com,
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Northwest Permit Inc. akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Coco Jos akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Green Room Productions  Inc. akindred@leechtishman.com,
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Value Smart Products Inc. akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant AAA Pharmaceutical  Inc. akindred@leechtishman.com,
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant All Market Media  Inc. akindred@leechtishman.com,
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Daniel Beineke akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Lipsey Logistics Worldwide  LLC akindred@leechtishman.com,
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant ABC Hosiery akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Visser Greenhouses Inc. akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant TMM Investments Ltd. akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Teczia It Services LLC akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Design International Group Inc. akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Home Improvements By Duane And Adam LLC akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Brown Management Group  Inc. akindred@leechtishman.com,
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant RTA Products  LLC akindred@leechtishman.com,
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant G & M Appliance Supply Inc. akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Lift Trucks & Parts  Inc. akindred@leechtishman.com,
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
　　　　　　　　on behalf of Defendant Harris Paints akindred@leechtishman.com
　　　　　　　　dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Onix Networking Corp. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Creditor Universal Hosiery  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant A.G. & G. Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Whynter  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Renzo Excavating LLC akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant La Crosse Brush Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Fantasia Accessories  Ltd. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant M&S Accessory Network Corp. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant One Planet OPS Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Creditor Beauty 21 Cosmetics  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant American Plush Textile Mills  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Feedvisor Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant DeVore Lighting  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant June A. Grothe Construction  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant DGS Heartland Woodcraft LLC akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant 24 Seven  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Sunny 84  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Sennco Solutions  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Q.E.P. Co.  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Prestige Maintenance USA Ltd. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Interstate Trailer Sales Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

District/off: 0208-7                          User: admin                                    Page 5 of 100
Date Rcvd: Mar 16, 2023                       Form ID: pdf001                               Total Noticed: 1

Alan M Kindred
> on behalf of Defendant Sandy Inc. akindred@leechtishman.com
> dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
> on behalf of Defendant California Heating and Cooling Inc. akindred@leechtishman.com
> dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
> on behalf of Creditor Libby Dial Enterprises  LLC akindred@leechtishman.com,
> dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
> on behalf of Defendant Kahena Digital Marketing Ltd. akindred@leechtishman.com
> dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
> on behalf of Defendant EOS Products LLC akindred@leechtishman.com
> dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alana Friedberg Stevens
> on behalf of Creditor North Plaza II  LLC afriedbergstevens@gmail.com

Alana Friedberg Stevens
> on behalf of Creditor North Plaza I  LLC afriedbergstevens@gmail.com

Alana Friedberg Stevens
> on behalf of Creditor North Plaza III  LLC afriedbergstevens@gmail.com

Albena Petrakov
> on behalf of Unknown Saul Subsidiary I  LP apetrakov@offitkurman.com,
> janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Aldo G Bartolone, Jr
> on behalf of Unknown IDM  Inc. abartolone@thebermanlawgroup.com

Aldo G Bartolone, Jr
> on behalf of Defendant IDM  Inc. abartolone@thebermanlawgroup.com

Alexander Tiktin
> on behalf of Defendant HK Sino-Thai Trading Company Ltd. atiktin@tarterkrinsky.com
> alexander.tiktin@ecf.courtdrive.com;tpatterson@tarterkrinsky.com

Alexander Tiktin
> on behalf of Defendant Winning Resources Limited atiktin@tarterkrinsky.com
> alexander.tiktin@ecf.courtdrive.com;tpatterson@tarterkrinsky.com

Alexander Tiktin
> on behalf of Creditor Orient Craft Ltd atiktin@tarterkrinsky.com
> alexander.tiktin@ecf.courtdrive.com;tpatterson@tarterkrinsky.com

Alexander J. Beeby
> on behalf of Interested Party MOAC Mall Holding LLC alexb@sapientialaw.com

Alexis J. Rogoski
> on behalf of Unknown XL Specialty Insurance Company Ltd. c/o Michael B. Chester  Esq., Boundas, Skarzynski, Walsh & Black,
> LLC arogoski@skarzynski.com

Alfredo Fernandez-Martinez
> on behalf of Defendant B. Fernandez & Hnos.  Inc. afernandez@delgadofernandez.com

Alissa K. Piccione
> on behalf of Unknown Biltmore Commercial Properties I  LLC apiccione@reedsmith.com,
> alissa-piccione-6765@ecf.pacerpro.com

Allan B Diamond
> on behalf of Creditor Team Worldwide Corporation adiamond@diamondmccarthy.com

Allen G. Kadish
> on behalf of Creditor Community Unit School District 300 akadish@archerlaw.com
> lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Allen G. Kadish
> on behalf of Creditor Globant LLC akadish@archerlaw.com
> lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Allen G. Kadish
> on behalf of Unknown RetailNext  Inc. akadish@archerlaw.com,
> lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Alyssa E. Kutner
> on behalf of Creditor FBA Holdings  Inc. kutnera@ballardspahr.com

Alyssa E. Kutner
    on behalf of Creditor S-Tract LLC kutnera@ballardspahr.com

Alyssa E. Kutner
    on behalf of Creditor C.J. Segerstrom & Sons kutnera@ballardspahr.com

Amish R. Doshi
    on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amish R. Doshi
    on behalf of Defendant Netsuite Inc. amish@doshilegal.com

Amy R. Wolf
    on behalf of Debtor Sears Holdings Corporation arwolf@wlrk.com  calert@wlrk.com

Andrew Brown
    on behalf of Defendant TJ Daniels Inc. abrown@klestadt.com

Andrew Devore
    on behalf of Interested Party Duff & Phelps  LLC andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew Devore
    on behalf of Interested Party Cross Country Home Services  Inc. andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew Devore
    on behalf of Defendant Duff & Phelps  LLC andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew Devore
    on behalf of Interested Party Hero USA Inc. andrew.devore@ropesgray.com  nova.alindogan@ropesgray.com

Andrew Frackman
    on behalf of Defendant Trustee of the THOMAS J. TISCH 1994 ISSUE TRUST afrackman@omm.com
andrew-frackman-5190@ecf.pacerpro.com

Andrew Frackman
    on behalf of Defendant Benefit Street 2018  LLC afrackman@omm.com, andrew-frackman-5190@ecf.pacerpro.com

Andrew Frackman
    on behalf of Defendant Thomas J. Tisch afrackman@omm.com  andrew-frackman-5190@ecf.pacerpro.com

Andrew Rosenblatt
    on behalf of Defendant Havas Formula  LLC andrew.rosenblatt@nortonrosefulbright.com

Andrew Rosenblatt
    on behalf of Unknown Havas Formula  LLC and Havas Media Group USA, LLC andrew.rosenblatt@nortonrosefulbright.com

Andrew Rosenblatt
    on behalf of Defendant Havas Media Group USA LLC andrew.rosenblatt@nortonrosefulbright.com

Andrew Rosenblatt
    on behalf of Creditor One World Technologies  Inc. d/b/a Techtronic Industries Power Equipment
andrew.rosenblatt@nortonrosefulbright.com

Andrew Tenzer
    on behalf of Creditor GACP II  L.P. andrewtenzer@paulhastings.com

Andrew E. Arthur
    on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Andrew G. Dietderich
    on behalf of Creditor Fairholme Capital Management  LLC and Fairholme Funds, Inc. dietdericha@sullcrom.com,
s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com

Andrew I. Silfen
    on behalf of Interested Party Darden Restaurants  Inc. andrew.silfen@afslaw.com,
beth.brownstein@afslaw.com;lisa.indelicato@afslaw.com

Andrew I. Silfen
    on behalf of Interested Party Cheddars Casual Cafe  Inc. andrew.silfen@afslaw.com,
beth.brownstein@afslaw.com;lisa.indelicato@afslaw.com

Andrew I. Silfen
    on behalf of Interested Party Rare Hospitality Management  LLC andrew.silfen@afslaw.com,
beth.brownstein@afslaw.com;lisa.indelicato@afslaw.com

Andrew I. Silfen
    on behalf of Unknown Rare Hospitality International  Inc. andrew.silfen@afslaw.com,
beth.brownstein@afslaw.com;lisa.indelicato@afslaw.com

Andrew James Shaver
    on behalf of Defendant Bonnie Plant Farm ashaver@bradley.com

Andrew M. Troop

District/off: 0208-7                          User: admin                              Page 7 of 100
Date Rcvd: Mar 16, 2023                       Form ID: pdf001                          Total Noticed: 1

on behalf of Defendant Travel Concepts  Inc. andrew.troop@pillsburylaw.com

Andrew P. Tureaud

on behalf of Creditor GBR Green Acres Limited Liabilty Company and Greenwich 29 L.P. atureaud@kblaw.com
atureaud@kblaw.com

Andrew P. Tureaud

on behalf of Creditor 909 Group  L.P. atureaud@kblaw.com, atureaud@kblaw.com

Andrew R. Gottesman

on behalf of Unknown Ravenswood Station LLC gottesman@mintzandgold.com  gottesman@mintzandgold.com

Andrew S. Conway

on behalf of Creditor Taubman Landlords aconway@taubman.com

Andrew W. Weaver

on behalf of Creditor JPP  LLC aweaver@cgsh.com, maofiling@cgsh.com

Andrew W. Weaver

on behalf of Interested Party Transform Holdco LLC aweaver@cgsh.com  maofiling@cgsh.com

Andrew W. Weaver

on behalf of Creditor ESL Investments  Inc. aweaver@cgsh.com, maofiling@cgsh.com

Andrew W. Weaver

on behalf of Creditor JPP II  LLC aweaver@cgsh.com, maofiling@cgsh.com

Angelina E. Lim

on behalf of Creditor Demert Brands  Inc. angelinal@jpfirm.com, minervag@jpfirm.com;katherineb@jpfirm.com

Angelo Capalbo

on behalf of Creditor Nationwide General Insurance Company capala1@nationwide.com

Anne J. Penachio

on behalf of Defendant Lotus Onda Industrial Co. Ltd. apenachio@pmlawllp.com
penachio.anne@gmail.com;fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com;r55766@notify.bestcase.com
m

Anthony Charles Acampora

on behalf of Defendant 6 Sigma Construction  LLC AAcampora@SilvermanAcampora.com

Anthony F. Giuliano

on behalf of Defendant Serta Simmons Bedding  LLC afg@glpcny.com, paralegal@glpcny.com

Anthony J D'Artiglio

on behalf of Creditor Pecos County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Harlingen CISD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Matagorda County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Blanco CAD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Van Zandt CAD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor McLennan County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Angelina County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Del Rio ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Atascosa County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Atlanta ISD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Gregg County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Bexar County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Grayson County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

District/off: 0208-7                                    User: admin                                        Page 8 of 100
Date Rcvd: Mar 16, 2023                            Form ID: pdf001                                Total Noticed: 1

Anthony J D'Artiglio

on behalf of Creditor Harlingen ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hood CAD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Nueces County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Polk County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor El Paso ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Aransas county ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Victoria county ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Allen ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor McAllen ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wilson County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Jefferson County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Fort Bend County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Montgomery County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hopkins County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Frisco ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Navarro County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wharton Co Jr Coll Dist ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Plaintiff Sayville Menlo LLC ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Sulphur Springs ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor San Patricio County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Parker CAD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Ellis County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Cameron County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Cypress-Fairbanks ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Tom Green CAD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Jasper County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Dallas County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Rockwall CAD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Jim Wells CAD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hidalgo County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hunt County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Irving ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Eagle Pass ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Stephenville ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Tarrant County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wise County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Val Verde County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Galveston County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wood County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Cleveland ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Sayville Menlo LLC ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Smith County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Lewisville ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wise CAD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Kaufman County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Pleasanton ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Eagle Pass ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Harris County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Sulphur Springs ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Stephenville ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Bee County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony L Bini

on behalf of Defendant Air Master Awning LLC abinilaw@yahoo.com

Anthony M. Rainone

on behalf of Creditor iStar Jewelry  LLC arainone@bracheichler.com, palonso@bracheichler.com;jmartin@bracheichler.com

Arlene Rene Alves

on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee alves@sewkis.com

Armand Raffi Kizirian

on behalf of Creditor Massoud Afzal armand@kizirianlaw.com  delmy@boyamianlaw.com

Armand Raffi Kizirian

on behalf of Creditor Oswaldo Cruz armand@kizirianlaw.com  delmy@boyamianlaw.com

Armando Llorens
                on behalf of Unknown Felix Calls   LLC armando@furgang.com

August A Pilati
                on behalf of Defendant White Graphics Inc. apilati@lilliglaw.com

Avrum J. Rosen
                on behalf of Defendant International Roofing & Waterproofing Puerto Rico Corp. arosen@ajrlawny.com
                atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Avrum J. Rosen
                on behalf of Counter-Claimant Granada Sales Corp. arosen@ajrlawny.com
                atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Avrum J. Rosen
                on behalf of Counter-Claimant Centro Recaudaciones Ingresos Municipales arosen@ajrlawny.com
                atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Avrum J. Rosen
                on behalf of Counter-Claimant International Roofing & Waterproofing Puerto Rico Corp. arosen@ajrlawny.com
                atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Avrum J. Rosen
                on behalf of Defendant Centro Recaudaciones Ingresos Municipales arosen@ajrlawny.com
                atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Banyan Parker
                on behalf of Creditor Bonnie Mullins banyan@hansenmiller.com

Barbra R. Parlin
                on behalf of Defendant Venus Colombiana SA barbra.parlin@hklaw.com
                elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barbra R. Parlin
                on behalf of Creditor Plaza las Americas  Inc. barbra.parlin@hklaw.com,
                elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barbra R. Parlin
                on behalf of Creditor Fringe Area (II)  S.E. barbra.parlin@hklaw.com,
                elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barbra R. Parlin
                on behalf of Creditor Plaza del Caribe  S.E. barbra.parlin@hklaw.com,
                elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barbra R. Parlin
                on behalf of Creditor Garda CL Great Lakes  Inc. barbra.parlin@hklaw.com,
                elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Barry M. Kazan
                on behalf of Defendant Koa USA  Inc. kazan@mintzandgold.com

Barry N. Gutterman
                on behalf of Defendant Forward Air Solutions Inc. bngassc@aol.com

Barry N. Gutterman
                on behalf of Defendant Becker Logistics  Inc. bngassc@aol.com

Benjamin Hugon
                on behalf of Creditor Winners Industry Co.  Ltd. bhugon@mckoolsmith.com, nsauter@mckoolsmith.com

Benjamin Mintz
                on behalf of Defendant SBC Global Services  Inc. Benjamin.Mintz@arnoldporter.com,
                Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@
                ecf.pacerpro.com

Benjamin Mintz
                on behalf of Defendant AT&T Inc. Benjamin.Mintz@arnoldporter.com
                Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@
                ecf.pacerpro.com

Benjamin Mintz
                on behalf of Defendant AT&T Mobility LLC Benjamin.Mintz@arnoldporter.com
                Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@
                ecf.pacerpro.com

Benjamin Mintz
                on behalf of Defendant AT&T Global Network Services LLC Benjamin.Mintz@arnoldporter.com
                Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@
                ecf.pacerpro.com

Benjamin Mintz
                on behalf of Defendant The Ohio Bell Telephone Company Benjamin.Mintz@arnoldporter.com

District/off: 0208-7

Date Rcvd: Mar 16, 2023

User: admin

Form ID: pdf001

Page 11 of 100

Total Noticed: 1

Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@ecf.pacerpro.com

Benjamin A. Taylor

on behalf of Defendant Cesar L. Alvarez btaylor@jhany.com

Benjamin M Mather

on behalf of Unknown Nina & Gerald Greene bmather@kcr-law.com

Bernice C Lee

on behalf of Creditor SVAP Pompano Citi Centre II  L.P. blee@slp.law, mc@kttlaw.com

Bernice C Lee

on behalf of Creditor SVAP II Stones River  LLC blee@slp.law, mc@kttlaw.com

Bernice C Lee

on behalf of Creditor SVAP Golf Mill Retail II  L.P. blee@slp.law, mc@kttlaw.com

Beth E. Levine

on behalf of Defendant Dan Dee International Ltd. blevine@pszjlaw.com  lcanty@pszjlaw.com

Beth Ellen Rogers

on behalf of Defendant SSB Manufacturing Company brogers@berlawoffice.com

Beth J. Rotenberg

on behalf of Unknown Cardinal Health 110 LLC ecf@csglaw.com

Bethany Turke

on behalf of Creditor Rebecca Rysewyk brt@wbe-llp.com  ecf@wbe-llp.com

Bethany Turke

on behalf of Creditor Katie Smith brt@wbe-llp.com  ecf@wbe-llp.com

Bethany Turke

on behalf of Creditor Brian Van Vooren brt@wbe-llp.com  ecf@wbe-llp.com

Bill Gussman

on behalf of Defendant Trustee of the Andrew H. Tisch 10/10/2014 Annuity Trust bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Trustee of the DRT 1/14/14 ANNUITY TRUST bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant SAC CAPITAL ASSOCIATES LLC bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant MASON CAPITAL MGMT LLC bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant JHT 12/5/13 ANNUITY TRUST bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Trustee of the DRT 12/5/13 ANNUITY TRUST bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant LOCKHEED MARTIN CORPORATION MASTER RETIREMENT bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Andrew H Tisch bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Daniel R Tisch bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bo Shi

on behalf of Defendant JS Sainty Hantang Trad Co. Ltd. shiattorney@yahoo.com

Bo Shi

on behalf of Creditor JS Sainty Hantang Trad Co. Ltd. shiattorney@yahoo.com

Brad Eric Scheler

on behalf of Defendant Seritage Growth Properties schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler

on behalf of Defendant Seritage GS Holding LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

District/off: 0208-7
Date Rcvd: Mar 16, 2023

User: admin

Form ID: pdf001

Page 12 of 100

Total Noticed: 1

Brad Eric Scheler
    on behalf of Defendant Seritage KMT Finance LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
    on behalf of Defendant Seritage Growth Properties  L.P. schelbr@ffhsj.com, ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
    on behalf of Defendant Seritage SRC Mezzanine Finance LLC schelbr@ffhsj.com
ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
    on behalf of Defendant Seritage SPS Holdings LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
    on behalf of Defendant Seritage MS Holdings LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
    on behalf of Defendant Seritage KMT Mezzanine Finance LLC schelbr@ffhsj.com
ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
    on behalf of Defendant Seritage SRC Finance LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Bradley Schneider
    on behalf of Creditor Whirlpool Corporation bschneider@kbkfirm.com

Bradley J. Bartolomeo
    on behalf of Defendant Pilot Automotive  Inc. bradley.bartolomeo@lewisbrisbois.com

Bradley J. Bartolomeo
    on behalf of Defendant Kumho Tires USA Inc. bradley.bartolomeo@lewisbrisbois.com

Bradley S. Shraiberg
    on behalf of Creditor CompuCom Systems  Inc. bss@slp.law,
dwoodall@slp.law;ependergraft@slp.law;dwoodall@ecf.courtdrive.com

Bradley S. Shraiberg
    on behalf of Defendant Sterling Value Add Investments II bss@slp.law
dwoodall@slp.law;ependergraft@slp.law;dwoodall@ecf.courtdrive.com

Bradley S. Shraiberg
    on behalf of Defendant Office Depot  Inc. bss@slp.law, dwoodall@slp.law;ependergraft@slp.law;dwoodall@ecf.courtdrive.com

Brandon K. Bains
    on behalf of Interested Party Liberty Mutual Insurance Company brandon@bainslaw.com  ehyman@l-llp.com

Brandon R. Freud
    on behalf of Creditor MJ Holding Company  LLC bfreud@chuhak.com

Brendan Goodhouse
    on behalf of Interested Party Mauldin at Butler  LLC bgoodhouse@cuddyfeder.com

Brendan Goodhouse
    on behalf of Interested Party Church Street LLC bgoodhouse@cuddyfeder.com

Brent Meyer
    on behalf of Defendant QuinStreet  Inc. brent@meyerllp.com

Brett D. Goodman
    on behalf of Unknown Biltmore Commercial Properties I  LLC brett.goodman@afslaw.com

Brett D. Goodman
    on behalf of Unknown Steven Bruce as Trustee of the STEVEN BRUCE REVOCABLE TRUST  a trust formed under the laws of
the State of California dated July 16, 1996; Cara Bruce and Lou Cuida as Trustees of the CARA BRUCE IRREVO
brett.goodman@afslaw.com

Brett D. Goodman
    on behalf of Unknown Allison Bruce and Lou Cuida as Trustees of the ALLISON BRUCE IRREVOCABLE TRUST
brett.goodman@afslaw.com

Brett S. Moore
    on behalf of Defendant Tdbbs LLC bsmoore@pbnlaw.com
mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com;pnbalala@pbnlaw.com;vtran@pbnlaw.com

Brett S. Theisen
    on behalf of Defendant Belkin International Inc. btheisen@gibbonslaw.com

Brett S. Theisen
    on behalf of Creditor Henkel Corporation btheisen@gibbonslaw.com

Brian Custy
    on behalf of Creditor Ronald Yednak bcusty@custylaw.com

Brian Custy
  on behalf of Creditor Jenny Yednak bcusty@custylaw.com

Brian D. Glueckstein
  on behalf of Unknown Steven Mnuchin gluecksb@sullcrom.com
  s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Glueckstein
  on behalf of Defendant Steven Mnuchin gluecksb@sullcrom.com
  s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Koosed
  on behalf of Defendant PRESCOTT ASSOCIATES LP brian.koosed@klgates.com

Brian D. Koosed
  on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC brian.koosed@klgates.com

Brian D. Koosed
  on behalf of Defendant LUMA CAPITAL S.A.-SPF brian.koosed@klgates.com

Brian D. Koosed
  on behalf of Defendant PRESCOTT INVESTORS INC. brian.koosed@klgates.com

Brian D. Koosed
  on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP brian.koosed@klgates.com

Brian D. Koosed
  on behalf of Defendant Kinetics Portfolio Trust brian.koosed@klgates.com

Brian D. Koosed
  on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. brian.koosed@klgates.com

Brian J. Lohan
  on behalf of Creditor AT&T brian.lohan@arnoldporter.com
  brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com,brian-lohan-2986@ecf.pacerpro.com,ginger.clements@ar
  noldporter.com,maosnnby@arnoldporter.com

Brian J. Lohan
  on behalf of Creditor Turner Broadcasting Sales  Inc. brian.lohan@arnoldporter.com,
  brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com,brian-lohan-2986@ecf.pacerpro.com,ginger.clements@ar
  noldporter.com,maosnnby@arnoldporter.com

Brian J. Poronsky
  on behalf of Defendant HAP TRADING  LLC brian.poronsky@kattenlaw.com

Brian J. Poronsky
  on behalf of Defendant RIEF Trading LLC brian.poronsky@kattenlaw.com

Brian J. Poronsky
  on behalf of Defendant GF TRADING LLC brian.poronsky@kattenlaw.com

Brian J. Poronsky
  on behalf of Defendant RIEF RMP LLC brian.poronsky@kattenlaw.com

Brian S. McGrath
  on behalf of Creditor ARI Fleet LT BMcGrath@hinshawlaw.com

Brian S. McGrath
  on behalf of Creditor Automotive Rentals  Inc. BMcGrath@hinshawlaw.com

Brian T Peterson
  on behalf of Defendant Milliman  Inc. brian.peterson@klgates.com

Brigette McGrath
  on behalf of Defendant Newsday LLC bmcgrath@askllp.com
  lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
  on behalf of Plaintiff Sears  Roebuck and Co. bmcgrath@askllp.com,
  lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
  on behalf of Defendant Texas-New Mexico Newspapers  LLC bmcgrath@askllp.com,
  lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
  on behalf of Plaintiff Sears Home Improvement Productions  Inc. bmcgrath@askllp.com,
  lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
  on behalf of Plaintiff StarWest  LLC bmcgrath@askllp.com,
  lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff Kmart Holding Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Sharp Electronics Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff Florida Builder Appliances  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff M3 Advisory Partners  LP bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff Sears Home Improvement Products  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Sandu Inc. bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Franke Kitchen Systems  LLC bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Debtor Sears Holdings Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant David Lynn Meyer bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Wolters Kluwer Health  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Bernadine J. Eachus bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff California Builder Appliances  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Valley View Industries  H.C., Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff Sears Holdings Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brittany Mitchell Michael

on behalf of Creditor CenturyLink Communications  LLC bmichael@pszjlaw.com

Brittany Mitchell Michael

on behalf of Creditor Level 3 Communications  LLC bmichael@pszjlaw.com

Bruce Buechler

on behalf of Interested Party Active Media Services  Inc. d/b/a Active International bbuechler@lowenstein.com

Bruce M. Sattin

on behalf of Creditor Thomas Pelletteri bsattin@szaferman.com

Bruce M. Sattin

on behalf of Creditor Alexandria Pelletteri bsattin@szaferman.com

Bruce S. Nathan

on behalf of Interested Party LG Electronics Alabama  Inc. bnathan@lowenstein.com, msavetsky@lowenstein.com

Bruce S. Nathan

on behalf of Interested Party LG Electronics USA  Inc. bnathan@lowenstein.com, msavetsky@lowenstein.com

Bruce S. Nathan

on behalf of Interested Party Valvoline bnathan@lowenstein.com  msavetsky@lowenstein.com

CARL JOSEPH SORANNO
on behalf of Creditor iStar Jewelry  LLC csoranno@bracheichler.com,
dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com

CRG Financial LLC
on behalf of Creditor CRG Financial LLC notices@CRGfinancial.com

Caleb T. Holzaepfel
on behalf of Creditor Gadsden Mall Associates  LLC caleb.holzaepfel@huschblackwell.com, serena.hill@huschblackwell.com

Caleb T. Holzaepfel
on behalf of Creditor Wangard Partners  Inc. caleb.holzaepfel@huschblackwell.com, serena.hill@huschblackwell.com

Caleb T. Holzaepfel
on behalf of Creditor CBL & Associates Management Inc. caleb.holzaepfel@huschblackwell.com
serena.hill@huschblackwell.com

Caleb T. Holzaepfel
on behalf of Creditor Seven Springs Limited Partnership caleb.holzaepfel@huschblackwell.com  serena.hill@huschblackwell.com

Camille N Somoza
on behalf of Creditor Deportes Salvador Colom Inc. cnsomoza@gmail.com

Cardinal Health 110 LLC
brotenberg@csglaw.com

Carl Grumer
on behalf of Interested Party 51st Street Fruitland Ave.  LLC cgrumer@manatt.com

Carlos Baralt-Suarez
on behalf of Defendant B. Fernandez & Hnos.  Inc. cbaralt@delgadofernandez.com

Carlos Rios-Gautier
on behalf of Creditor Santa Rosa Mall  LLC riosgautierlaw@yahoo.com

Carlton Wiggam
on behalf of Creditor State of Nebraska Game and Parks Commission carlton.wiggam@nebraska.gov

Carly Everhardt
on behalf of Creditor Hain Capital Investors Master Fund Ltd. carly.everhardt@klgates.com
carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt
on behalf of Interested Party Whitebox Asymmetric Partners LP carly.everhardt@klgates.com
carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt
on behalf of Unknown Gary Polkowitz carly.everhardt@klgates.com  carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt
on behalf of Interested Party Whitebox Multi-Strategy Partners  LP carly.everhardt@klgates.com,
carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt
on behalf of Interested Party Cherokee Debt Acquisition  LLC carly.everhardt@klgates.com,
carly-everhardt-5001@ecf.pacerpro.com

Carol Chow
on behalf of Creditor LBG Medford  LLC Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow
on behalf of Creditor LBG Hilltop  LLC Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Ann Rich
on behalf of Creditor Lockhart Realty Inc crich@dudleylaw.com

Carol Ann Rich
on behalf of Creditor Tutu Park Ltd. crich@dudleylaw.com

Carol E. Momjian
on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov

Caroline Djang
on behalf of Creditor Niagra Bottling  LLC cdjang@buchalter.com, laurie.verstegen@bbklaw.com

Carrie Essenfeld
on behalf of Creditor Taubman Landlords cessenfeld@halperinlaw.net  cmitchell@halperinlaw.net

Casey Cantrell Swartz
on behalf of Creditor CIVF V-OH1M03  LLC cswartz@taftlaw.com

Cassandra Postighone
on behalf of Creditor Committee The Official Committee of Retirees With Life Insurance Benefits cpostighone13@gmail.com

Chantelle D. McClamb
on behalf of Examiner Fee Examiner cmcclamb@gibbonslaw.com

Charles George
on behalf of Creditor Z.A. Sneeden's Sons  Inc. cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com

Charles Gormally
on behalf of Defendant Istar Jewelery LLC cgormally@bracheichler.com  ncapra@bracheichler.com

Charles Gormally
on behalf of Defendant Istar Jewelry LLC cgormally@bracheichler.com  ncapra@bracheichler.com

Charles Palella
on behalf of Defendant Regal Home Collections Inc. cpalella@atllp.com

Charles Palella
on behalf of Unknown Regal Home Collections Inc. cpalella@atllp.com

Charles Palella
on behalf of Defendant C-Life Group Ltd. cpalella@atllp.com

Charles Pugh
pmryan@sorlinglaw.com

Charles A Beckham, Jr
on behalf of Defendant Loomis Armored US  LLC charles.beckham@haynesboone.com, Kenneth.rusinko@haynesboone.com

Charles A. Gruen
on behalf of Unknown U.S. Bank National Association d/b/a U.S. Bank Equipment Finance cgruen@gruenlaw.com

Charles Dewey Cole, Jr
on behalf of Defendant Gage Roofing & Constructors  Inc. dcole@newmanmyers.com

Charles E Chamberlin
on behalf of Creditor State of Nebraska Game and Parks Commission charles.chamberlin@nebraska.gov

Charles F. Pugh
pmryan@sorlinglaw.com

Charles J. Filardi, Jr.
on behalf of Creditor Southhaven Associates LLC cfilardi@rrlawpc.com  abothwell@rrlawpc.com

Charles Michael Rubio
on behalf of Creditor Team Worldwide Corporation crubio@parkinsrubio.com
arobles@parkinslee.com;7485062420@filings.docketbird.com

Christian Paul Jensen
on behalf of Stockholder Thomas Tisch jensenc@sullcrom.com
christian-jensen-7493@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

Christopher Carty
on behalf of Attorney Herrick  Feinstein LLP ccarty@herrick.com

Christopher Carty
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates ccarty@herrick.com

Christopher Fong
on behalf of Unknown Cascade Water Services cfong@nixonpeabody.com

Christopher Gartman
on behalf of Creditor Matson Navigation Company  Inc. gartman@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Christopher Hoffman
on behalf of Unknown Bobbie Baker chris@dandwlawgroup.com

Christopher A. Grosman
on behalf of Creditor Forbes/Cohen Florida Properties  LP cgrosman@carsonfischer.com

Christopher A. Lynch
on behalf of Interested Party A.R.E. Investment Co. chrislynch65@gmail.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Defendant Groupby USA Inc. chrislynch65@gmail.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Defendant Infoblox Inc. chrislynch65@gmail.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Creditor Beeline.com  Inc. chrislynch65@gmail.com, chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch

on behalf of Defendant Medtech Products Inc. chrislynch65@gmail.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch

on behalf of Interested Party A.R.E. Investment Co. chrislynch65@gmail.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Pellegrini

on behalf of Defendant MJ Holding Company LLC cpellegrini@chuhak.com

Christopher A. Pellegrini

on behalf of Creditor MJ Holding Company  LLC cpellegrini@chuhak.com

Christopher F. Graham

on behalf of Creditor DXC Technology Services LLC  successor in interest to Computer Sciences Corporation and CSC Covansys Corporation grahamc@whiteandwilliams.com

Christopher J Reilly

on behalf of Defendant Southwest Material Handling  Inc. creilly@klestadt.com

Christopher J Reilly

on behalf of Defendant Kreber Graphics  Inc. creilly@klestadt.com

Christopher J Reilly

on behalf of Defendant Icon Newco Pool creilly@klestadt.com

Christopher J. Battaglia

on behalf of Mediator Christopher J. Battaglia cbattaglia@halperinlaw.net  cessenfeld@halperinlaw.net

Christopher J. Giaimo, Jr.

on behalf of Defendant Dart Container Corporation christopher.giaimo@squirepb.com
sarah.conley@squirepb.com;christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Major

on behalf of Creditor Royal Consumer Products  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Stroebel

on behalf of Defendant Cam Lincoln LLC christopher.stroebel@stroeblaw.com

Christopher Lee Wilson

on behalf of Defendant QIT2 IE DFA CORE MANDATE clwilson@gibsondunn.com  nydocket@jonesday.com

Christopher M. Desiderio

on behalf of Trustee/Not Bankrupt U.S. BANK NATIONAL ASSOCIATION cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor 266 Route 125  LLC cdesiderio@nixonpeabody.com

Christopher Matthew Hemrick

on behalf of Creditor GroupBy USA  Inc. chemrick@walsh.law, chemrick@walsh.law

Christopher P. Schueller

on behalf of Creditor FedEx Supply Chain  Inc. and FedEx Custom Critical, Inc. christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Christopher P. Schueller

on behalf of Creditor Gokaldas Exports Ltd. christopher.schueller@bipc.com
timothy.palmer@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Christopher Robert Belmonte

on behalf of Interested Party International Business Machines Corporation crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte

on behalf of Interested Party Advance Magazine Publishers Inc. crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christy Rivera

on behalf of Creditor One World Technologies  Inc. d/b/a Techtronic Industries Power Equipment
christy.rivera@nortonrosefulbright.com

Clayton W Davidson

on behalf of Defendant APR Supply Co. cdavidson@mwn.com

Clayton W Davidson

on behalf of Creditor APR Supply Co. cdavidson@mwn.com

Clement Cheng

on behalf of Attorney Clement Cheng clemcheng@yahoo.com

Clement Cheng

on behalf of Defendant Sportspower Ltd. clemcheng@yahoo.com

Clifford A. Katz

on behalf of Defendant Apogee Delivery & Installation Inc. ckatz@platzerlaw.com

District/off: 0208-7
Date Rcvd: Mar 16, 2023

User: admin

Form ID: pdf001

Page 18 of 100

Total Noticed: 1

Constantine Dean Pourakis
on behalf of Unknown East Penn Manufacturing Co. cp@stevenslee.com

Courtney Morgan
on behalf of Creditor Pension Benefit Guaranty Corporation morgan.courtney@pbgc.gov  efile@pbgc.gov

Courtney Solomon
on behalf of Defendant Cesar L. Alvarez csolomon@jhany.com

Courtney A Schael
on behalf of Unknown Shinn Fu Company of America  Inc. cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com

Courtney A Schael
on behalf of Defendant Maxmark Inc. cschael@ashfordnjlaw.com  mrogers@ashfordnjlaw.com

Courtney A Schael
on behalf of Defendant Borden Ladner Gervais LLP cschael@ashfordnjlaw.com  mrogers@ashfordnjlaw.com

Courtney R. Shed
on behalf of Creditor LoanCare  LLC ecfnotices@grosspolowy.com, cshed@grosspolowy.com

Craig A. Wolfe
on behalf of Creditor Kimco Realty Corporation craig.wolfe@morganlewis.com  ronald.cappiello@morganlewis.com

Craig V Winslow
on behalf of Defendant QuinStreet  Inc. craig@cvwlaw.com

Curtis Hehn
on behalf of Unknown Ruyi Design & Manufacture Inc. curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant Beauty 21 Cosmetics  Inc. curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant Rhode Island Textile Company curtishehn@comcast.net

Curtis Hehn
on behalf of Unknown TJD Holdings Inc. curtishehn@comcast.net

Curtis Hehn
on behalf of Unknown Rhode Island Textile Company curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant TJD Holdings Inc. curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant A-Ipower Corporation curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant The Greystone Tea Company Inc curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant A iPower Corporation curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant Ruyi Design & Manufacture Inc. curtishehn@comcast.net

Curtis Hehn
on behalf of Unknown Beauty 21 Cosmetics  Inc. curtishehn@comcast.net

Curtis Hehn
on behalf of Counter-Claimant Harmony Homes  Inc. curtishehn@comcast.net

Curtis Lee Tuggle
on behalf of Creditor Administration Agreement Parties c/o Thompson Hine  LLP curtis.tuggle@thompsonhine.com,
ECFDocket@thompsonhine.com

Curtis Lee Tuggle
on behalf of Creditor Virginia Surety Company  Inc. curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com

Curtis M. Plaza
on behalf of Unknown The Joe and Frances McCann Family Limited Partnership cplaza@riker.com  tschellhorn@riker.com

Curtis S. Miller
on behalf of Interested Party LEFMARK Tamiami  Inc. cmiller@mnat.com

Cynthia L Pollick
on behalf of Creditor Karen Smith pollick@lawyer.com

Dana M. Andreoli
on behalf of Defendant SJK Development  Inc. dandreoli@steyerlaw.com

Dana S. Plon

on behalf of Creditor Westfall Town Center JV dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor Loyal Holdings DE LLC dplon@sirlinlaw.com

Daniel Shamah
    on behalf of Defendant Thomas J. Tisch dshamah@omm.com  daniel-shamah-9039@ecf.pacerpro.com

Daniel Shamah
    on behalf of Defendant Benefit Street 2018  LLC dshamah@omm.com, daniel-shamah-9039@ecf.pacerpro.com

Daniel Shamah
    on behalf of Defendant Trustee of the THOMAS J. TISCH 1994 ISSUE TRUST dshamah@omm.com
daniel-shamah-9039@ecf.pacerpro.com

Daniel Alexander Youngblut
    on behalf of Interested Party Shelley S. Hawkins dan.youngblut@foster.com  sandra.lonon@foster.com;kesarah.rhine@foster.com

Daniel H. Tabak
    on behalf of Defendant Totes Isotoner Corporation dtabak@cohengresser.com
managingclerksoffice@cohengresser.com,autodocket@cohengresser.com

Daniel J Bennett
    on behalf of Defendant Speer Mechanical dan@danbennettlaw.com

Daniel J. Guyder
    on behalf of Defendant HBOS FINAL SALARY PENSION SCHEME daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. McCarthy
    on behalf of Creditor Decore-Ative dmccarthy@hillfarrer.com

Daniel J. McCarthy
    on behalf of Creditor Decore-Ative Specialties  Inc. dmccarthy@hillfarrer.com

Daniel J. Weiner
    on behalf of Creditor Retail Contractors of Puerto Rico  Inc. dweiner@schaferandweiner.com

Daniel P Goldberg
    on behalf of Defendant Kunal Kamlani crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Daniel R. Swetnam
    on behalf of Interested Party 5330 Crosswind  LLC Daniel.Swetnam@icemiller.com, Peggy.Richardson@icemiller.com

Daniel R. Wotman
    on behalf of Defendant Housewares Corp. of Asia Limited dwotman@wotmanlaw.com
dwotman@wotmanlaw.com;wotmandr86431@notify.bestcase.com

Daniel W. Sklar
    on behalf of Unknown Coral Reef Asia Pacific a/k/a White Mountain Footwear dsklar@nixonpeabody.com
ccarlin@nixonpeabody.com

Darlene M. Nowak
    on behalf of Defendant NTA Enterprise Inc. nowak@marcus-shapira.com

Darlene M. Nowak
    on behalf of Defendant GTT Communications  Inc. nowak@marcus-shapira.com

Darlene M. Nowak
    on behalf of Creditor GTT Communications  Inc. nowak@marcus-shapira.com

Darrell W. Clark
    on behalf of Creditor Verizon Communications Inc. darrell.clark@stinsonleonard.com  catherine.scott@stinsonleonard.com

Darryl S. Laddin
    on behalf of Defendant Orkin LLC bkrfilings@agg.com

Darryl S. Laddin
    on behalf of Unknown Orkin  LLC bkrfilings@agg.com

David Azrin
    on behalf of Defendant Colombina De Puerto Rico LLC dta@gdblaw.com

David A. Greer
    on behalf of Defendant CDM Witchduck Associates LLC dgreer@davidgreerlaw.com

David A. Rolf
    on behalf of Creditor Sam Pugh darolf@sorlinglaw.com

David A. Rolf
    on behalf of Creditor Nicole Pugh darolf@sorlinglaw.com

David A. Rolf

David A. Rolf

on behalf of Creditor Jack Pugh darolf@sorlinglaw.com

David A. Rolf

on behalf of Creditor Charles F. Pugh darolf@sorlinglaw.com

David A. Rolf

on behalf of Creditor Charles Pugh darolf@sorlinglaw.com

David A. Rosenzweig

on behalf of Unknown Cantor Fitzgerald Securities  as Agent david.rosenzweig@nortonrosefulbright.com

David A. Rosenzweig

on behalf of Creditor Living Spaces Furniture  LLC david.rosenzweig@nortonrosefulbright.com

David Brett Zolkin

on behalf of Creditor MKK Enterprises Corp. dzolkin@wztslaw.com  maraki@ztlegal.com;sfritz@ztlegal.com

David Evan Otero

on behalf of Debtor Sears Holdings Corporation david.otero@akerman.com

David G. Aelvoet

on behalf of Unknown Kroll Restructuring Administration LLC Claims Agent sanantonio.bankruptcy@publicans.com

David G. Aelvoet

on behalf of Creditor Bexar County sanantonio.bankruptcy@publicans.com

David G. Tobias

on behalf of Creditor Superb International Co.  Ltd. dtobias@tobiaslawpc.com

David H. Wander

on behalf of Defendant Winning Resources Limited dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Defendant HK Sino-Thai Trading Company Ltd. dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor Winners Industry Co.  Ltd. dwander@tarterkrinsky.com, tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Unknown HK SINO-THAI TRADING COMPANY LTD dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor Stolaas Company dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor Electronics for Imaging  Inc. dwander@tarterkrinsky.com, tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor Pearl Global Industries  Ltd. dwander@tarterkrinsky.com, tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor Orient Craft Ltd dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Defendant Eric Jay Ltd. dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor ERIC JAY LTD dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David Henry Hartheimer

on behalf of Creditor - - Securian Life Insurance david@mhlaw-ny.com  david@clearbid.com

David Henry Hartheimer

on behalf of Unknown City of Minneapolis david@mhlaw-ny.com  david@clearbid.com

David Henry Hartheimer

on behalf of Creditor GitLab Inc. david@mhlaw-ny.com  david@clearbid.com

David J. Coyle

on behalf of Defendant Dorcy International Inc. dcoyle@shumaker.com

David J. Coyle

on behalf of Interested Party Dorcy International Inc. dba Dorcy International dcoyle@shumaker.com

David L. Pollack

on behalf of Creditor The Macerich Company pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor Brixmor Property Group  Inc. pollack@ballardspahr.com

David L. Pollack

on behalf of Unknown GEM Realty Capital  Inc. pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor C. E. Johns Company  Inc. pollack@ballardspahr.com

David L. Pollack
on behalf of Unknown Pacific Retail Group pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor Acadia Realty Limited Partnership pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor Centennial Real Estate Co. pollack@ballardspahr.com

David L. Pollack
on behalf of Unknown Kravco Company pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor White Plains Galleria Limited Partnership pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor PGIM Real Estate pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor Federal Realty Investment Trust pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor Starwood Retail Partners  LLC pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor Vintage Real Estate  LLC pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor GS Pacific ER  LLC pollack@ballardspahr.com

David L. Pollack
on behalf of Creditor Deutsche Asset & Wealth Management pollack@ballardspahr.com

David L. Tillem
on behalf of Unknown Putnam County tillemd@wemed.com

David M. Banker
on behalf of Creditor NorCell  Inc. dbanker@mmwr.com, david-banker-1986@ecf.pacerpro.com

David M. Bass
on behalf of Defendant Ultra Logistics Inc. dbass@coleschotz.com  ssallie@coleschotz.com

David M. Bass
on behalf of Interested Party Lifetime Brands  Inc. dbass@coleschotz.com, ssallie@coleschotz.com

David M. Blau
on behalf of Creditor Crossroads Centre II  LLC dblau@clarkhill.com

David M. Blau
on behalf of Creditor AGREE LIMITED PARTNERSHIP dblau@clarkhill.com

David M. Blau
on behalf of Creditor Ramco Jackson Crossing SPE  LLC dblau@clarkhill.com

David M. Blau
on behalf of Creditor Lakewood Shopping Center  LLC dblau@clarkhill.com

David M. Eisenberg
on behalf of Defendant Racoon-Mahoning Associates LLC deisenberg@maddinhauser.com

David M. Fusco
on behalf of Creditor United Food and Commercial Workers Union Local 880 dfusco@smcnlaw.com  dmfuscolaw@yahoo.com

David M. Schlachter
on behalf of Unknown Arthur Schwartz davids@lawdms.com

David M. Zensky
on behalf of Plaintiff Sears  Roebuck and Co. dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
dzensky@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Sears  Roebuck Acceptance Corp. dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Sears Holdings Corporation dzensky@akingump.com
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Innovel Solutions  Inc. dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Sears Development Co. dzensky@akingump.com
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Sears Holdings Management Corp. dzensky@akingump.com
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff STI Merchandising  Inc. dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Kmart Holding Corporation dzensky@akingump.com
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Kmart of Washington  LLC dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Troy Coolidge No. 13  LLC dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Sears Brands Business Unit Corp. dzensky@akingump.com
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Sears Brands  LLC dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Big Beaver of Florida Development  LLC dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Kmart Corporation dzensky@akingump.com
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates dzensky@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff MaxServ  Inc. dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff SHC Desert Springs  LLC dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Kmart Stores of Illinois  LLC dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
on behalf of Plaintiff Sears  Roebuck de Puerto Rico, Inc. dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David Michael Mannion
on behalf of Defendant The Clorox Sales Company DMannion@BlakeleyLLP.com ecf@blakeleyllp.com

David Michael Mannion
on behalf of Defendant RFP Atlas Sales LLC DMannion@BlakeleyLLP.com  ecf@blakeleyllp.com

David Michael Mannion
on behalf of Defendant Peggs Co. DMannion@BlakeleyLLP.com  ecf@blakeleyllp.com

David N. Crapo
on behalf of Defendant S&P Global Inc. dcrapo@gibbonslaw.com

David N. Crapo
on behalf of Creditor S&P Global  Inc. dcrapo@gibbonslaw.com

District/off: 0208-7                          User: admin                                    Page 23 of 100
Date Rcvd: Mar 16, 2023                       Form ID: pdf001                                 Total Noticed: 1

David R Taxin
    on behalf of Unknown 5525 S. Soto St. Associates davidtaxin@dahannowick.com

David R. Softness
    on behalf of Creditor Atlas Signs Holdings  Inc. david@softnesslaw.com, mari@softnesslaw.com

David S. Gragg
    on behalf of Creditor Walters Investments  LP dgragg@langleybanack.com, cjohnston@langleybanack.com

David S. Gragg
    on behalf of Creditor Alatex  A Joint Venture dgragg@langleybanack.com, cjohnston@langleybanack.com

David S. Gragg
    on behalf of Creditor Wal-Go Associates LLC dgragg@langleybanack.com  cjohnston@langleybanack.com

David S. Gragg
    on behalf of Creditor Papa Rochester  LP dgragg@langleybanack.com, cjohnston@langleybanack.com

David S. Kupetz
    on behalf of Creditor Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11  1999, Vegas Group, LLC,
    and East River Group, LLC David.Kupetz@lockelord.com, asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com

David W. Dykhouse
    on behalf of Defendant Johnson & Johnson Consumer Inc. dwdykhouse@pbwt.com  mcobankruptcy@pbwt.com

Dawn Kirby
    on behalf of Defendant Beijing Industrial Development Co. Ltd. dkirby@kacllp.com
    bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
    on behalf of Creditor Bonnier Corp. dkirby@kacllp.com
    bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
    on behalf of Creditor Springs Window Fashions  LLC dkirby@kacllp.com,
    bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
    on behalf of Defendant Angie's List  Inc. dkirby@kacllp.com,
    bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
    on behalf of Unknown Felix Calls   LLC dkirby@kacllp.com,
    bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
    on behalf of Interested Party Greenhorn Ventures LLC dkirby@kacllp.com
    bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
    on behalf of Creditor U.S. Nonwovens Corp. dkirby@kacllp.com
    bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
    on behalf of Defendant Springs Window Fashions  LLC dkirby@kacllp.com,
    bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dean J Despotovich
    on behalf of Defendant Bektrom Foods Inc. djdatty@aol.com  djdatty@aol.com

Dean Lindsay Chapman, Jr.
    on behalf of Plaintiff MaxServ  Inc. dchapman@akingump.com,
    AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
    on behalf of Plaintiff Sears  Roebuck and Co. dchapman@akingump.com,
    AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
    on behalf of Plaintiff Sears  Roebuck de Puerto Rico, Inc. dchapman@akingump.com,
    AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
    on behalf of Plaintiff Kmart Holding Corporation dchapman@akingump.com
    AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
    on behalf of Plaintiff Sears  Roebuck Acceptance Corp. dchapman@akingump.com,
    AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
    on behalf of Plaintiff Innovel Solutions  Inc. dchapman@akingump.com,
    AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Troy Coolidge No. 13  LLC dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Kmart of Washington  LLC dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Holdings Management Corp. dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff STI Merchandising  Inc. dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Kmart Stores of Illinois  LLC dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Holdings Corporation dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Development Co. dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Big Beaver of Florida Development  LLC dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff SHC Desert Springs  LLC dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Kmart Corporation dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Brands  LLC dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Brands Business Unit Corp. dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Deborah Jill Michelson
on behalf of Unknown Arca Industrial (NJ)  Inc. michelson@buckleyking.com, hinkle@buckleyking.com

Deborah L. Fletcher
on behalf of Defendant Positec (Macao Commercial Offshore) Limited fletcher@fsblegal.com  d.fletcher@me.com

Deborah L. Fletcher
on behalf of Defendant Positec USA  Inc. fletcher@fsblegal.com, d.fletcher@me.com

Deborah M Perry
on behalf of Creditor International Airport Center  Inc. dperry@munsch.com

Dennis M. Haley
on behalf of Defendant International Packaging Supplies LLC dhaley@winegarden-law.com

Dennis M. Haley
on behalf of Attorney Dennis M Haley dhaley@winegarden-law.com

Derek L. Wright
on behalf of Unknown CenterPoint Properties Trust dwright@mayerbrown.com
nycdocket@mayerbrown.com;3663606420@filings.docketbird.com

Derrick Talerico
on behalf of Creditor MKK Enterprises Corp. dtalerico@wztslaw.com  maraki@ztlegal.com;sfritz@ztlegal.com

Devon Eggert
on behalf of Creditor Korpack  Inc. deggert@bclaw.net, pfoster@bclaw.net

Devon Eggert
on behalf of Interested Party True Value Company deggert@bclaw.net  pfoster@bclaw.net

District/off: 0208-7                                    User: admin                                           Page 25 of 100
Date Rcvd: Mar 16, 2023                            Form ID: pdf001                                      Total Noticed: 1

Diane W. Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Aransas county austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Bee County austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Harlingen CISD austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Victoria county austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Jim Wells CAD austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor City Of Harlingen austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Cameron County austin.bankruptcy@lgbs.com

Dianne F. Coffino
    on behalf of Unknown Certain Former Directors of Sears Canada  Inc. dcoffino@cov.com

Don D.G. James
    on behalf of Creditor Samantha S Parchment donjamespa@aol.com

Donald F. Campbell, Jr.
    on behalf of Interested Party Saker ShopRites  Inc. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Donald W. Clarke
    on behalf of Creditor Auburndale Properties  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W. Clarke
    on behalf of Creditor Levcom Wall Plaza Associates dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W. Clarke
    on behalf of Creditor West Orange Plaza dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donna H. Lieberman
    on behalf of Creditor Kellermeyer Bergensons Services  LLC dlieberman@halperinlaw.net, dlieberman@halperinlaw.net

Doron Yitzchaki
    on behalf of Creditor Combine International Inc. dyitzchaki@dickinsonwright.com

Doug Skierski
    on behalf of Creditor Quest Resource Management Group LLC enotices@skijain.com

Doug Skierski
    on behalf of Defendant Quest Resource Management Group  LLC enotices@skijain.com

Doug Skierski
    on behalf of Unknown Quest Resource Management Group LLC enotices@skijain.com

Douglas B. Rosner
    on behalf of Defendant Swimways Corp. drosner@goulstonstorrs.com

Douglas B. Rosner
    on behalf of Creditor STAG IV Cheektowaga  LLC drosner@goulstonstorrs.com

Douglas B. Rosner
    on behalf of Creditor New Westgate Mall LLC drosner@goulstonstorrs.com

Douglas B. Rosner
    on behalf of Creditor Cape Town Plaza LLC drosner@goulstonstorrs.com

Douglas B. Rosner
    on behalf of Creditor OND Property  LLC drosner@goulstonstorrs.com

Douglas J. Pick
    on behalf of Creditor Perlene Haley dpick@picklaw.net  ezabicki@picklaw.net

Douglas J. Pick
    on behalf of Creditor Norton Mailman Associates dpick@picklaw.net  ezabicki@picklaw.net

Douglas S. Draper
    on behalf of Defendant Smittys Supply Inc. ddraper@hellerdraper.com

gbrouphy@hellerdraper.com;vgamble@hellerdraper.com;ddraper@hellerdraper.com;dhepting@hellerdraper.com;lcollins@heller
draper.com

Douglas T. Tabachnik
                        on behalf of Creditor Certain Texas Taxing Entities dtabachnik@dttlaw.com  rdalba@dttlaw.com

Duane Brescia
                        on behalf of Creditor Epicor Software Corporation dbrescia@clarkhill.com
                        bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;ckclark@clarkhill.com

Duriya Dhinojwala
                        on behalf of Defendant American Color Inc. ddhinojwala@bmdllc.com

Dustin Smith
                        on behalf of Creditor 1291079 Ontario Limited  as class representative for the potential class of Sears Hometown Dealer stores
                        smithd@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Dustin Smith
                        on behalf of Creditor Honourable J. Douglas Cunningham  Q.C., as court-appointed litigation trustee for the Canadian Debtors
                        smithd@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Dustin Parker Branch
                        on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC branchd@ballardspahr.com
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Unknown Kravco Company branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Creditor Brixmor Property Group  Inc. branchd@ballardspahr.com,
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Creditor GEM Realty Capital  Inc. branchd@ballardspahr.com,
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Interested Party Cedar - Valley Plaza  LLC branchd@ballardspahr.com,
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Creditor Federal Realty Investment Trust branchd@ballardspahr.com
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Interested Party Brixmor Operating Partnership  L.P. branchd@ballardspahr.com,
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Creditor Acadia Realty Limited Partnership branchd@ballardspahr.com
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Creditor Centennial Real Estate Co. branchd@ballardspahr.com
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Creditor Brooks Shopping Centers  LLC branchd@ballardspahr.com,
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Creditor CenterCal Properties  LLC branchd@ballardspahr.com,
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Creditor White Plains Galleria Limited Partnership branchd@ballardspahr.com
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Interested Party Passco Hanford Mall  LLC branchd@ballardspahr.com,
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Creditor Starwood Retail Partners  LLC branchd@ballardspahr.com,
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Unknown GEM Realty Capital  Inc. branchd@ballardspahr.com,
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                        on behalf of Creditor Gemini Alto Centerville Partners  LLC branchd@ballardspahr.com,
                        carolod@ballardspahr.com;simonjm@ballardspahr.com

District/off: 0208-7                          User: admin                          Page 27 of 100
Date Rcvd: Mar 16, 2023                       Form ID: pdf001                       Total Noticed: 1

Dustin Parker Branch
on behalf of Creditor C. E. Johns Company  Inc. branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Deutsche Asset & Wealth Management branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Interested Party Heidenberg Properties  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Interested Party Hart I-55 Industrial  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Interested Party Weitzman branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Vintage Real Estate  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor GS Pacific ER  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor WBCMT 2007-C33 INDENDENCE CENTER LLC branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor The Macerich Company branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor C. E. John Company  Inc. branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor PGIM Real Estate branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Unknown Pacific Retail Group branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

E. David Chanin
on behalf of Defendant Almo Corporation dchanin@kleinbard.com

E. David Chanin
on behalf of Unknown Almo Corporation dchanin@kleinbard.com

Eboney Cobb
on behalf of Creditor Carrollton-Farmers Branch ISD ecobb@pbfcm.com

Eboney Cobb
on behalf of Creditor Certain Texas Taxing Entities ecobb@pbfcm.com

Eboney Cobb
on behalf of Creditor Richardson ISD ecobb@pbfcm.com

Eboney Cobb
on behalf of Creditor Garland ISD ecobb@pbfcm.com

Eboney Cobb
on behalf of Creditor City of Garland ecobb@pbfcm.com

Edgardo Munoz
on behalf of Creditor PLAZA JUANA DIAZ INC emunozpsc@gmail.com

Edgardo Munoz
on behalf of Creditor SUNSHINE SHOPPING CENTER INC emunozpsc@gmail.com

Eduardo J. Glas
on behalf of Unknown Natalie Parker ejglas@gmail.com

Edward E. Neiger
on behalf of Creditor EzraSons  Inc. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
on behalf of Unknown Sears  Roebuck and Co. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
on behalf of Plaintiff Florida Builder Appliances  Inc. eneiger@askllp.com,

lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Creditor The NES Group eneiger@askllp.com  lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Creditor City Choice Limited eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff Sears  Roebuck and Co. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff Sears Home Improvement Products  Inc. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff StarWest  LLC eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff Kmart Holding Corporation eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff California Builder Appliances  Inc. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Creditor Coca-Cola Bottling Co. Consolidated eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff Sears Home Improvement Productions  Inc. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward L. Schnitzer

on behalf of Defendant Milberg Factors Inc. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Vehicle Service Group  LLC eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant Sakar International  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Attorney Edward L. Schnitzer eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant Eastern Prime Textile Limited eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Giza Spinning & Weaving Co. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor BST International Fashion Ltd eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Carmine Molinaro  Jr. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Interested Party Robert Malone eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Interested Party Felicia Browell eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Interested Party Thomas K. Dowler eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Steven R. Wolf eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

District/off: 0208-7                                      User: admin                                      Page 29 of 100
Date Rcvd: Mar 16, 2023                                   Form ID: pdf001                                   Total Noticed: 1

Edward L. Schnitzer
on behalf of Creditor Crossroads Mall  LLC eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Hankook Tire America Corporation eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor F.F.T. International (H.K.) LTD. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Werner Enterprises  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor NorCell  Inc. eschnitzer@mmwr.com, edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant The Asean Corporation Limited eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Garland Sales  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Exquisite Apparel Corp. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Adesso-Madden  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Sakar International eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Textiles From Europe  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant S Lichtenberg & Co. Inc. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Colette Molinaro eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Werner Enterprises  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Eastern Prime Textiles Limited eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Interested Party Renne I. Dowler eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward M. Fox
on behalf of Unknown Wilmington Trust  National Association emfox@seyfarth.com

Edward M. King
on behalf of Creditor Sitel Operating Corporation tking@fbtlaw.com

Edward N Gewirtz
on behalf of Defendant Rio Sul S.A. de C.V. chona@bgandg.com  ygreenberg@bgandg.com

Edwin H Caldie
on behalf of Creditor CenturyLink Communications  LLC ed.caldie@stinson.com,
jess.rehbein@stinson.com,MPL.LSSTeam5@stinson.com

Ehret A. Van Horn
on behalf of Creditor Rushmore Loan Management Services  LLC ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com

Elena Liveris
on behalf of Creditor Richard Bruce eliveris@mmulderlaw.com  adonnelly@mmulderlaw.com

Eli J. Vonnegut
on behalf of Creditor Citibank  N.A. eli.vonnegut@davispolk.com,
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Elias L Fernandez-Perez
on behalf of Defendant O.H. Sunglass Inc. eliaslaureano@gmail.com

Elias L Fernandez-Perez
on behalf of Defendant Multiple Solutions Inc. eliaslaureano@gmail.com

Elise S. Frejka
on behalf of Consumer Privacy Ombudsman Elise S. Frejka efrejka@frejka.com

Elizabeth Weller
on behalf of Creditor Hood CAD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Lewisville isd Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Sulphur Springs ISD Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Allen ISD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Hunt County Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Gregg County Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Ellis County Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Wise CAD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Paker CAD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Irving ISD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Navarro county Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Wood County Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Stephenville ISD Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor City of Sulphur Springs Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor City of frisco Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Kaufman County Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Hopkins County Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Rockwall CAD Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
    on behalf of Creditor City of Atlanta Dora.Casiano-Perez@lgbs.com
    Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
    on behalf of Creditor Tom Green CAD Dora.Casiano-Perez@lgbs.com
    Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
    on behalf of Creditor City of Stephenville Dora.Casiano-Perez@lgbs.com
    Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
    on behalf of Creditor Grayson County Dora.Casiano-Perez@lgbs.com
    Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
    on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com
    Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
    on behalf of Creditor Wise County Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth L Doyaga
    on behalf of Creditor Wells Fargo Bank  N.A. edoyaga@flwlaw.com, jspiegelman@flwlaw.com

Elizabeth L Doyaga
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, as successor trustee, on
    behalf of the holders of the CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-24 edoyaga@flwlaw.com,
    jspiegelman@flwlaw.com

Elizabeth L. Janczak
    on behalf of Defendant Korpack Inc. ejanczak@freeborn.com  bkdocketing@freeborn.com

Elliot Moskowitz
    on behalf of Interested Party Cushman & Wakefield Inc. elliot.moskowitz@dpw.com  ecf.ct.papers@davispolk.com

Elliot Moskowitz
    on behalf of Defendant Cushman & Wakefield  Inc. elliot.moskowitz@dpw.com, ecf.ct.papers@davispolk.com

Emily K Steele
    on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC emily.steele@klgates.com

Emily K Steele
    on behalf of Defendant PRESCOTT ASSOCIATES LP emily.steele@klgates.com

Emily K Steele
    on behalf of Defendant PRESCOTT INVESTORS INC. emily.steele@klgates.com

Emily K Steele
    on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP emily.steele@klgates.com

Emily K Steele
    on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. emily.steele@klgates.com

Emily K Steele
    on behalf of Defendant Kinetics Portfolio Trust emily.steele@klgates.com

Emily K Steele
    on behalf of Defendant LUMA CAPITAL S.A.-SPF emily.steele@klgates.com

Emily L. Pagorski
    on behalf of Defendant Tempur-Pedic North America  LLC emily.pagorski@skofirm.com, emily.keith@skofirm.com

Emily L. Pagorski
    on behalf of Creditor Tempur-Sealy International  Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic
    North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC emily.pagorski@skofirm.com,
    emily.keith@skofirm.com

Emily M. Hahn
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com

Enid Nagler Stuart
    on behalf of Creditor New York State Department of Taxation & Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov

Eric Chafetz
    on behalf of Interested Party GTM America Corporation echafetz@lowenstein.com  msavetsky@lowenstein.com

Eric Chafetz
    on behalf of Defendant Fila U.S.A.  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com

Eric Chafetz
    on behalf of Defendant Springs Global US  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com

Eric Chafetz
on behalf of Defendant Leif J. Ostberg  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com

Eric Chafetz
on behalf of Defendant Westport Corporation echafetz@lowenstein.com  msavetsky@lowenstein.com

Eric Chafetz
on behalf of Defendant LG Electronics Alabama  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com

Eric Zim
on behalf of Defendant Eagle Home Products Inc. ezim@hzlaw.com

Eric Zim
on behalf of Attorney Eagle Home Products Inc. ezim@hzlaw.com

Eric C. Daucher
on behalf of Interested Party FTI Consulting Canada Inc.  in its capacity as court-appointed monitor for Sears Canada Inc. and certain of its affiliates eric.daucher@nortonrosefulbright.com

Eric D. Goldberg
on behalf of Unknown RetailNext  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Eric J. Haber
on behalf of Defendant Flynn Enterprises LLC eric@ehaberlaw.com

Eric J. Haber
on behalf of Defendant Paradies Gifts  Inc. eric@ehaberlaw.com

Eric J. Haber
on behalf of Plaintiff Kmart Holding Corporation eric@ehaberlaw.com

Eric J. Haber
on behalf of Defendant M&S Accessory Network Corp. eric@ehaberlaw.com

Eric J. Haber
on behalf of Defendant B. Fernandez & Hnos.  Inc. eric@ehaberlaw.com

Eric J. Monzo
on behalf of Defendant MC Builders  LLC emonzo@morrisjames.com, bkeilson@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric Keith Krasle
on behalf of Unknown Mary Reed eric@krasle.com

Eric R Goodman
on behalf of Creditor American Greetings Corporation egoodman@bakerlaw.com

Eric R Goodman
on behalf of Creditor Plus Mark LLC egoodman@bakerlaw.com

Eric R. Wilson
on behalf of Creditor Computershare Trust Company  N.A. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Erica Dausch
on behalf of Defendant Limbach Company LLC edausch@babstcalland.com

Erica Weisgerber
on behalf of Defendant Cascade Investment  LLC eweisgerber@debevoise.com, eweisgerber@debevoise.com;mao-bk-ecf@debevoise.com

Erica Weisgerber
on behalf of Creditor Cascade Investment  L.L.C. & SL Agent, LLC eweisgerber@debevoise.com, eweisgerber@debevoise.com;mao-bk-ecf@debevoise.com

Ericka F. Johnson
on behalf of Defendant Wicked Fashions Inc. Ericka.johnson@wbd-us.com  Heidi.sasso@wbd-us.com

Erika Morabito
on behalf of Interested Party Whitebox Asymmetric Partners LP erikamorabito@quinnemanuel.com

Erika Morabito
on behalf of Creditor Hain Capital Investors Master Fund Ltd. erikamorabito@quinnemanuel.com

Erika Morabito
on behalf of Interested Party Whitebox Multi-Strategy Partners  LP erikamorabito@quinnemanuel.com

Erika Morabito
on behalf of Interested Party Cherokee Debt Acquisition  LLC erikamorabito@quinnemanuel.com

Erika R. Barnes
on behalf of Creditor Whitmor  Inc. ebarnes@stites.com, cbeatty@stites.com;docketclerk@stites.com

Erin West
on behalf of Creditor Johnson Controls  Inc. ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com

Erin C. Kim
on behalf of Creditor Pension Benefit Guaranty Corporation kim.erin@pbgc.gov  efile@pbgc.gov

Evan C Hollander
on behalf of Creditor TELUS International (U.S.) Corporation echollander@orrick.com
jgoldfinger@orrick.com;efua@orrick.com

Evan J. Zucker
on behalf of Creditor Pasan Trust ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Fairsan Company LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Cansan Company  LLC ezucker@blankrome.com, eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Hillsborough Associates ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Floreff LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Aleff LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Mantkin LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Kin Properties  Inc. ezucker@blankrome.com, eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Hareff LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Greenmich LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Jeffrey Sandelman  Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust
ezucker@blankrome.com, eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Sugensteve LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Sugencole LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Arcolo Limited Partnership ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Nathan Alison LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Musue LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Sugengran LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
on behalf of Creditor Fundamentals Co LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan R. Chesler
on behalf of Defendant Ann N. Reese echesler@cravath.com

Evan R. Chesler
on behalf of Defendant Paul G. DePodesta echesler@cravath.com

Evan R. Chesler
on behalf of Defendant William C. Kunkler echesler@cravath.com

Eve H. Karasik
on behalf of Interested Party Certified Capital LP ehk@lnbyb.com

Fernand L Laudumiey, IV
on behalf of Creditor Richards Canal Street Property  LLC laudumiey@chaffe.com

Ferve E. Khan
on behalf of Creditor American Greetings Corporation fkhan@bakerlaw.com

Francis J. Lawall
on behalf of Defendant Church & Dwight Co. Inc. francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Frank Peretore
on behalf of Creditor Tri-County Mall  LLC fperetore@csglaw.com, ecf@csglaw.com

Fred B. Ringel
on behalf of Creditor East End Commons Associates LLC fringel@leechtishman.com

Fred B. Ringel
on behalf of Creditor East End Commons LLC fringel@leechtishman.com

Frederick B. Rosner
on behalf of Defendant Berkshire Fashions Inc. rosner@teamrosner.com leonhardt@teamrosner.com;klein@teamrosner.com

Frederick E. Schmidt
on behalf of Creditor Scents of Worth  Inc. eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
on behalf of Defendant California Cartage Company LLC eschmidt@cozen.com  frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
on behalf of Defendant Scents of Worth  Inc. eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
on behalf of Defendant Innocor Inc. eschmidt@cozen.com  frederick-schmidt-4035@ecf.pacerpro.com

Fredric Sosnick
on behalf of Creditor Sears Hometown and Outlet Stores  Inc. fsosnick@shearman.com,
Courtalert@shearman.com;managing-attorney-5081@ecf.pacerpro.com;manattyoffice@shearman.com

Fredric Sosnick
on behalf of Interested Party Sears Hometown and Outlet Stores  Inc. fsosnick@shearman.com,
Courtalert@shearman.com;managing-attorney-5081@ecf.pacerpro.com;manattyoffice@shearman.com

Garrett A. Fail
on behalf of Unknown Weil  Gotshal & Manges LLP garrett.fail@weil.com,
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor Sears Holdings Corporation garrett.fail@weil.com  Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Defendant Sears Holding Corporation garrett.fail@weil.com  Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Defendant Kmart Holdings Corporation garrett.fail@weil.com
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Plaintiff Sears Holdings Corporation garrett.fail@weil.com  Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garry M. Graber
on behalf of Defendant Frilot LLC ggraber@hodgsonruss.com  mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Garry M. Graber
on behalf of Counter-Claimant Frilot LLC ggraber@hodgsonruss.com  mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gary D. Underdahl
on behalf of Debtor Sears Holdings Corporation gunderdahl@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;kcasteel@askllp.com

Gary D. Underdahl
on behalf of Plaintiff M3 Advisory Partners  LP gunderdahl@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;kcasteel@askllp.com

Gary F Seitz
on behalf of Defendant J. B. Hunt Transport Inc. gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary F Seitz
on behalf of Defendant The Kraft Heinz Company gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary F Seitz
on behalf of Creditor Yang Ming (America) Corp. gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary F Seitz
on behalf of Creditor Yang Ming Marine Transport Corp. gseitz@gsbblaw.com  gary.seitz@gmail.com

Geoffrey J. Peters
on behalf of Creditor Toyota Industries Commercial Finance  Inc. colnyecf@weltman.com

George Jawlakian

District/off: 0208-7
Date Rcvd: Mar 16, 2023
User: admin
Form ID: pdf001
Page 35 of 100
Total Noticed: 1

on behalf of Creditor Xiamen Luxinjia Imp & Exp Co Ltd george@jawlakianlaw.com

George Anthony Bleus

on behalf of Creditor Taylor Sorensen bleusandassociates@gmail.com

George B. Cauthen

on behalf of Creditor Michelin North America  Inc. george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com

George Bernard Hofmann

on behalf of Defendant Propel Trampolines LLC ghofmann@cohnekinghorn.com  tkosec@ck.law

George Bernard Hofmann

on behalf of Creditor Propel Trampolines LLC ghofmann@cohnekinghorn.com  tkosec@ck.law

George Bernard Hofmann

on behalf of Defendant Mechanical Design & Service LC ghofmann@cohnekinghorn.com  tkosec@ck.law

George W. Shuster, Jr.

on behalf of Defendant Hasbro International Trading B.V. george.shuster@wilmerhale.com WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.

on behalf of Defendant Hasbro Inc. george.shuster@wilmerhale.com WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerald P. Kennedy

on behalf of Creditor MCS Hemet Valley Center LLC gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com

Gilbert A. Lazarus

on behalf of Creditor Vandale Industries  Inc. gillazarus@gmail.com

Gilbert R. Saydah, Jr.

on behalf of Creditor RREEF America REIT II Portfolio L.P. gilbert.saydah@jpmchase.com

Gilbert R. Saydah, Jr.

on behalf of Creditor Bradshaw Westwood Trust gilbert.saydah@jpmchase.com

Gilda M. Arroyo

on behalf of Defendant Northtowne Associates Inc. garroyo@smgglaw.com

Glenn M. Fjermedal

on behalf of Creditor Grand Central Plaza  LLC gfjermedal@davidsonfink.com

Gordon J. Toering

on behalf of Defendant Wolverine World Wide Inc. gtoering@wnj.com

Gordon J. Toering

on behalf of Creditor Chervon (HK)  Ltd. gtoering@wnj.com

Gordon J. Toering

on behalf of Creditor Wolverine World Wide Inc gtoering@wnj.com

Gordon J. Toering

on behalf of Defendant Builder's Best  Inc. gtoering@wnj.com

Gregg M. Galardi

on behalf of Interested Party Icon NY Holdings LLC gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Gregg M. Galardi

on behalf of Interested Party Icon DE Holdings LLC gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Gregg M. Galardi

on behalf of Interested Party MOAC Mall Holdings LLC gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Gregory Fox

on behalf of Creditor Waste Management National Services  Inc. and its affiliates gfox@vtlegalaid.org

Gregory J Mascitti

on behalf of Defendant Arizona Republic Phoenix Gazette gmascitti@mccarter.com

Gregory J Mascitti

on behalf of Defendant The Journal News gmascitti@mccarter.com

Gregory P. Joseph

on behalf of Interested Party Cesar Alvarez gjoseph@jhany.com

Gregory P. Joseph

on behalf of Defendant Cesar L. Alvarez gjoseph@jhany.com

Gregory S. Otsuka

on behalf of Interested Party MOAC Mall Holding LLC gotsuka@larkinhoffman.com

Gregory W. Hauswirth
on behalf of Defendant DPI Inc. ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

Greta Braker
on behalf of Unknown Laveta Shelton greta@askbobwhite.com

Gus Kallergis
on behalf of Creditor Winners Industry Co. Ltd. gkallergis@calfee.com

Gustavo A Chico-Barris
on behalf of Creditor Santa Rosa Mall LLC gchico@ferraiuoli.com, hruiz@ferraiuoli.com;edocketslit@ferraiuoli.com

Guy Wilson
on behalf of Defendant Seasonal Visions International Ltd. guywlaw@aol.com

Guy A. Reiss
on behalf of Creditor Miele Inc. greiss@reisspreuss.com

H. Bruce Bronson, Jr.
on behalf of Defendant M & S Landscaping Inc. ecf@bronsonlaw.net hbbronson@bronsonlaw.net

H. Bruce Bronson, Jr.
on behalf of Creditor M&S Landscaping Inc ecf@bronsonlaw.net hbbronson@bronsonlaw.net

H. Jeffrey Schwartz
on behalf of Creditor Winners Industry Co. Ltd. hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com

Hanh Vinh Huynh
on behalf of Creditor Manlaw Investment Company Ltd. hhuynh@rubinlawllc.com, prubin@rubinlawllc.com

Harlan Mitchell Lazarus
on behalf of Defendant One Step Up Ltd. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Sasha Handbags Inc. hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Creditor Ikeedi Imports LLC hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Interested Party Sasha Handbags Inc. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Van Dale Industries Inc. hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Creations Jewellery Mfg. Pvt. Ltd. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Project 28 Clothing LLC hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Fashion Accessory Bazaar LLC hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Interested Party One Step Up Ltd. hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Cudlie Accessories LLC hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Interested Party Concept One Accessories hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Importique Corp. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Lifeworks Technology Group LLC hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Creditor Cudlie Accessories LLC hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Cynergy Trading Corp. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Interested Party Cynergy Trading hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Interested Party Central Mills Inc. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Concept One Accessories hlazarus@lazarusandlazarus.com  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Creditor Flatbush Center Parking LLC hlazarus@lazarusandlazarus.com  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Central Mills  Inc. hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Interested Party Lifeworks Technology Group LLC hlazarus@lazarusandlazarus.com
hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Creditor Project 28 Clothing LLC hlazarus@lazarusandlazarus.com  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Ikeddi Imports LLC hlazarus@lazarusandlazarus.com  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Salland Industries  Limited hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harley J. Goldstein

on behalf of Defendant Sphere Consulting  Inc. harleyg@restructuringshop.com,
teresag@restructuringshop.com;amritk@goldmclaw.com

Harrison Breakstone

on behalf of Defendant Fiesta Jewelry Corporation hbreakstone@archerlaw.com  chansen@archerlaw.com

Harrison Breakstone

on behalf of Defendant PTS Consulting Services LLC hbreakstone@archerlaw.com  chansen@archerlaw.com

Harry M. Gutfleish

on behalf of Creditor First Real Estate Investment Trust of New Jersey harry@gutfleishlaw.com

Helen G Litsas

on behalf of Unknown Richard Alberigi helen@litsaslaw.com

Henry Jaffe

on behalf of Interested Party Red Bull North America  Inc. and Red Bull Distribution Company Inc. Henry.Jaffe@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe

on behalf of Interested Party Oxo International  Ltd. Henry.Jaffe@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Holley C. M. Horrell

on behalf of Defendant AQR DELTA MASTER ACCOUNT  L.P. hhorrell@greeneespel.com

Holley C. M. Horrell

on behalf of Defendant AQR Delta Sapphire Fund  LP hhorrell@greeneespel.com

Holley C. M. Horrell

on behalf of Defendant AQR DELTA FUND  LP hhorrell@greeneespel.com

Holley C. M. Horrell

on behalf of Defendant AQR DELTA XN FUND  LP hhorrell@greeneespel.com

Howard J. Kaplan

on behalf of Defendant Leena Munjal hkaplan@kaplanrice.com
vhua@kaplanrice.com;amian@kaplanrice.com;mvelasquez@kaplanrice.com;bjames@kaplanrice.com

Howard J. Kaplan

on behalf of Defendant Lawrence Meerschaert hkaplan@kaplanrice.com
vhua@kaplanrice.com;amian@kaplanrice.com;mvelasquez@kaplanrice.com;bjames@kaplanrice.com

Howard J. Kaplan

on behalf of Defendant Joseph Jordan hkaplan@kaplanrice.com
vhua@kaplanrice.com;amian@kaplanrice.com;mvelasquez@kaplanrice.com;bjames@kaplanrice.com

Howard P. Magaliff

on behalf of Defendant Mackey Investments Sears  LLC hmagaliff@r3mlaw.com, hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Defendant Triple E Partners LLC hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Creditor Sante Marcoccia hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Howard P. Magaliff

on behalf of Defendant Newgate Mall Equities LLC hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Hugh G. Jasne

on behalf of Unknown Data Print Technologies  Inc. hgj@jasneflorio.com, hgj@jasneflorio.com

Hugh M. McDonald
on behalf of Defendant MUFG UNION BANK NA hugh.mcdonald@pillsburylaw.com NYDocket@pillsburylaw.com

Hyun Suk Choi
on behalf of Unknown Winiadaewoo Electronics America  Inc. hchoi@choiandpark.com,
lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com;kmclaughlin@choiandpark.com

Hyung Joon Stanley Lim
on behalf of Creditor Seaport Loan Products LLC stan@sgl-law.com

Hyung Joon Stanley Lim
on behalf of Creditor Seaport Global Asset Management V-Port LLC stan@sgl-law.com

Hyung Joon Stanley Lim
on behalf of Unknown Seaport Global Asset Management V2 LLC stan@sgl-law.com

Ilan Markus
on behalf of Creditor Berkshire Mall LP imarkus@barclaydamon.com  ilan-markus-4670@ecf.pacerpro.com

Ilan Markus
on behalf of Creditor Benenson Capital Partners  LLC and Brooks Shopping Centers, LLC imarkus@barclaydamon.com,
ilan-markus-4670@ecf.pacerpro.com

Ilan Markus
on behalf of Creditor Concord Mall LP and Berkshire Mall LP imarkus@barclaydamon.com
ilan-markus-4670@ecf.pacerpro.com

Ilan Markus
on behalf of Creditor Westfield  LLC imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com

Ilan Markus
on behalf of Unknown Brooks Shopping Center Partners  LLC imarkus@barclaydamon.com,
ilan-markus-4670@ecf.pacerpro.com

Ira L. Herman
on behalf of Creditor GlobalTranz Enterprises  Inc. iherman@blankrome.com, eDocketing@blankrome.com

Ira L. Herman
on behalf of Creditor Berkeley Mall  LLC iherman@blankrome.com, eDocketing@blankrome.com

Ira S. Dizengoff
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Sears  Roebuck de Puerto Rico, Inc. idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Big Beaver of Florida Development  LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Sears Holdings Corporation idizengoff@akingump.com
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Kmart of Washington  LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Troy Coolidge No. 13  LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Sears Development Co. idizengoff@akingump.com
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Sears  Roebuck and Co. idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff STI Merchandising  Inc. idizengoff@akingump.com,

apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff SHC Desert Springs  LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff Kmart Stores of Illinois  LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Creditor Committee Akin Gump Strauss Hauer & Feld LLP idizengoff@akingump.com
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff Innovel Solutions  Inc. idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff Sears Brands  LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff Sears  Roebuck Acceptance Corp. idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff MaxServ  Inc. idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates idizengoff@akingump.com,
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff Kmart Holding Corporation idizengoff@akingump.com
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff Sears Brands Business Unit Corp. idizengoff@akingump.com
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff Kmart Corporation idizengoff@akingump.com
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Dizengoff

on behalf of Plaintiff Sears Holdings Management Corp. idizengoff@akingump.com
apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
pdublin@akingump.com

Ira S. Greene

on behalf of Interested Party DFS Services  LLC ira.greene@lockelord.com

Isaac M. Gabriel

on behalf of Defendant Zebra Technologies International  LLC gabriel.isaac@dorsey.com

J. Casey Roy

on behalf of Interested Party The Employees Retirement System of Texas casey.roy@usdoj.gov

J. Matthew Pfeiffer

on behalf of Defendant E Formella & Sons Inc. matt@pfeifferlawoffices.com

J. Matthew Pfeiffer

on behalf of Defendant Funderburk Roofing Inc. matt@pfeifferlawoffices.com

J. Ted Donovan

on behalf of Creditor Crickm Lafayette Trust TDonovan@GWFGlaw.com

Jack Pugh

pmryan@sorlinglaw.com

Jack Yoskowitz

on behalf of Defendant KENDEN ALFOND  C/O DEXTER ENTERPRISES, INC. yoskowitz@sewkis.com

Jacob A. Manheimer

on behalf of Creditor BlueTarp Financial  Inc. jmanheimer@pierceatwood.com,
mpottle@pierceatwood.com;rkelley@pierceatwood.com;afisk@pierceatwood.com

Jacob M Gold

on behalf of Defendant Entech Sales & Service Inc. firm@goldlawtexas.com

Jacqueline Marcus

on behalf of Debtor SOE  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Brands Management Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Protection Company jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart Stores of Illinois LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Home Improvement Products  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor SHC Promotions LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Holdings Publishing Company  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor MyGofer LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Brands  L.L.C. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart of Washington LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor MaxServ  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart Holding Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor FBA Holdings Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Buying Services  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears  Roebuck and Co. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor BlueLight.com  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor ServiceLive  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Big Beaver of Florida Development  LLC jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Troy Coolidge No. 13  LLC jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Holdings Management Corporation jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor SRe Holding Corporation jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor SHC Licensed Business LLC jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Home & Business Franchises  Inc. jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor A&E Signature Service  LLC jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Procurement Services  Inc. jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Holdings Corporation jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Roebuck Acceptance Corp. jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor SYW Relay LLC jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor California Builder Appliances  Inc. jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Florida Builder Appliances  Inc. jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Plaintiff Sears Holding Corporation jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor KBL Holding Inc. jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Defendant Sears Holdings Corporation jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart Operations LLC jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Defendant Sears  Roebuck de Puerto Rico, Inc. jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Development Co. jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Brands Business Unit Corporation jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart Stores of Texas LLC jacqueline.marcus@weil.com jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor A&E Lawn & Garden  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor Sears Insurance Services  L.L.C. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor Kmart.com LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor StarWest  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor Wally Labs LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor A&E Home Delivery  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor KLC  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor Sears  Roebuck de Puerto Rico, Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor Sears Protection Company (PR) Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor STI Merchandising  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor Sears Operations LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor SHC Desert Springs  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor Kmart of Michigan  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor A&E Factory Service  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor Sears Protection Company (Florida)  L.L.C. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor Innovel Solutions  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
on behalf of Debtor Private Brands  Ltd. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacques Catafago
on behalf of Defendant Perfume Worldwide Inc. Jacques@catafagofini.com

Jacqulyn S. Loftin
on behalf of Creditor Amazon Web Services  Inc. jsl@lhmlawfirm.com

Jacqulyn S. Loftin
on behalf of Defendant Castanea Labs Inc. jsl@lhmlawfirm.com

Jaime Agnew
on behalf of Creditor Joyce Franklin jaimeagnew21@gmail.com

James Gadsden
on behalf of Sucessor Trustee The Bank of New York Mellon Trust Company  N.A, as Successor Trustee bankruptcy@clm.com,
CourtMail@clm.com

James Yan
on behalf of Creditor WNR Industries Ltd. jsyan@msn.com

James Christopher Vandermark
on behalf of Creditor salesforce.com inc. vandermarkj@whiteandwilliams.com

James Christopher Vandermark
on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com

James Christopher Vandermark
on behalf of Creditor Erie Insurance Company vandermarkj@whiteandwilliams.com

James Christopher Vandermark
on behalf of Creditor Cisco Systems Inc. vandermarkj@whiteandwilliams.com

James Christopher Vandermark
on behalf of Creditor Multipet International Inc. vandermarkj@whiteandwilliams.com

James Christopher Vandermark
on behalf of Unknown Amerco Real Estate Company vandermarkj@whiteandwilliams.com

James Christopher Vandermark
on behalf of Defendant Google LLC vandermarkj@whiteandwilliams.com

James Christopher Vandermark
on behalf of Defendant Watterson Environmental Group LLC vandermarkj@whiteandwilliams.com

James E. Sorenson
on behalf of Creditor Florida Self-Insurers Guaranty Association Inc. bk@svllaw.com, jim@svllaw.com

James F. Dowden
on behalf of Creditor Gabriel Young jfdowden@swbell.net

James Hartmann Smith
on behalf of Creditor Winners Industry Co. Ltd. jsmith@mckoolsmith.com

James J. Beha, II
on behalf of Defendant ICON Health & Fitness Inc. jbeha@mofo.com,
docketny@mofo.com;james-beha-7414@ecf.pacerpro.com

James J. Holman
on behalf of Interested Party Aramark Corporation jjholman@duanemorris.com

James J. Vincequerra
on behalf of Creditor Twentieth Century Fox Home Entertainment LLC James.Vincequerra@alston.com

James J. Vincequerra
on behalf of Creditor Cupid Foundations Inc. James.Vincequerra@alston.com

James M. Peck
on behalf of Mediator Mediators jpeck@mofo.com

James N. Lawlor
on behalf of Creditor Committee The Official Committee of Retirees With Life Insurance Benefits jlawlor@wmd-law.com
jgiampolo@wmd-law.com

James N. Lawlor
on behalf of Attorney Wollmuth Maher & Deutsch LLP jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James N. Lawlor
on behalf of Attorney The Law Offices of Michael M. Mulder jlawlor@wmd-law.com  jgiampolo@wmd-law.com

James P Chou
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation et al.
jchou@moritthock.com

James P Chou
on behalf of Spec. Counsel Morritt Hock & Hamroff LLP jchou@moritthock.com

James P O'Connell
on behalf of Defendant Grace and Son Construction Company of Greenville Inc. jpatrickoconnell@yahoo.com

James P. Pagano
on behalf of Unknown Movants/Class Representatives Nina and Gerald Greene jppaganoesq@gmail.com
jppaganoesq@gmail.com

James S Livermon, III
on behalf of Creditor Choice Auto Repairs Inc. charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Carr
on behalf of Unknown Tata America International Corporation
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
on behalf of Creditor Tata Consultancy Services Limited
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
on behalf of Unknown Infosys Limited KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
on behalf of Defendant GS Portfolio Holdings LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Jamie Dreher
on behalf of Defendant Bond Manufacturing Co. Inc. jdreher@downeybrand.com

Jamie S. Cassel
on behalf of Creditor Rubbermaid Incorporated jsc@renozahm.com  jsc@renozahm.com

Jamie S. Cassel
on behalf of Creditor Sanford L.P. jsc@renozahm.com  jsc@renozahm.com

Jamie S. Cassel
on behalf of Creditor Rubbermaid Commercial Products LLC jsc@renozahm.com  jsc@renozahm.com

Jamie S. Cassel
on behalf of Creditor Sunbeam Products  Inc. jsc@renozahm.com, jsc@renozahm.com

Jamie S. Cassel
on behalf of Creditor Ignite USA  LLC jsc@renozahm.com, jsc@renozahm.com

Jamie S. Cassel
on behalf of Unknown First Alert  Inc. jsc@renozahm.com, jsc@renozahm.com

Jamie S. Cassel
on behalf of Creditor Graco Children's Products Inc. jsc@renozahm.com  jsc@renozahm.com

Jane Kim
on behalf of Creditor TmaxSoft  Inc. jkim@kbkllp.com

Janice Beth Grubin
on behalf of Creditor DXC Technology Services LLC  successor in interest to Computer Sciences Corporation and CSC Covansys
Corporation jgrubin@barclaydamon.com

Janice Daul Felix
on behalf of Unknown Movants/Class Representatives Nina and Gerald Greene jfelix@kcr-law.com

Janine Marie Figueiredo
on behalf of Creditor Criteo S.A. jfigueiredo@hahnhessen.com

Jared R. Friedmann
on behalf of Debtor Sears Holdings Corporation jared.friedmann@weil.com

Jarrod Martin
on behalf of Creditor Direct Energy Business  LLC jarrod.martin@chamberlainlaw.com,
3012436420@filings.docketbird.com;lara.coleman@chamberlainlaw.com

Jason A. Fountain
on behalf of Creditor Clermont County Treasurer jfountain@clermontcountyohio.gov

Jason B. Binford
on behalf of Interested Party The Employees Retirement System of Texas jason.binford@rsbfirm.com

Jason I Blanchard
on behalf of Unknown Baker & Hostetler LLP jason.blanchard@nortonrosefulbright.com

Jason Louis Libou
on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jason M. Katz
on behalf of Defendant Naterra International Inc. jkatz@ccsb.com  wmartinez@ccsb.com

Jason M. Katz
on behalf of Creditor Naterra International Inc. jkatz@ccsb.com  wmartinez@ccsb.com

Javier Vilarino
on behalf of Defendant Full Power Electrical Corp. jvilarino@vilarinolaw.com  javier.vilarino@gmail.com

Javier Vilarino
on behalf of Unknown VILARINO & ASSOCIATES LLC jvilarino@vilarinolaw.com  javier.vilarino@gmail.com

Javier Vilarino
on behalf of Unknown Full Power Electrical Corp. jvilarino@vilarinolaw.com  javier.vilarino@gmail.com

Jayson Macyda

on behalf of Defendant Koolatron  Inc. generalcounsel@kykoglobal.com

Jayson Macyda

on behalf of Creditor Koolatron Corporation generalcounsel@kykoglobal.com

Jeff J. Friedman

on behalf of Debtor Sears Holdings Corporation jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Creditor Banc of America Credit Products  Inc. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Acumen Recovery Services  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Attorney Katten Muchin Rosenman LLP jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeffery Phillips

on behalf of Defendant FCL Graphics  Inc. jphillips@phillipslawllc.net

Jeffrey Bernstein

on behalf of Interested Party New Jersey Self-Insurers Guaranty Association jbernstein@mdmc-law.com
kpatterson@mdmc-law.com

Jeffrey Bernstein

on behalf of Defendant 1070 Hanover LLC jbernstein@mdmc-law.com  kpatterson@mdmc-law.com

Jeffrey Bernstein

on behalf of Defendant 1057 Hanover LLC jbernstein@mdmc-law.com  kpatterson@mdmc-law.com

Jeffrey Chubak

on behalf of Creditor Shaler Zamagias Limited Partnership jchubak@aminillc.com
aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Kurtzman

on behalf of Defendant BT Granite Run LP jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor Capital Enterprises  Inc. jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor The Robbins Companies jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor BT Pleasant Hills LP jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor PREIT Services  LLC, as agent for PR Financing Limited Partnership and PR Capital City Limited
Partnership jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor PREIT Services  LLC jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Defendant PR North Dartmouth LLC jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor PREIT Services  LLC, as agent for PR Jacksonville Limited Partnership jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Counter-Claimant PR North Dartmouth LLC jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor BET Investments jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor PREIT Services  LLC, as agent for PR North Dartmouth, LLC jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor BT Granite Run  LP jkurtzma@klehr.com

Jeffrey A. Carlino

on behalf of Creditor Voortman Cookies Limited jacarlino@kslnlaw.com

Jeffrey A. Reich

on behalf of Other Prof. Garlly Associates  LP reichlaw@reichpc.com

Jeffrey A. Reich

on behalf of Creditor Union Center Realty  LLC reichlaw@reichpc.com

Jeffrey A. Wurst

on behalf of Defendant American Exchange Time LLC jwurst@atllp.com  bvogt@atllp.com;jvega@atllp.com

District/off: 0208-7                          User: admin                                    Page 46 of 100
Date Rcvd: Mar 16, 2023                       Form ID: pdf001                                 Total Noticed: 1

Jeffrey C. Chancas
    on behalf of Creditor Amanda Gonzales jchancas@borahgoldstein.com

Jeffrey C. Wisler
    on behalf of Creditor Life Insurance Company of North America jwisler@connollygallagher.com

Jeffrey C. Wisler
    on behalf of Defendant Reddy Ice LLC jwisler@connollygallagher.com

Jeffrey C. Wisler
    on behalf of Creditor Cigna Life Insurance Company of New York jwisler@connollygallagher.com

Jeffrey E. Bjork
    on behalf of Unknown Simon Property Group  L.P. jeff.bjork@lw.com

Jeffrey Neil Rothleder
    on behalf of Defendant Dart Container Corporation jeffrey.rothleder@squirepb.com
sarah.conley@squirepb.com;jeffrey-n-rothleder-1393@ecf.pacerpro.com

Jeffrey R. Gleit
    on behalf of Unknown Service.com jeffrey.gleit@afslaw.com  lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Jeffrey T. Wegner
    on behalf of Defendant Vm Innovations Inc. jeffrey.wegner@kutakrock.com  marybeth.brukner@kutakrock.com

Jenelle C Arnold
    on behalf of Creditor Bayview Loan Servicing  LLC., as servicer for The Bank of New York Mellon fka The Bank of New York
as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2004-14T2, Mortgage Pas
bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Jenelle C Arnold
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE
(CWALT2004-14T2) bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Jenelle C Arnold
    on behalf of Creditor Bayview Loan Servicing  LLC bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Jennifer Pastarnack
    on behalf of Interested Party Whitebox Asymmetric Partners LP jennifer.pastarnack@cliffordchance.com

Jennifer Pastarnack
    on behalf of Interested Party Whitebox Multi-Strategy Partners  LP jennifer.pastarnack@cliffordchance.com

Jennifer Slocum
    on behalf of Defendant Universal Enterprises Inc. jennifer.slocum@stoel.com

Jennifer Cranston McEntee
    on behalf of Defendant Snelling Employment  LLC jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Jennifer Kennedy Park
    on behalf of Creditor ESL Investments  Inc. jkpark@cgsh.com, maofiling@cgsh.com

Jennifer Kennedy Park
    on behalf of Creditor JPP II  LLC jkpark@cgsh.com, maofiling@cgsh.com

Jennifer Kennedy Park
    on behalf of Creditor JPP  LLC jkpark@cgsh.com, maofiling@cgsh.com

Jennifer L. Marines
    on behalf of Creditor Wolverine World Wide Inc jmarines@mofo.com
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Marines
    on behalf of Creditor ICON Health & Fitness  Inc. jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Marines
    on behalf of Unknown United Parcel Service  Inc. and its affiliates jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Marines
    on behalf of Interested Party Icon Health & Fitness  Inc. jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Pruski
    on behalf of Creditor MP Holdings LLC and Larry D. Kelley jpruski@trainorfairbrook.com

Jennifer L. Rodburg
    on behalf of Creditor Vornado Realty L.P. jennifer.rodburg@friedfrank.com  managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg
    on behalf of Creditor 770 Broadway Owner LLC jennifer.rodburg@friedfrank.com
managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg
    on behalf of Creditor Interprop Bedford  LLC jennifer.rodburg@friedfrank.com, managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg
    on behalf of Creditor One Penn Plaza LLC jennifer.rodburg@friedfrank.com  managingattorneysdepartment@friedfrank.com

Jeremy C. Kleinman
    on behalf of Creditor Bottling Group  LLC operating as Pepsi Beverages Company jkleinman@fgllp.com, csucic@fgllp.com

Jeremy C. Kleinman
    on behalf of Creditor Frito-Lay North America  Inc. jkleinman@fgllp.com, csucic@fgllp.com

Jeremy C. Kleinman
    on behalf of Attorney Jeremy C. Kleinman jkleinman@fgllp.com  csucic@fgllp.com

Jeremy R. Johnson
    on behalf of Other Prof. Polsinelli PC jeremy.johnson@polsinelli.com

Jeremy R. Johnson
    on behalf of Creditor RiverRoch LLC jeremy.johnson@polsinelli.com

Jessica Liou
    on behalf of Debtor Sears Holdings Corporation jessica.liou@weil.com

Jessica Simon
    on behalf of Creditor The Macerich Company simonjm@ballardspahr.com  carolod@ballardspahr.com

Joan S. Huh
    on behalf of Creditor California Dept. of Tax and Fee Admin. joan.huh@cdtfa.ca.gov

Joaquin J Alemany
    on behalf of Creditor Plaza las Americas  Inc. joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Joaquin J Alemany
    on behalf of Creditor Plaza del Caribe  S.E. joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Jocelyn Weinstein
    on behalf of Defendant Atos It Solutions and Services  Inc. jocelynweinstein@eversheds-sutherland.com

Joe E. Marshall
    on behalf of Creditor Dallas Independent School District jmarshall@marshalllaw.net

Joe E. Marshall
    on behalf of Defendant Dallas Independent School District jmarshall@marshalllaw.net

Joel A. Stein
    on behalf of Defendant Centro Inc. joelastein@dlec.com

Joel Martin Shafferman
    on behalf of Defendant Ray Padula Holdings  LLC jshafferman@swc-law.com

Joel Martin Shafferman
    on behalf of Creditor Ray Padula Holdings  LLC jshafferman@swc-law.com

Joel R. Glucksman
    on behalf of Defendant Maxell Corporation of America jglucksman@sh-law.com  rjoyce@sh-law.com

Joel W. Sternman
    on behalf of Defendant RIEF Trading LLC j.sternman@katten.com  courtalertnyc@katten.com

Joel W. Sternman
    on behalf of Defendant RIEF RMP LLC j.sternman@katten.com  courtalertnyc@katten.com

Joel W. Sternman
    on behalf of Defendant GF TRADING LLC j.sternman@katten.com  courtalertnyc@katten.com

Joel W. Sternman
    on behalf of Defendant HAP TRADING  LLC j.sternman@katten.com, courtalertnyc@katten.com

John Conway
    on behalf of Defendant Demar Logistics  Inc. lindamarr@shlawfirm.com, sbryant@fbtlaw.com

John Mueller
    on behalf of Creditor SUSO 4 Ocean LP jmueller@lippes.com

John Mueller
    on behalf of Creditor Maynardville Pike LP jmueller@lippes.com

John C. Allerding
    on behalf of Interested Party Luxottica Retail North America Inc. john.allerding@thompsonhine.com
    jazmin.parra@thompsonhine.com;docket@thompsonhine.com

John D. Molino

on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. jmolino@curtis.com

John D. Molino

on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP jmolino@curtis.com

John D. Molino

on behalf of Defendant Kinetics Portfolio Trust jmolino@curtis.com

John D. Molino

on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC jmolino@curtis.com

John D. Molino

on behalf of Defendant PRESCOTT INVESTORS INC. jmolino@curtis.com

John D. Molino

on behalf of Defendant LUMA CAPITAL S.A.-SPF jmolino@curtis.com

John D. Molino

on behalf of Defendant PRESCOTT ASSOCIATES LP jmolino@curtis.com

John G. Loughnane

on behalf of Creditor The Davis Companies jloughnane@nutter.com

John G. McCarthy

on behalf of Creditor Enhanced Recovery Company  LLC, successor to TeleSight, LLC d/b/a ERC Market Research
jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com

John G. McCarthy

on behalf of Creditor Crown Equipment Corporation jmccarthy@sgrlaw.com  nyoecf@sgrlaw.com

John J. Richardson

on behalf of Defendant Liberty Transportation Inc. jrichardson@bernsteinlaw.com  cwirick@bernsteinlaw.com

John Mark Stern

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov,
sherri.simpson@oag.texas.gov

John Mark Stern

on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov  sherri.simpson@oag.texas.gov

John P. Dillman

on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Wharton Co Jr Coll Dist houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Houston CAD houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Cleveland ISD houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Angelina County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Polk County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Orange County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Jasper County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Tyler County houston_bankruptcy@lgbs.com

John P. Dillman

on behalf of Creditor Matagorda County houston_bankruptcy@lgbs.com

John R. Fifarek

on behalf of Creditor 4th South Street II  LLC knelson@laskyfifarek.com, csczepanski@laskyfifarek.com

John R. Knapp, Jr.

on behalf of Creditor PeopleReady  Inc. john.knapp@millernash.com, edgar.rosales@millernash.com

John S. Mairo

on behalf of Creditor Optiv Security Inc. jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John T. Banks

on behalf of Creditor Fayette County  Kerr County, City of Weslaco, Weslaco ISD, Kendall County, Maverick County, & Uvalde
County jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com

John Tucker Farnum

on behalf of Creditor LTMAC Properties  LLC jfarnum@milesstockbridge.com, jfarnum@milesstockbridge.com

John W Kettering

on behalf of Defendant Sun Industrial Inc. jk@pietragallo.com  rjp@pietragallo.com;ms@pietragallo.com

Johnathan C. Bolton

on behalf of Creditor Robert J. Clancey  Ltd. jbolton@goodsill.com

Johnathan C. Bolton

on behalf of Defendant Pacific Transfer LLC jbolton@goodsill.com

Johnathan C. Bolton

on behalf of Defendant Robert J. Clancey  Ltd. jbolton@goodsill.com

Jonathan Saffer

on behalf of Unknown Masterpieces Puzzle Co.  Inc. jsaffer@rllaz.com

Jonathan Adam Grasso

on behalf of Defendant MR2D Global Trading  LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Brixton Everett LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Facilities Solutions LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Marion Plaza Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant BFG Supply Co.  LLC. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Ohio Valley Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Meadowbrook Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Push Digital  LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor The Marion Plaza jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant M & K Distributors  Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Attorney Pierce McCoy  PLLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Everest Group USA Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Spotsylvania Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Dell Financial Services L.L.C. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Roanld P. Sorce  A.I.A., Architects, P.C. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor WashREIT Frederick County Square LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Huntington Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

District/off: 0208-7                     User: admin                           Page 50 of 100
Date Rcvd: Mar 16, 2023                  Form ID: pdf001                        Total Noticed: 1

Jonathan Adam Grasso
 on behalf of Defendant Disston Company jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Defendant Dell Marketing L.P. jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Creditor Governor's Square Company jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Defendant Sunnest Service  LLC jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Defendant ATC Group Services LLC jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Defendant Pulsar Products  Inc. jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Defendant C & D Contracting  LLC jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Creditor Howland Commons  LLC jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Creditor ePossibilities USA Ltd. jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Defendant Mckinney Trailer Rentals jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Defendant Red Book Connect  LLC jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Defendant Centrescapes Inc. jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Creditor The Cafaro Northwest Partnership jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Defendant Post Gardens of Battle Creek  Inc. jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Creditor Dell Marketing  L.P. jon@piercemccoy.com

Jonathan Adam Grasso
 on behalf of Defendant Epossibilities USA Limited jon@piercemccoy.com

Jonathan D. Marshall
 on behalf of Creditor Wells Fargo Bank  National Association jmarshall@choate.com,jonathan-marshall-4638@ecf.pacerpro.com

Jonathan E. Pickhardt
 on behalf of Creditor OCO Capital Partners  L.P. jonpickhardt@quinnemanuel.com

Jonathan H. Miller
 on behalf of Defendant MKK Enterprises  Corp. jonathanhmillerlaw@gmail.com

Jonathan H. Miller
 on behalf of Defendant Igoseating Limited jonathanhmillerlaw@gmail.com

Jonathan H. Miller
 on behalf of Unknown SLFAQ  LLC jonathanhmillerlaw@gmail.com

Jonathan H. Miller
 on behalf of Defendant J. Kinderman & Sons  Inc. jonathanhmillerlaw@gmail.com

Jonathan H. Miller
 on behalf of Defendant Beauty Gem  Inc. jonathanhmillerlaw@gmail.com

Jonathan H. Miller
 on behalf of Creditor Sarachek Law Firm jonathanhmillerlaw@gmail.com

Jonathan I. Rabinowitz
 on behalf of Creditor Dennis Dodge jrabinowitz@rltlawfirm.com

Jonathan I. Rabinowitz
 on behalf of Creditor Debbie Dodge jrabinowitz@rltlawfirm.com

Jonathan L. Flaxer
 on behalf of Creditor AMAV Enterprises Ltd. jflaxer@golenbock.com
courtnotifications@golenbock.com;mweinstein@golenbock.com

Jonathan M. Horne
 on behalf of Defendant Ledvance LLC jhorne@murthalaw.com

Jonathan S. Bodner
                     on behalf of Defendant M.Z. Berger & Co. Inc. jbodner@bodnerlawpllc.com

Jonathan Scott Hawkins
                     on behalf of Defendant Body Flex Sports Inc. jonathan.hawkins@thompsonhine.com
                     ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com;jazmin.parra@thompsonhine.com

Jonathan Scott Hawkins
                     on behalf of Interested Party Marsala Manufacturing Company jonathan.hawkins@thompsonhine.com
                     ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com;jazmin.parra@thompsonhine.com

Jonathan Scott Hawkins
                     on behalf of Defendant Great Lakes Technologies LLC jonathan.hawkins@thompsonhine.com
                     ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com;jazmin.parra@thompsonhine.com

Jonathan Scott Hawkins
                     on behalf of Interested Party The Marfo Company jonathan.hawkins@thompsonhine.com
                     ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com;jazmin.parra@thompsonhine.com

Jonathan Scott Hawkins
                     on behalf of Creditor Virginia Surety Company  Inc. jonathan.hawkins@thompsonhine.com,
                     ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com;jazmin.parra@thompsonhine.com

Jonathan Scott Hawkins
                     on behalf of Creditor Teradata Operations  Inc. jonathan.hawkins@thompsonhine.com,
                     ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com;jazmin.parra@thompsonhine.com

Jonathan Scott Hawkins
                     on behalf of Interested Party Great Lakes Technologies  LLC jonathan.hawkins@thompsonhine.com,
                     ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com;jazmin.parra@thompsonhine.com

Joon P. Hong
                     on behalf of Creditor Thanh Cong Textile Garment Investment Trading Joint Stock Company joonhong@chapman.com

Joon P. Hong
                     on behalf of Creditor E-Land Apparel Ltd joonhong@chapman.com

Jordan C. Pilevsky
                     on behalf of Defendant Esi Cases & Accessories Inc. jpilevsky@njslaw.com

Jordan C. Pilevsky
                     on behalf of Defendant Fast Forward  LLC jpilevsky@njslaw.com

Jorian L. Rose
                     on behalf of Mediator Jorian L. Rose jrose@bakerlaw.com

Jose-Trelles Herrera
                     on behalf of Creditor Leonora Gonzalez jtherrera@herreralawfirm.com  vtarajano@herreralawfirm.com

Joseph Aronauer
                     on behalf of Creditor IQ9-200 SW C Ave  LLC jaronauer@aryllp.com

Joseph Aronauer
                     on behalf of Creditor U.S. Bank  National Association as Trustee, Successor-in-interest to Bank of America, N.A., as Trustee,
                     Successor-by-merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Capital jaronauer@aryllp.com

Joseph Badtke-Berkow
                     on behalf of Creditor Morneau Shepell Ltd.  in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan
                     joseph.badtke-berkow@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com

Joseph Corrigan
                     on behalf of Creditor Iron Mountain Information Management  LLC bankruptcy2@ironmountain.com

Joseph Froehlich
                     on behalf of Unknown Cardtronics USA  Inc. jfroehlich@lockelord.com

Joseph Charles Barsalona, II
                     on behalf of Interested Party KBTS-Tamiami  Ltd. c/o Federal Construction, Inc. jbarsalona@pashmanstein.com,
                     joseph--barsalona-5332@ecf.pacerpro.com

Joseph D. Frank
                     on behalf of Creditor Bottling Group  LLC operating as Pepsi Beverages Company jfrank@fgllp.com,
                     csucic@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com

Joseph D. Frank
                     on behalf of Creditor Frito-Lay North America  Inc. jfrank@fgllp.com,
                     csucic@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com

Joseph D. Frank
                     on behalf of Creditor CrossCom National LLC jfrank@fgllp.com  csucic@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com

Joseph D. Frank
                     on behalf of Creditor Experian Information Solutions  Inc. jfrank@fgllp.com,

csucic@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com

Joseph E. Bain

on behalf of Defendant Berwick Offray (Hong Kong) Ltd.
kvrana@joneswalker.com;msalinas@joneswalker.com;jbarber@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com

Joseph E. Sarachek

on behalf of Creditor Strong Progress Garment Factory Company LTD joe@sarucheklawfirm.com
jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Meenu Creations LLP joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Mingle Fashion Limited joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Purcell Murray joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Fuzhou Fushan Pneumatic Co.  Ltd. joe@sarucheklawfirm.com,
jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Beauty Gem  Inc. joe@sarucheklawfirm.com, jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor A&A HK Industrial joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Unknown SLFAQ  LLC joe@sarucheklawfirm.com, jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Holdsun Group Ltd. joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Mien Co.  Ltd. joe@sarucheklawfirm.com, jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Samil Solutions joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Wing Hing Shoes Factory Limited joe@sarucheklawfirm.com
jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Shanghai Fochier joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Auxo International Ltd. joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Vogue Tex (Pvt) Ltd. joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Mansheen Industries  Ltd. joe@sarucheklawfirm.com,
jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor AMW Vietnam Co. Ltd. joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Helen Andrews Inc. joe@sarucheklawfirm.com  jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Giza Spinning & Weaving Co. joe@sarucheklawfirm.com
jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Esjay International Pvt. Ltd. joe@sarucheklawfirm.com
jon@sarucheklawfirm.com,paul@sarucheklawfirm.com

Joseph E. Shickich, Jr

on behalf of Creditor Microsoft Corporation  Microsoft Licensing, GP and Microsoft Online, Inc. jshickich@foxrothschild.com

Joseph H. Lemkin

on behalf of Creditor Canon Financial Services  Inc. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Conopco  Inc. dba Unilever jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Gator Oeste Owner  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
        on behalf of Defendant Achim Importing Company Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
        on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
        on behalf of Creditor Phillips Edison & Company jlemkin@stark-stark.com

Joseph H. Lemkin
        on behalf of Creditor SWZ  LLC jlemkin@stark-stark.com

Joseph L. Steinfeld, Jr.
        on behalf of Defendant EmployBridge  LLC jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Plaintiff StarWest  LLC jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Plaintiff California Builder Appliances  Inc. jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Plaintiff M3 Advisory Partners  LP jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Plaintiff Sears Holdings Corporation jsteinfeld@askllp.com
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Plaintiff Sears Home Improvement Productions  Inc. jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Debtor Sears Holdings Corporation jsteinfeld@askllp.com
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Plaintiff Sears Home Improvement Products  Inc. jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Defendant GateHouse Media South Dakota Holdings  Inc. jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Plaintiff Florida Builder Appliances  Inc. jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Defendant Medal Sports (USA)  LLC jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Plaintiff Sears  Roebuck and Co. jsteinfeld@askllp.com,
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.
        on behalf of Plaintiff Kmart Holding Corporation jsteinfeld@askllp.com
        lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation et al., acting on behalf of the
Debtors' Estates jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph T. Kelleher

on behalf of Defendant DIMENSIONAL FUNDS PLC- GLOBAL TARGETED VALUE FUND jkelleher@stradley.com

Joseph T. Kelleher

on behalf of Defendant DFA Investment Dimensions Group Inc. jkelleher@stradley.com

Joseph Thomas Moldovan

on behalf of Creditor Allure Gems LLC bankruptcy@morrisoncohen.com

Joshua A. Dunn

on behalf of Creditor Village of Hoffman Estates jdunn@vedderprice.com ecfnydocket@vedderprice.com

Joshua S. Bauchner

on behalf of Creditor Sayville Menlo LLC jb@ansellgrimm.com courtfilings@ansellgrimm.com

Joshua W. Cohen

on behalf of Creditor Lakin Tire West Inc. jwcohen@daypitney.com, apetranek@daypitney.com

Juandisha Harris

on behalf of Creditor State of Michigan Department of Treasury harrisj12@michigan.gov

Judith Elkin

on behalf of Creditor Lenox International Inc. elkinj@mac.com, elkinj@mac.com

Julie Cvek Curley

on behalf of Defendant PDX Inc./National Health Information Network, Inc. jcurley@kacllp.com,
attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley

on behalf of Interested Party NAMCO USA Inc jcurley@kacllp.com
attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley

on behalf of Creditor Team Design Lighting & Construction LLC jcurley@kacllp.com,
attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley

on behalf of Creditor PDX Inc. jcurley@kacllp.com,
attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley

on behalf of Creditor Bonnier Corp. jcurley@kacllp.com
attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley

on behalf of Creditor Team Design Build USA jcurley@kacllp.com
attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley

on behalf of Creditor National Health Information Network Inc. jcurley@kacllp.com,
attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie H Rome-Banks

on behalf of Creditor Wilshire Investments LLC julie@bindermalter.com

Justin Alaburda

on behalf of Creditor Robertson Heating Supply jmalaburda@bmdllc.com

Justin Logan Rappaport

on behalf of Creditor Malca-Amit USA LLC lrappaport@bronsterllp.com mresnikoff@bronsterllp.com

Kaitlin R. Walsh

on behalf of Creditor Suzhou Chunju Electric Co. Ltd. krwalsh@mintz.com docketing@mintz.com;tbcummins@mintz.com

Kamini Fox

on behalf of Defendant Dukers Appliance Co. USA Ltd kamini@kfoxlaw.com

Kara E. Casteel

on behalf of Plaintiff California Builder Appliances Inc. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation et al kcasteel@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Plaintiff Sears Holdings Corporation kcasteel@askllp.com lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

| | |
|---|---|
| | on behalf of Debtor Sears Holdings Corporation kcasteel@askllp.com  lmiskowiec@askllp.com;jsteinfeld@askllp.com |
| Kara E. Casteel | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com |
| Kara E. Casteel | |
| | on behalf of Plaintiff Sears Home Improvement Products  Inc. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com |
| Kara E. Casteel | |
| | on behalf of Plaintiff Florida Builder Appliances  Inc. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com |
| Kara E. Casteel | |
| | on behalf of Plaintiff StarWest  LLC kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com |
| Kara E. Casteel | |
| | on behalf of Plaintiff Sears  Roebuck and Co. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com |
| Kara E. Casteel | |
| | on behalf of Spec. Counsel ASK LLP kcasteel@askllp.com  lmiskowiec@askllp.com;jsteinfeld@askllp.com |
| Kara E. Casteel | |
| | on behalf of Plaintiff M3 Advisory Partners  LP kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com |
| Kara E. Casteel | |
| | on behalf of Plaintiff Kmart Holding Corporation kcasteel@askllp.com  lmiskowiec@askllp.com;jsteinfeld@askllp.com |
| Karen Sheehan | |
| | on behalf of Creditor Select Portfolio Servicing  Inc. Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7 ksheehan@flwlaw.com, jspiegelman@flwlaw.com |
| Karen Sheehan | |
| | on behalf of Creditor Select Portfolio Servicing  Inc.as servicer for U.S. Bank National Association, as trustee, in trust for the holders of MLMI Trust 2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1 ksheehan@flwlaw.com, jspiegelman@flwlaw.com |
| Karen Sheehan | |
| | on behalf of Creditor PennyMac Corp. ksheehan@flwlaw.com  jspiegelman@flwlaw.com |
| Karen C. Bifferato | |
| | on behalf of Creditor IRC Park Center Plaza  L.L.C. kbifferato@connollygallagher.com |
| Karen C. Bifferato | |
| | on behalf of Creditor IRC Marketplace at Six Corners  L.L.C. kbifferato@connollygallagher.com |
| Kari B Coniglio | |
| | on behalf of Defendant R. G. Barry Corporation kbconiglio@vorys.com |
| Katherine R. Catanese | |
| | on behalf of Creditor Victor Reagan Family Trust kcatanese@foley.com  katie-catanese-8978@ecf.pacerpro.com |
| Kathleen M. Aiello | |
| | on behalf of Defendant Viking Range  LLC KAiello@Klestadt.com |
| Kathleen M. Aiello | |
| | on behalf of Creditor Alpine Creations Ltd. KAiello@Klestadt.com |
| Kathleen M. Aiello | |
| | on behalf of Creditor Aspen Marketing Services  Inc. KAiello@Klestadt.com |
| Katiuska Bolanos | |
| | on behalf of Defendant Premier Transport  Inc. kbolanos@diazvaz.law |
| Kay Diebel Brock | |
| | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Kayvan B. Sadeghi | |
| | on behalf of Defendant Dorel Asia Inc. ksadeghi@jenner.com  docketing@jenner.com,9141962420@filings.docketbird.com |
| Kayvan B. Sadeghi | |
| | on behalf of Defendant Pacific Cycle Inc. ksadeghi@jenner.com  docketing@jenner.com,9141962420@filings.docketbird.com |
| Kayvan B. Sadeghi | |
| | on behalf of Defendant Dorel Industries Inc. ksadeghi@jenner.com  docketing@jenner.com,9141962420@filings.docketbird.com |
| Kayvan B. Sadeghi | |
| | on behalf of Defendant Dorel Home Furnishings  Inc. ksadeghi@jenner.com, docketing@jenner.com,9141962420@filings.docketbird.com |
| Kayvan B. Sadeghi | |
| | on behalf of Defendant Dorel Juvenile Group  Inc. ksadeghi@jenner.com, |

District/off: 0208-7                         User: admin                              Page 56 of 100
Date Rcvd: Mar 16, 2023                      Form ID: pdf001                          Total Noticed: 1

docketing@jenner.com,9141962420@filings.docketbird.com

Kayvan B. Sadeghi
                    on behalf of Creditor Dorel Industries Inc. ksadeghi@jenner.com  docketing@jenner.com,9141962420@filings.docketbird.com

Keith A Langley
                    on behalf of Interested Party Liberty Mutual Insurance Company klangley@l-llp.com  ehyman@l-llp.com;pgentry@l-llp.com

Kelly Rose Cusick
                    on behalf of Creditor Pension Benefit Guaranty Corporation cusick.kelly@pbgc.gov  efile@pbgc.gov

Ken Florey
                    on behalf of Creditor Community Unit School District 300 kflorey@rsnlt.com

Kenneth Friedman
                    on behalf of Interested Party 51st Street Fruitland Ave.  LLC kfriedman@manatt.com, astaltari@manatt.com

Kenneth Miller
                    on behalf of Defendant Megagoods Inc. kmiller@pmcos.com

Kenneth A. Rosen
                    on behalf of Creditor TeleBrands  Corp. krosen@lowenstein.com

Kenneth E. Mangano
                    on behalf of Unknown Sonia Vargas kmangano@ferrokuba.com

Kenneth L. Baum
                    on behalf of Defendant Tori Richard  Ltd. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M. Lewis
                    on behalf of Creditor International Cruise & Excursions Gallery  Inc. klewis@wtplaw.com, klewis@lewispllc.com

Kenneth M. Lewis
                    on behalf of Creditor Angela Kelly klewis@wtplaw.com  klewis@lewispllc.com

Kenneth M. Lewis
                    on behalf of Creditor Janyce L. MacKenzie klewis@wtplaw.com  klewis@lewispllc.com

Kesha L. Tanabe
                    on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com  kesha.tanabe@gmail.com

Kevin Reid
                    on behalf of Creditor Demetrios L Kozonis kreid@kozonislaw.com

Kevin J Etzel
                    on behalf of Defendant Final Touch Delivery Service Inc. ketzel@vedderprice.com

Kevin J. Simard
                    on behalf of Creditor Wells Fargo Bank  National Association ksimard@choate.com, kevin-simard-1324@ecf.pacerpro.com

Kevin M Lippman
                    on behalf of Creditor Comosoft  Inc. klippman@munsch.com

Kevin Michael Newman
                    on behalf of Creditor S&R Company of West Seneca Newco  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
                    on behalf of Creditor DGI LS  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
                    on behalf of Creditor Aviation Mall NewCo  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
                    on behalf of Creditor Salmon Run Shopping Center  L.L.C. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
                    on behalf of Creditor Poughkeepsie Galleria LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
                    on behalf of Creditor Light 125 James West LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
                    on behalf of Creditor Shillington Plaza LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
                    on behalf of Creditor Washington Commons NewCo  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
                    on behalf of Creditor JPMG Manassas Mall Owner LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
                    on behalf of Creditor Holyoke Mall Company  L.P. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin N Summers
on behalf of Interested Party Greenwood Motor Lines  Inc., d/b/a R+L Carriers ksummers@dflaw.com

Kevin P. Montee
on behalf of Creditor Hudson Concourse  LLC kmontee@monteefirm.com, kmontee@monteefirm.com

Kiah T Ford, IV
on behalf of Creditor Hangzhou GreatStar Industrial Co.  Ltd chipford@parkerpoe.com

Kiah T Ford, IV
on behalf of Unknown Hong Kong GreatStar International Company  Limited chipford@parkerpoe.com

Kiah T Ford, IV
on behalf of Defendant Hong Kong GreatStar International Company Limited chipford@parkerpoe.com

Kieran M. Corcoran
on behalf of Defendant Huhtamaki Inc. kieran.corcoran@stinson.com  jennifer.guidry@stinson.com

Klaus Peter Muthig, I
on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Kory A. Atkinson
on behalf of Creditor Community Unit School District 300 kaa@koryatkinson.com

Kristen Santillo
on behalf of Interested Party Transform Holdco LLC ksantillo@gelbersantillo.com

Kristen D Romano
on behalf of Creditor Automotive Rentals  Inc. kromano@fpservicing.com

Kristen D Romano
on behalf of Creditor ARI Fleet LT kromano@fpservicing.com

Kristen N. Pate
on behalf of Creditor Brookfield Property REIT Inc. bk@bpretail.com

Kristian W. Gluck
on behalf of Defendant Hylands Inc. kristian.gluck@nortonrosefulbright.com

Kristin Corbett
on behalf of Interested Party Transform Holdco LLC kcorbett@cgsh.com

Krystal R. Mikkilineni
on behalf of Defendant Cycle Force Group LLC krystal.mikkilineni@dentons.com

Kurt Ernest Kates Ramlo
on behalf of Creditor EMA Investments San Diego  LLC kr@lnbyg.com

Kyle Arendsen
on behalf of Defendant Dart Container Corporation kyle.arendsen@squirepb.com
sarah.conley@squirepb.com;kyle-f-arendsen-5494@ecf.pacerpro.com

Kyle Hosmer
on behalf of Unknown Peoria Industrial  Inc. kyle.hosmer@faegredrinker.com

Kyle Hosmer
on behalf of Creditor Peoria Industrial  Inc. kyle.hosmer@faegredrinker.com

Kyle J. Kolb
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates kkolb@herrick.com

Lacy Martin Lawrence
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
llawrence@akingump.com, txdocketing@akingump.com;AGSearch-Lit@akingump.com

Lane E Bender
on behalf of Defendant Gateway Fashion Mall  LLC lane@lanebenderlaw.com

Lara Shipkovitz Martin
on behalf of Defendant Liberty Transportation Inc. lmartin@bernsteinlaw.com  cwirick@bernsteinlaw.com

Larry Wilcher
on behalf of Creditor Winners Industry Co.  Ltd. lwilcher@calfee.com

Laura J. Monroe
on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com  krobertson@ecf.inforuptcy.com

Laura M. Fontaine
on behalf of Defendant Commission Junction LLC LFontaine@fdic.gov
Robbyn@HedrickKring.com;McKenzie@HedrickKring.com

Laura R Hall

on behalf of Creditor Morneau Shepell Ltd. in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan
laura.hall@allenovery.com, kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laurel D. Roglen
   on behalf of Creditor The Macerich Company roglenl@ballardspahr.com

Laurel D. Roglen
   on behalf of Creditor 7200 Arlington Associates LLC roglenl@ballardspahr.com

Laurel D. Roglen
   on behalf of Creditor Sphear Investments LLC roglenl@ballardspahr.com

Laurel D. Roglen
   on behalf of Interested Party Magformers LLC roglenl@ballardspahr.com

Laurel D. Roglen
   on behalf of Examiner Fee Examiner roglenl@ballardspahr.com

Lauren Wagner
   on behalf of Defendant Benefit Street 2018 LLC lwagner@omm.com, lauren-m-wagner-6717@ecf.pacerpro.com

Lauren Wagner
   on behalf of Defendant Thomas J. Tisch lwagner@omm.com lauren-m-wagner-6717@ecf.pacerpro.com

Lauren A Baio
   on behalf of Interested Party Financial-Information-Technologies LLC lauren.baio@arlaw.com,
leanna.copeland@gray-robinson.com

Lauren Catherine Kiss
   on behalf of Creditor Southwest Sign Group Inc., d/b/a Apex Sign Group lkiss@klestadt.com

Lauren Catherine Kiss
   on behalf of Unknown Rebuilding Together Inc. lkiss@klestadt.com

Lauren Catherine Kiss
   on behalf of Creditor GLP US Management LLC and its affiliates lkiss@klestadt.com

Lauren Catherine Kiss
   on behalf of Creditor Haier U.S. Appliance Solutions Inc. d/b/a GE Appliances lkiss@klestadt.com

Lauren Catherine Kiss
   on behalf of Creditor Icon Owner Pool 1 SF Business Parks LLC lkiss@klestadt.com

Lauren M. Macksoud
   on behalf of Creditor Starboard Platform Brighton JV LLC lauren.macksoud@dentons.com docket.general.lit.wdc@dentons.com

Laurence May
   on behalf of Creditor Allure Home Fashions lmay@eisemanlevine.com

Laurence May
   on behalf of Creditor Prestige Properties & Development Co. Inc. lmay@eisemanlevine.com

Laurence May
   on behalf of Creditor Prestige Properties and Development lmay@eisemanlevine.com

Laurence May
   on behalf of Creditor K-Bay Plaza LLC lmay@eisemanlevine.com

Lawrence Fogelman
   on behalf of Unknown United States of America lawrence.fogelman@usdoj.gov

Lawrence A. Lichtman
   on behalf of Creditor Aaron Gershenson Family Properties LLC llichtman@honigman.com, litdocket@honigman.com

Lawrence A. Lichtman
   on behalf of Creditor QKC Maui Owner LLC llichtman@honigman.com, litdocket@honigman.com

Lawrence A. Lichtman
   on behalf of Creditor Four Gershenson Brothers L.L.C. llichtman@honigman.com, litdocket@honigman.com

Lawrence A. Lichtman
   on behalf of Creditor Midwest Tool and Cutlery Company llichtman@honigman.com litdocket@honigman.com

Lawrence J. Kotler
   on behalf of Defendant Aramark Services Inc. ljkotler@duanemorris.com

Lawrence J. Kotler
   on behalf of Creditor Riskonnect Inc. ljkotler@duanemorris.com

Lawrence W Byrne
   on behalf of Creditor William Juiris lbyrne@pedersenhoupt.com

Lea Pauley Goff

| | |
|---|---|
| | on behalf of Defendant Tempur-Pedic North America  LLC lea.goff@skofirm.com, emily.keith@skofirm.com |
| Lea Pauley Goff | |
| | on behalf of Creditor Tempur-Sealy International  Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC lea.goff@skofirm.com, emily.keith@skofirm.com |
| Leah Silverman | |
| | on behalf of Creditor Olympus Peak Master Fund LP lsilverman@opeaklp.com |
| Lee Rohn | |
| | on behalf of Creditor Aquita Williams info@rohnlaw.com |
| Lee Rohn | |
| | on behalf of Creditor T.S.  a minor child of Joanna Samuel info@rohnlaw.com |
| Lee Rohn | |
| | on behalf of Creditor Richard Samuel info@rohnlaw.com |
| Lee Rohn | |
| | on behalf of Defendant Island Delivery Service info@rohnlaw.com |
| Lee Rohn | |
| | on behalf of Creditor O'Rosia Figueroa info@rohnlaw.com |
| Lee Rohn | |
| | on behalf of Creditor S.S.  a minor child of Joanna Samuel info@rohnlaw.com |
| Lee Rohn | |
| | on behalf of Unknown Lee J. Rohn info@rohnlaw.com |
| Lee Rohn | |
| | on behalf of Creditor Juan Rosario info@rohnlaw.com |
| Lee Rohn | |
| | on behalf of Creditor R.S.  a minor child of Joanna Samuel info@rohnlaw.com |
| Lee Rohn | |
| | on behalf of Creditor Lee J. Rohn info@rohnlaw.com |
| Lee Rohn | |
| | on behalf of Creditor Aubain Scotland info@rohnlaw.com |
| Lee E. Woodard | |
| | on behalf of Creditor Van Hook Service Co.  Inc. bkemail@harrisbeach.com, kgriffith@harrisbeach.com;efilings@harrisbeach.com |
| Leo Muchnik | |
| | on behalf of Defendant Goldman Sachs & Co. LLC muchnikl@gtlaw.com |
| Leo B Dubler, III | |
| | on behalf of Creditor SUZANNE MERCADO leodubler@fast.net |
| Leon B Gordon | |
| | on behalf of Creditor Anderson County et al cary.cain@mvbalaw.com  bankruptcy@mvbalaw.com |
| Leon S. Jones | |
| | on behalf of Defendant Hi Tech Pharmaceuticals Inc. ljones@joneswalden.com jwdistribution@joneswalden.com,lpineyro@joneswalden.com,cmccord@joneswalden.com |
| Leslie Ann Berkoff | |
| | on behalf of Interested Party BRE 312 OWNER LLC lberkoff@moritthock.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Dolphin Fontana  L.P. heilmanl@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Starwood Retail Partners  LLC heilmanl@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Unknown Pacific Retail Group heilmanl@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Centennial Real Estate Co. heilmanl@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor GS Pacific ER  LLC heilmanl@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor C. E. Johns Company  Inc. heilmanl@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor The Macerich Company heilmanl@ballardspahr.com |

District/off: 0208-7
Date Rcvd: Mar 16, 2023

User: admin
Form ID: pdf001

Page 60 of 100
Total Noticed: 1

Leslie C. Heilman
on behalf of Creditor Deutsche Asset & Wealth Management heilmanl@ballardspahr.com

Leslie C. Heilman
on behalf of Unknown Kravco Company heilmanl@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Federal Realty Investment Trust heilmanl@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Vintage Real Estate  LLC heilmanl@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Acadia Realty Limited Partnership heilmanl@ballardspahr.com

Leslie C. Heilman
on behalf of Unknown GEM Realty Capital  Inc. heilmanl@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Brixmor Property Group  Inc. heilmanl@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor White Plains Galleria Limited Partnership heilmanl@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor PGIM Real Estate heilmanl@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC heilmanl@ballardspahr.com

Lewis A. Lindenberg
on behalf of Creditor Raven Associates c/o Aegis Investments  Inc. llindenberg@bbwg.com

Lewis J. Liman
on behalf of Plaintiff Transform Holdco LLC maofiling@cgsh.com

Linda M. Tirelli
on behalf of Attorney Linda M. Tirelli LTirelli@TirelliLawGroup.com
admin1@tirellilawgroup.com;admin2@TirelliLawGroup.com;admin1@TirelliLawGroup.com

Lindsay Zahradka Milne
on behalf of Defendant White Mountain Tissue  LLC lmilne@bernsteinshur.com,
astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;sbaker@bernsteinshur.com

Lindsay Zahradka Milne
on behalf of Defendant RTH Mechanical Services  Inc. lmilne@bernsteinshur.com,
astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;sbaker@bernsteinshur.com

Lindsey Robin
on behalf of Creditor GroupBy USA  Inc. lrobin@reedsmith.com, shikendra.rhea@bclplaw.com

Lisa Milas
on behalf of Creditor Wilmington Savings Fund Society  FSB, acting not in its Individual Capacity but Solely as Trustee of
Southside NSP Trust 2017-1, by its servicing agent BSI Financial Services lgadomski@schillerknapp.com,
lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Lisa Large Evans
on behalf of Creditor Allen ISD Lisa.Evans@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Lloyd Bernstein
on behalf of Creditor Chubb Companies lloyd.bernstein@bullivant.com

Louis J. Cisz, III
on behalf of Creditor California Self-Insurers' Security Fund lcisz@nixonpeabody.com  jzic@nixonpeabody.com

Louis R Koerner, Jr
on behalf of Unknown Lisa Francis koerner@koerner-law.com

Louis R Koerner, Jr
on behalf of Creditor Lisa Francis koerner@koerner-law.com

Louis Thomas DeLucia
on behalf of Creditor Ciuffo Family Trust/Trust A louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Louis Thomas DeLucia
on behalf of Creditor Ciuffo Family Trust louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Lucas Schneider
on behalf of Creditor CenturyLink Communications  LLC lucas.schneider@stinson.com, MPL.LSSTeam5@stinson.com

Lucian Murley
on behalf of Defendant Pinecone Design Limited luke.murley@saul.com  robyn.warren@saul.com

District/off: 0208-7                User: admin                  Page 61 of 100
Date Rcvd: Mar 16, 2023             Form ID: pdf001             Total Noticed: 1

Lucy E. Hill
on behalf of Defendant The Daily Press  LLC lucy.hill@dentons.com, helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
on behalf of Defendant The San Diego Union-Tribune  LLC lucy.hill@dentons.com, helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
on behalf of Defendant Los Angeles Times Communications LLC lucy.hill@dentons.com helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
on behalf of Defendant Sun-Sentinel Company  LLC lucy.hill@dentons.com, helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
on behalf of Defendant The Hartford Courant Company  LLC lucy.hill@dentons.com, helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
on behalf of Defendant Virginian-Pilot Media Companies  LLC lucy.hill@dentons.com, helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
on behalf of Defendant Orlando Sentinel Communications Company  LLC lucy.hill@dentons.com, helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
on behalf of Defendant Tribune Publishing Company  LLC lucy.hill@dentons.com, helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
on behalf of Defendant American Textile Company  Incorporated lucy.hill@dentons.com, helen.ward@dentons.com,michelle.graeb@dentons.com

Luiz Felipe Vargas dos Santos Correa de Oliveira
on behalf of Creditor KG Denim Limited loliveira@steinip.com

Luke A Barefoot
on behalf of Creditor JPP II  LLC lbarefoot@cgsh.com, maofiling@cgsh.com

Luke A Barefoot
on behalf of Interested Party Transform SR Holdings Management LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Defendant Transform Operating Stores LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Interested Party Transform SR Protection LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Defendant Transform Holdco LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Interested Party Transform SR Brands LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Interested Party Transform SR LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Interested Party Transform Holdco LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Creditor JPP  LLC lbarefoot@cgsh.com, maofiling@cgsh.com

Luke A Barefoot
on behalf of Plaintiff Transform Holdco LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Creditor ESL Investments  Inc. lbarefoot@cgsh.com, maofiling@cgsh.com

Luma Al-Shibib
on behalf of Creditor WC Independence Center LLC lal-shibib@andersonkill.com dflynn@andersonkill.com;Dfraser@andersonkill.com;Msilverschotz@andersonkill.com

Luvell L Glanton
on behalf of Creditor Antonio D. Roberts glantonfirm@gmail.com

Luvell L Glanton
on behalf of Unknown Tracee M. Britton glantonfirm@gmail.com

Lynn Hamilton Butler
on behalf of Creditor WC MRP Belleville Center  LLC lynn.butler@huschblackwell.com,

lynn-hamilton-butler-2113@ecf.pacerpro.com;penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Lynn Hamilton Butler

on behalf of Creditor WC Independence Center LLC lynn.butler@huschblackwell.com
lynn-hamilton-butler-2113@ecf.pacerpro.com;penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Lynn Rowe Larsen

on behalf of Defendant Gannett Satellite Information Network  LLC llarsen@taftlaw.com, LLAUREN@TAFTLAW.COM

Magdalena Zalewski

on behalf of Defendant Jupiter Workshops (HK) Ltd. mz@magdalenazalewski.com

Magdalena Zalewski

on behalf of Defendant Hireright  LLC mz@magdalenazalewski.com

Magdalena Zalewski

on behalf of Defendant Archon Energy Solutions mz@magdalenazalewski.com

Magdalena Zalewski

on behalf of Defendant Field Manufacturing Corporation mz@magdalenazalewski.com

Magdalena Zalewski

on behalf of Defendant JCW Investments  Inc. mz@magdalenazalewski.com

Marc A. Zelina

on behalf of Unknown Simon Property Group  L.P. marc.zelina@lw.com

Marc J. Kurzman

on behalf of Creditor Crossroads Joint Venture  LLC mkurzman@carmodylaw.com

Marcel Charles Duhamel

on behalf of Defendant R. G. Barry Corporation mcduhamel@vorys.com  mwilson@vorys.com

Marianna Udem

on behalf of Plaintiff Sears  Roebuck and Co. mudem@askllp.com

Marianna Udem

on behalf of Plaintiff California Builder Appliances  Inc. mudem@askllp.com

Marianna Udem

on behalf of Plaintiff Sears Home Improvement Productions  Inc. mudem@askllp.com

Marianna Udem

on behalf of Plaintiff Sears Home Improvement Products  Inc. mudem@askllp.com

Marianna Udem

on behalf of Plaintiff Florida Builder Appliances  Inc. mudem@askllp.com

Marianna Udem

on behalf of Plaintiff Kmart Holding Corporation mudem@askllp.com

Marianna Udem

on behalf of Plaintiff StarWest  LLC mudem@askllp.com

Marianna Udem

on behalf of Defendant The ServiceMaster Company  LLC mudem@askllp.com

Marie P Hofsdal

on behalf of Creditor Broad Street Station LLC c/o Collett mhofsdal@oceanfirst.com

Marilyn Macron

on behalf of Unknown CalAmp Wireless Networks Corporation marilyn@marilynmacron.com

Marita S. Erbeck

on behalf of Creditor Distribution Funding II  LLC marita.erbeck@dbr.com

Marita S. Erbeck

on behalf of Creditor KTR LV Loan LLC marita.erbeck@dbr.com

Marita S. Erbeck

on behalf of Creditor Prologis  L.P. marita.erbeck@dbr.com

Marita S. Erbeck

on behalf of Creditor KTR Ohio LLC marita.erbeck@dbr.com

Marita S. Erbeck

on behalf of Creditor Prologis marita.erbeck@dbr.com

Marita S. Erbeck

on behalf of Creditor ProLogis-A4 CA IV  LP marita.erbeck@dbr.com

Mark Levine

on behalf of Respondent Robert Catalfano mark.levine.180@gmail.com  mlevine@zlk.com

Mark Levine
on behalf of Respondent Lavarita Meriwether mark.levine.180@gmail.com mlevine@zlk.com

Mark Sherrill
on behalf of Defendant Atos It Solutions and Services Inc. marksherrill@eversheds-sutherland.com

Mark Tsukerman
on behalf of Creditor Micro Focus LLC mtsukerman@coleschotz.com,
ssallie@coleschotz.com;pratkowiak@coleschotz.com;bankruptcy@coleschotz.com

Mark A. Frankel
on behalf of Interested Party Aida Visakay mfrankel@bfklaw.com
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Mark A. Frankel
on behalf of Creditor 233 S. Wacker LLC mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Mark D. Silverschotz
on behalf of Creditor Schumacher Electric Corporation msilverschotz@andersonkill.com
bankruptcy-2628@ecf.pacerpro.com;dfraser@andersonkill.com;dflynn@andersonkill.com

Mark E. Cohen
on behalf of Creditor Bank of America N.A. MECESQ2@aol.com

Mark E. Felger
on behalf of Creditor National Distribution Centers LLC MFelger@cozen.com,
kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

Mark E. Felger
on behalf of Mediator Mark E. Felger MFelger@cozen.com
kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

Mark E. Hall
on behalf of Defendant Microsoft Online Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark E. Hall
on behalf of Defendant Microsoft Corporation mhall@foxrothschild.com cbrown@foxrothschild.com

Mark E. Hall
on behalf of Creditor CAPREF Burbank LLC A Delaware LLC mhall@foxrothschild.com cbrown@foxrothschild.com

Mark J. Hyland
on behalf of Defendant Fairholme Funds Inc. hyland@sewkis.com

Mark J. Hyland
on behalf of Defendant Fairholme Capital Management L.L.C. hyland@sewkis.com

Mark J. Hyland
on behalf of Defendant Bruce Berkowitz hyland@sewkis.com

Mark R. Somerstein
on behalf of Interested Party Norges Bank paul.lang@ropesgray.com;nova.alindogan@ropesgray.com

Mark Russell Owens
on behalf of Interested Party Urschel Development Corporation mowens@btlaw.com
mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens
on behalf of Defendant Cybertron International Inc. mowens@btlaw.com mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens
on behalf of Defendant ACCO Brands USA LLC mowens@btlaw.com mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark S. Roher
on behalf of Defendant Action Time Inc. mroher@markroherlaw.com ecf3.markroherlaw@gmail.com

Mark S. Roher
on behalf of Creditor Action Time Inc. mroher@markroherlaw.com, ecf3.markroherlaw@gmail.com

Mark W. Sandretto
on behalf of Defendant Watterson Environmental Group LLC mwsandretto@eastmansmith.com

Marshall C. Turner
on behalf of Creditor WC Independence Center LLC marshall.turner@husch.com marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Defendant Hanesbrands Inc. marshall.turner@husch.com marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Creditor CBL & Associates Management Inc. marshall.turner@husch.com marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner

|  |  |
|---|---|
|  | on behalf of Defendant Ghirardelli Chocolate Company marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com |
| Marshall C. Turner | |
|  | on behalf of Creditor WC MRP Belleville Center  LLC marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com |
| Marvin E. Clements, Jr. | |
|  | on behalf of Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov |
| Mary Ann Claraval | |
|  | on behalf of Creditor Darlene Stroehecker maryann@claravallaw.com |
| Mary Stephanie Wickouski | |
|  | on behalf of Creditor Shaw Industries  Inc. swickouski@lockelord.com, dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com |
| Mary Stephanie Wickouski | |
|  | on behalf of Defendant Shaw Industries  Inc. swickouski@lockelord.com, dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com |
| Matthew Gensburg | |
|  | on behalf of Creditor Community Unit School District 300 mgensburg@gcklegal.com |
| Matthew Gurgel | |
|  | on behalf of Defendant Kunal Kamlani mgurgel@hsgllp.com |
| Matthew McCann | |
|  | on behalf of Creditor Ray Padula Holdings  LLC matthewmccann@specialedlawyer.com, mmccann@swc-law.com |
| Matthew Olins | |
|  | on behalf of Creditor 233 S. Wacker  LLC molins@gouldratner.com |
| Matthew Scheck | |
|  | on behalf of Unknown Gary Polkowitz matthewscheck@quinnemanuel.com |
| Matthew Benjamin Stein | |
|  | on behalf of Creditor Steel 1111 LLC mstein@kasowitz.com  courtnotices@kasowitz.com |
| Matthew C. Ziegler | |
|  | on behalf of Interested Party The Comet Clothing Company  LLC matthew.ziegler@morganlewis.com |
| Matthew C. Ziegler | |
|  | on behalf of Interested Party Fanatics Licensed Sports Group  LLC F/K/A VF Licensed Sports Group, LLC matthew.ziegler@morganlewis.com |
| Matthew G. Roseman | |
|  | on behalf of Defendant ICrossing  Inc. mroseman@cullenanddykman.com |
| Matthew G. Summers | |
|  | on behalf of Creditor Federal Realty Investment Trust summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Unknown GEM Realty Capital  Inc. summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Creditor Starwood Retail Partners  LLC summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Creditor GS Pacific ER  LLC summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Creditor Centennial Real Estate Co. summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Interested Party Towers Watson Investment Services  Inc. summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Creditor C. E. Johns Company  Inc. summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Creditor CenterCal Properties  LLC summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Unknown Kravco Company summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Unknown Pacific Retail Group summersm@ballardspahr.com |
| Matthew G. Summers | |
|  | on behalf of Interested Party Willis Towers Watson PLC summersm@ballardspahr.com |

Matthew G. Summers

on behalf of Creditor Vintage Real Estate  LLC summersm@ballardspahr.com

Matthew G. Summers

on behalf of Interested Party Willis Towers Watson US LLC summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Brixmor Property Group  Inc. summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor White Plains Galleria Limited Partnership summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor The Macerich Company summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor PGIM Real Estate summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Acadia Realty Limited Partnership summersm@ballardspahr.com

Matthew J. Burne

on behalf of Defendant Lipsey Logistics Worldwide  LLC matthew.burne@usdoj.gov,
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Laser Products Inc. matthew.burne@usdoj.gov
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Micronesian Brokers Inc. matthew.burne@usdoj.gov
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Cosmo Lighting Inc. matthew.burne@usdoj.gov
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant South Mountain Air Conditioning & Heating  Inc. matthew.burne@usdoj.gov,
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Ambros Inc. matthew.burne@usdoj.gov  dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant JB LLC matthew.burne@usdoj.gov  dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant China Fortune LLC matthew.burne@usdoj.gov
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Brennan Jewelry Inc. matthew.burne@usdoj.gov
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Gregory Richard Zimmerman matthew.burne@usdoj.gov
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant FPC Corporation matthew.burne@usdoj.gov  dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant 2075560 Ontario Limited matthew.burne@usdoj.gov
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant A.D. Sutton & Sons  Inc. matthew.burne@usdoj.gov,
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant CKK Home Decor LP matthew.burne@usdoj.gov
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant DPI Inc. matthew.burne@usdoj.gov  dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Nexgrill Industries Inc. matthew.burne@usdoj.gov
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew Patrick Kremer

on behalf of Interested Party [24]7.ai  Inc. mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com

Megan Harper
                on behalf of Creditor City of Phila./School District of Phila. megan.harper@phila.gov

Melissa Boey
                on behalf of Defendant Entercom Communications Corp. melissa.boey@morganlewis.com

Melissa Boey
                on behalf of Unknown the Sears Non-Insider Defendant Group melissa.boey@morganlewis.com

Melissa Boey
                on behalf of Unknown CFP Fire Protection  Inc. melissa.boey@morganlewis.com

Melissa A. Pena
                on behalf of Creditor Ecolab  Inc. mapena@norris-law.com, pfreda@nmmlaw.com

Melissa N. Licker
                on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com,
                HWBKnewyork@ecf.courtdrive.com

Melissa S Hayward
                on behalf of Creditor Elm Creek Real Estate LLC mhayward@haywardfirm.com

Melissa S. Woods
                on behalf of Creditor Workers United mwoods@cwsny.com  ecf@cwsny.com

Melissa S. Woods
                on behalf of Creditor International Union  UAW mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods
                on behalf of Creditor United Steelworkers mwoods@cwsny.com  ecf@cwsny.com

Melissa Sue DiCerbo
                on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to LaSalle Bank National Association, as
                Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-8 nyecfmail@mwc-law.com,
                NYECFmail@ecf.courtdrive.com

Melissa Sue DiCerbo
                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper nyecfmail@mwc-law.com  NYECFmail@ecf.courtdrive.com

Michael Chatwin
                on behalf of Creditor Wells Fargo Bank  National Association LOGSECF@logs.com

Michael Friedman
                on behalf of Creditor 4207602 Canada Inc. (dba Cameo Knitting) friedman@chapman.com

Michael Goldstein
                on behalf of Creditor Urban Edge Properties LP and its subsidiaries mgoldstein@goodwinlaw.com

Michael Kogan
                on behalf of Creditor Shaghal  Ltd. mkogan@koganlawfirm.com

Michael Kwiatkowski
                on behalf of Creditor Ohio Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
                on behalf of Creditor Public Service Company of Oklahoma and Southwestern Electric Power Company
                mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
                on behalf of Creditor Western Massachusetts mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
                on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
                on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
                on behalf of Creditor Kingsport Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
                on behalf of Creditor Metropolitan Edison Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
                on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
                on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
                mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
                on behalf of Creditor UNS Electric  Inc. mkwiatkowski@cullenanddykman.com

District/off: 0208-7                                                User: admin                                                Page 67 of 100
Date Rcvd: Mar 16, 2023                                          Form ID: pdf001                                          Total Noticed: 1

Michael Kwiatkowski

on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Defendant ICrossing  Inc. mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Eastern Massachusetts and NStar Electric Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor NStar Electric Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Defendant Luv n' care Ltd. mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Jackson EMC mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Salt River Project mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor The Dominion East Ohio Gas Company d/b/a Dominion East Ohio mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Southern California Gas Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of Oklahoma mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Sacramento Municipal Utility District mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Colonial Gas Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Georgia Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenanddykman.com

District/off: 0208-7
Date Rcvd: Mar 16, 2023

User: admin

Form ID: pdf001

Page 68 of 100

Total Noticed: 1

Michael Kwiatkowski
on behalf of Creditor Yankee Gas Services Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor PECO Energy Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Appalachian Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Indiana Michigan Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor National Grid mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Orange & Rockland Utilities mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor City of Ocala  Florida mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor UNS Gas  Inc. mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor The Potomac Electric Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Connecticut Light & Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Kentucky Power Company mkwiatkowski@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Pennsylvania Electric Company mkwiatkowski@cullenanddykman.com

Michael Tsang
on behalf of Creditor 1803  LLC mtsang@tsanglawfirm.com

Michael Tsang
on behalf of Unknown 1803  LLC mtsang@tsanglawfirm.com

Michael Tsang
on behalf of Creditor Pepperidge Farm  Inc. mtsang@tsanglawfirm.com

Michael Abtin Shakouri
on behalf of Creditor Niagara Realty LLC mshakouri@goodkinlynch.com

Michael B. Reynolds
on behalf of Defendant Baby Trend  Inc. mreynolds@swlaw.com, kcollins@swlaw.com

Michael Courtney Keats
on behalf of Defendant Swift Transportation Services  LLC michael.keats@friedfrank.com, ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats

District/off: 0208-7 | User: admin | Page 69 of 100
Date Rcvd: Mar 16, 2023 | Form ID: pdf001 | Total Noticed: 1

on behalf of Defendant Seritage Growth Properties michael.keats@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats

on behalf of Defendant Seritage SPS Holdings LLC michael.keats@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats

on behalf of Defendant Seritage SRC Mezzanine Finance LLC michael.keats@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats

on behalf of Defendant Seritage GS Holding LLC michael.keats@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats

on behalf of Defendant Seritage MS Holdings LLC michael.keats@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats

on behalf of Defendant Seritage KMT Finance LLC michael.keats@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats

on behalf of Defendant Seritage Growth Properties  L.P. michael.keats@friedfrank.com,
ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats

on behalf of Defendant Seritage SRC Finance LLC michael.keats@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats

on behalf of Defendant Seritage KMT Mezzanine Finance LLC michael.keats@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Michael D. Brofman

on behalf of Creditor Lake Success Shopping Center LLC mbrofman@weisszarett.com

Michael D. Brofman

on behalf of Creditor CE Vernon II  LLC mbrofman@weisszarett.com

Michael Delynn Fielding

on behalf of Defendant Hanesbrands Inc. michael.fielding@huschblackwell.com

Michael E Hastings

on behalf of Defendant Southern Refrigeration Corporation michael.hastings@wrvblaw.com  twhitt@wtplaw.com

Michael Hagop Boyamian

on behalf of Creditor Oswaldo Cruz michael@boyamianlaw.com

Michael Hagop Boyamian

on behalf of Creditor Massoud Afzal michael@boyamianlaw

Michael Ira Goldberg

on behalf of Defendant DACOR michael.goldberg@akerman.com  charlene.cerda@akerman.com

Michael J Connolly

on behalf of Creditor Michael & Margaret Reheis mconnolly@respondlaw.com  kanema@formanlaw.com

Michael J Kasen

on behalf of Defendant Integrated Service Management LLC mkasen@kasenlaw.com

Michael J Kasen

on behalf of Defendant Transport Express  Inc. mkasen@kasenlaw.com

Michael J Riela

on behalf of Creditor Vertical Industrial Park Associates mriela@yahoo.com

Michael J. Catalfimo

on behalf of Creditor BH North American Corporation mcatalfimo@rlglawny.com  jstein@rlglawny.com;jdavis@rlglawny.com

Michael Jason Barrie

on behalf of Interested Party MCG Rock Hill  LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie

on behalf of Creditor MIDAMCO mbarrie@beneschlaw.com
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie

on behalf of Creditor Foodtown Development  LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
on behalf of Interested Party VCP Rock Hill Storage  LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
on behalf of Creditor Butterfield Tech Center  LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
on behalf of Creditor PREP Hanover Real Estate LLC mbarrie@beneschlaw.com
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
on behalf of Interested Party MCG VA Sears  LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
on behalf of Interested Party VCP Hampton Sears  LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
on behalf of Interested Party MCG Rock Hill Storage  LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Kevin McCarrell
on behalf of Defendant Cleva Hong Kong Ltd. KMcCarrell@foxrothschild.com  EAccetta@foxrothschild.com

Michael L. Moskowitz
on behalf of Defendant Indeed  Inc. mlm@frblaw.com, mjaspan@frblaw.com;mguseynov@frblaw.com;jguttenplan@frblaw.com

Michael L. Schein
on behalf of Creditor Village of Hoffman Estates mschein@vedderprice.com
ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael L. Schein
on behalf of Creditor NorthStar Group Services  Inc. mschein@vedderprice.com,
ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael L. Schein
on behalf of Unknown Vedder Price P.C. mschein@vedderprice.com
ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael Lewis Dallaire
on behalf of Defendant Dickinson Wright PLLC mdallaire@dickinsonwright.com

Michael M Mulder
on behalf of Creditor Committee The Official Committee of Retirees With Life Insurance Benefits mmmulder@mmulderlaw.com
spitre@mmulderlaw.com

Michael M Mulder
on behalf of Creditor Richard Bruce mmmulder@mmulderlaw.com  spitre@mmulderlaw.com

Michael Murphy Tannen
on behalf of Unknown Diana Arney adminassistant@tannenlaw.com

Michael P. Cooley
on behalf of Creditor GroupBy USA  Inc. mpcooley@reedsmith.com, bkemp@akingump.com

Michael P. Pompeo
on behalf of Creditor Refresco Beverages US Inc. mpompeo@dbr.com

Michael R. Herz
on behalf of Creditor CAPREF Burbank LLC A Delaware LLC mherz@foxrothschild.com  cbrown@formanlaw.com

Michael R. Herz
on behalf of Interested Party Baker Properies LLC mherz@foxrothschild.com  cbrown@formanlaw.com

Michael R. Herz
on behalf of Defendant Cleva Hong Kong Ltd. mherz@foxrothschild.com  cbrown@formanlaw.com

Michael Ryan Pinkston
on behalf of Unknown Wilmington Trust  National Association rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael S. Amato
on behalf of Interested Party Lawrence Mart LLC mamato@rmfpc.com  dolsen@rmfpc.com;smcgrath@rmfpc.com

Michael S. Amato
on behalf of Interested Party Colonial Properties LLC mamato@rmfpc.com  dolsen@rmfpc.com;smcgrath@rmfpc.com

Michael S. Amato
on behalf of Interested Party Groveport Lynx LLC mamato@rmfpc.com  dolsen@rmfpc.com;smcgrath@rmfpc.com

Michael S. Fox
                    on behalf of Defendant Conair Corporation mfox@olshanlaw.com docketclerk@olshanlaw.com

Michael S. Fox
                    on behalf of Defendant Groupe SEB USA Inc. mfox@olshanlaw.com, docketclerk@olshanlaw.com

Michael Scott Weinstein
                    on behalf of Defendant JVCKENWOOD USA Corporation as successor by merger to JVC Americas Corp.
                    mweinstein@golenbock.com, courtnotifications@golenbock.com

Michael Scott Weinstein
                    on behalf of Defendant JVCKENWOOD USA Corporation mweinstein@golenbock.com courtnotifications@golenbock.com

Michael Skoy Legge
                    on behalf of Creditor McLane Company Inc. tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com

Michael Steven Shuster
                    on behalf of Defendant Kunal Kamlani mshuster@hsgllp.com crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael T. Driscoll
                    on behalf of Defendant Ez Flo International Inc. mdriscoll@sheppardmullin.com ny-docketing@sheppardmullin.com

Michael V. Blumenthal
                    on behalf of Creditor RD Management LLC michael.blumenthal@hklaw.com

Michael V. Blumenthal
                    on behalf of Creditor RD Management LLC as agent for FB Billerica Realty Investors LLC michael.blumenthal@hklaw.com

Michael V. Blumenthal
                    on behalf of Creditor RD Management LLC as agent for Fitchburg MFB, LLC and MFB University Mall S LLC
                    michael.blumenthal@hklaw.com

Michele Angell
                    on behalf of Creditor Steel 1111 LLC mangell@kasowitz.com courtnotices@kasowitz.com

Michele Angell
                    on behalf of Defendant Zhejiang YAT Electrical Appliance Co. Ltd. mangell@kasowitz.com courtnotices@kasowitz.com

Michelle Amy Rice
                    on behalf of Defendant Leena Munjal mrice@kaplanrice.com tkaca@kaplanrice.com;amian@kaplanrice.com

Michelle Amy Rice
                    on behalf of Defendant Joseph Jordan mrice@kaplanrice.com tkaca@kaplanrice.com;amian@kaplanrice.com

Michelle Amy Rice
                    on behalf of Defendant Lawrence Meerschaert mrice@kaplanrice.com tkaca@kaplanrice.com;amian@kaplanrice.com

Michelle E. Shriro
                    on behalf of Creditor Summit Portraits LLC mshriro@singerlevick.com, scotton@singerlevick.com

Michelle Marie Sekowski
                    on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors
                    msekowski@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Mickee M. Hennessy
                    on behalf of Defendant Ferrara Candy Company mhennessy@westermanllp.com

Miriam R Stein
                    on behalf of Creditor MJ Holding Company LLC mstein@gutnicki.com

Monique Debrikka Jewett-Brewster
                    on behalf of Creditor John C. Adams mjb@hopkinscarley.com eamaro@hopkinscarley.com

Monique Debrikka Jewett-Brewster
                    on behalf of Creditor Kennylugenia Adams mjb@hopkinscarley.com eamaro@hopkinscarley.com

My Chi To
                    on behalf of Creditor SL Agent LLC mcto@debevoise.com

My Chi To
                    on behalf of Creditor Cascade Investment L.L.C. & SL Agent, LLC mcto@debevoise.com

Myles H Alderman, Jr
                    on behalf of Unknown Svetlana Anderson myles.alderman@alderman.com

Myrna Ruiz-Olmo
                    on behalf of Defendant Healthtex Caribbean LLC mro@prbankruptcy.com tbp@prbankruptcy.com,lsg@prbankruptcy.com

Myrna Ruiz-Olmo
                    on behalf of Creditor Puerto Rico Supplies Group Inc. mro@prbankruptcy.com, tbp@prbankruptcy.com,lsg@prbankruptcy.com

Myrna Ruiz-Olmo
                    on behalf of Defendant Puerto Rico Supplies Group Inc. mro@prbankruptcy.com tbp@prbankruptcy.com,lsg@prbankruptcy.com

Myrna Ruiz-Olmo
                    on behalf of Defendant Glamour Corporation mro@prbankruptcy.com  tbp@prbankruptcy.com,lsg@prbankruptcy.com

Natasha M. Songonuga
                    on behalf of Creditor American Lebanese Syrian Associated Charities  Inc. nsongonuga@gibbonslaw.com

Nathan Quinn Rugg
                    on behalf of Defendant Pacific Market International LLC nathan.rugg@bfkn.com  james.tucker@bfkn.com

Neal Smith
                    on behalf of Creditor Community Unit School District 300 nsmith@robbins-schwartz.com

Neil E. Herman
                    on behalf of Creditor Kimco Realty Corporation neil.herman@kirkland.com

Neil E. McCullagh
                    on behalf of Defendant Kiddieland Toys Limited nmccullagh@spottsfain.com

Neil H. Ackerman
                    on behalf of Interested Party c/o Neil Ackerman Erica Natasha Moore na@pryormandelup.com  r52605@notify.bestcase.com

Neil Matthew Berger
                    on behalf of Creditor Tannor Capital Advisors LLC neilberger@teamtogut.com
                    mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;msingh@teamtogut.com

Neil Matthew Berger
                    on behalf of Defendant DisMart LLC neilberger@teamtogut.com
                    mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;msingh@teamtogut.com

Nelson A. Boxer
                    on behalf of Interested Party PNC Financial Services Group  Inc. nboxer@pkbllp.com

Nickolas Karavolas
                    on behalf of Defendant Bank of Bermuda nkaravolas@phillipslytle.com  ddrons@phillipslytle.com

Nicole Pugh
                    pmryan@sorlinglaw.com

Nicole A Leonard
                    on behalf of Interested Party New Jersey Self-Insurers Guaranty Association nleonard@mdmc-law.com
                    sshidner@mdmc-law.com

Nicole M. Flores
                    on behalf of Defendant Cascade Investment  LLC nmflores@debevoise.com

Noah Levine
                    on behalf of Defendant RBS Partners LP noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant SPE Master I L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant JPP II LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant JPP LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant ESL Investments  Inc. noah.levine@wilmerhale.com, WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant ESL Investors  L.L.C. noah.levine@wilmerhale.com, WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant ESL Institutional Partners L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant RBS Investment Management LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant CRK Partners LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant SPE I Partners L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant Edward Scott "Eddie" Lampert noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant ESL Partners L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Saul Czarny
                    on behalf of Defendant Bruce Berkowitz czarny@sewkis.com

District/off: 0208-7                          User: admin                                    Page 73 of 100
Date Rcvd: Mar 16, 2023                       Form ID: pdf001                                  Total Noticed: 1

Noah Saul Czarny

on behalf of Defendant Fairholme Capital Management  L.L.C. czarny@sewkis.com

Nola R Bencze

on behalf of Creditor Milton Manufacturing  LLC nbencze@clarkhill.com

Norma E. Ortiz

on behalf of Defendant A & GS Contractor Inc. email@ortizandortiz.com
bkcourt@gmail.com;ortiznoticeme@gmail.com;nicolas@ortizandortiz.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestca
se.com

Norman Edwin Greenspan, I

on behalf of Creditor Rio Sul S.A. de CV ngreenspan@starfieldsmith.com

Norman Edwin Greenspan, I

on behalf of Creditor Hain Capital Investors Master Fund Ltd. ngreenspan@starfieldsmith.com

Norman Neville Reid

on behalf of Creditor Chamberlain Group  Inc. nreid@foxswibel.com

Norman Neville Reid

on behalf of Interested Party The Chamberlain Group  Inc. nreid@foxswibel.com

Owen M. Sonik

on behalf of Creditor Spring Branch Independent School District  et al. osonik@pbfcm.com,
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Richard Wolfe

on behalf of Unknown Wilmington Trust  National Association owolfe@seyfarth.com,
6015794420@filings.docketbird.com;nycmanagingclerksoffice@seyfarth.com

Patricia B. Fugee

on behalf of Unknown Clover Technologies Group  LLC Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Patricia B. Fugee

on behalf of Defendant Clover Technologies Group LLC Patricia.Fugee@FisherBroyles.com  ecf@cftechsolutions.com

Patricia B. Fugee

on behalf of Creditor Clover Imaging Group  LLC Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Patricia B. Fugee

on behalf of Creditor XPO Last Mile  Inc. Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Patricia J Friesinger

on behalf of Defendant Woeber Mustard Manufacturing Co. friesinger@coollaw.com

Patricia J Friesinger

on behalf of Defendant PTG Logistics LLC friesinger@coollaw.com

Patrick Collins

on behalf of Creditor CA  Inc. pcollins@farrellfritz.com

Patrick Collins

on behalf of Creditor Univest-BTC S&R  LLC pcollins@farrellfritz.com

Patrick Collins

on behalf of Creditor Midwood Management Corp. pcollins@farrellfritz.com

Patrick Collins

on behalf of Defendant Newsday LLC pcollins@farrellfritz.com

Patrick Maschio

on behalf of Creditor Bradford Capital Advisors  LLC patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor Bradford Capital Holdings  LP patrick.maschio@rimonlaw.com

Patrick Slyne

on behalf of Respondent Robert Catalfano Patrick.Slyne@SlyneLaw.com

Patrick Slyne

on behalf of Respondent Lavarita Meriwether Patrick.Slyne@SlyneLaw.com

Patrick L. Hayden

on behalf of Creditor The Nielsen Company (US)  LLC phayden@mcguirewoods.com

Patrick M. Birney

on behalf of Defendant Standard Builder Inc. pbirney@rc.com  ctrivigno@rc.com

Patrick M. Birney

on behalf of Creditor AmCap Wilson II  LLC pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney

District/off: 0208-7
Date Rcvd: Mar 16, 2023

User: admin
Form ID: pdf001

Page 74 of 100
Total Noticed: 1

on behalf of Creditor Wilson Norridge LLC pbirney@rc.com, ctrivigno@rc.com

Patrick S Scott

on behalf of Unknown Pinnacle Express Inc. Patrick.Scott@gray-robinson.com

Patrick S Scott

on behalf of Defendant Newacme LLC Patrick.Scott@gray-robinson.com

Patrick S Scott

on behalf of Defendant PINNACLE Express Inc. Patrick.Scott@gray-robinson.com

Paul Aloe

on behalf of Creditor Epic Designers Limited paloe@kudmanlaw.com
yali@kudmanlaw.com;5572152420@filings.docketbird.com

Paul Rubin

on behalf of Creditor RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

Paul Rubin

on behalf of Defendant Rubyred Garment Manufacturing SAE prubin@rubinlawllc.com hhuynh@rubinlawllc.com

Paul A. Rachmuth

on behalf of Creditor Envisions LLC paul@paresq.com

Paul Benjamin Koepp

on behalf of Defendant KENDEN ALFOND C/O DEXTER ENTERPRISES, INC. koepp@sewkis.com

Paul D. Leake

on behalf of Interested Party Bank of America N.A. paul.leake@skadden.com,
wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com;anthony.joseph@skadden.com;evan.hill@skadden.com;nicholas.hagen@skadden.com;bram.strochlic@skadden.com;catrina.shea@skadden.com

Paul E. Harner

on behalf of Unknown Kravco Company pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor C. E. Johns Company Inc. pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor Acadia Realty Limited Partnership pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Passco Hanford Mall LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Heidenberg Properties pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor FBA Holdings Inc. pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor Vintage Real Estate LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Heidenberg Properties LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Unknown GEM Realty Capital Inc. pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Helios IV LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Centennial Real Estate Management LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor C.J. Segerstrom & Sons pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Brixmor Operating Partnership L.P. pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor CenterCal Properties LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Unknown Pacific Retail Group pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Weitzman pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Creditor GS Pacific ER  LLC pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Creditor White Plains Galleria Limited Partnership pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Interested Party Cedar - Valley Plaza  LLC pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Examiner Paul E. Harner and Ballard Spahr LLP pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Creditor C. E. John Company  Inc. pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Creditor PGIM Real Estate pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Examiner Fee Examiner pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Creditor Federal Realty Investment Trust pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Creditor Centennial Real Estate Co. pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Interested Party Woodbury Corporation pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Creditor Brixmor Property Group  Inc. pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Creditor The Macerich Company pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Creditor Starwood Retail Partners  LLC pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Interested Party Hart I-55 Industrial  LLC pharner@sheppardmullin.com

Paul E. Harner
    on behalf of Creditor S-Tract LLC pharner@sheppardmullin.com

Paul H. Zumbro
    on behalf of Plaintiff Stanley Black & Decker  Inc. pzumbro@cravath.com, mao@cravath.com

Paul H. Zumbro
    on behalf of Plaintiff Black & Decker (U.S.) Inc. pzumbro@cravath.com  mao@cravath.com

Paul H. Zumbro
    on behalf of Plaintiff Black & Decker Macao Commercial Offshore Limited pzumbro@cravath.com  mao@cravath.com

Paul H. Zumbro
    on behalf of Creditor Stanley Black & Decker  Inc. pzumbro@cravath.com, mao@cravath.com

Paul Hans Schafhauser
    on behalf of Defendant GBG USA Inc. schafhauserp@gtlaw.com

Paul J. Labov
    on behalf of Interested Party Cherokee Debt Acquisition  LLC plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov
    on behalf of Interested Party Whitebox Asymmetric Partners LP plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
    on behalf of Creditor SHERTHAL  LLC plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov
    on behalf of Creditor Cleva North America and Cleva Hong Kong plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
    on behalf of Creditor LinkedIn Corporation plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
    on behalf of Interested Party Whitebox Multi-Strategy Partners  LP plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov
    on behalf of Creditor Microsoft Corporation  Microsoft Licensing, GP and Microsoft Online, Inc. plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov

on behalf of Creditor Hanesbrands  Inc. plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov

    on behalf of Creditor Hain Capital Investors Master Fund Ltd. plabov@pszjlaw.com  plabov@foley.com

Paul J. Pascuzzi

    on behalf of Creditor The McClatchy Company ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Paul L. Ratelle

    on behalf of Interested Party FG  LLC pratelle@fwhtlaw.com

Paul M Gelb

    on behalf of Defendant ACI International  Inc. pgelb@munckwilson.com

Paul M. Basta

    on behalf of Plaintiff Sears  Roebuck and Co. pbasta@paulweiss.com

Paul M. Basta

    on behalf of Debtor Sears Holdings Corporation pbasta@paulweiss.com

Paul M. Basta

    on behalf of Plaintiff Kmart of Washington  LLC pbasta@paulweiss.com

Paul M. Basta

    on behalf of Plaintiff Sears Development Co. pbasta@paulweiss.com

Paul M. Basta

    on behalf of Other Prof. Alvarez & Marsal North America  LLC pbasta@paulweiss.com

Paul M. Basta

    on behalf of Other Prof. Paul  Weiss, Rikfind, Wharton & Garrison LLP pbasta@paulweiss.com

Paul M. Basta

    on behalf of Plaintiff Kmart Corporation pbasta@paulweiss.com

Paul M. Basta

    on behalf of Plaintiff Sears Holdings Corporation pbasta@paulweiss.com

Paul N. Silverstein

    on behalf of Interested Party Henry Shahery paulsilverstein@huntonak.com

Paula K. Jacobi

    on behalf of Defendant NSA Media Group Inc. pjacobi@btlaw.com

Pauline K. Morgan

    on behalf of Plaintiff Sears Holdings Corporation pmorgan@ycst.com  dlaskin@ycst.com;bankfilings@ycst.com

Pearl Shah

    on behalf of Creditor Verint Americas Inc. pshah@mcgrailbensinger.com

Pearl Shah

    on behalf of Defendant Advanced Technology Services Inc. pshah@mcgrailbensinger.com

Pearl Shah

    on behalf of Defendant Variety Accessories  LLC pshah@mcgrailbensinger.com

Pearl Shah

    on behalf of Defendant Impact Innovations  Inc. pshah@mcgrailbensinger.com

Pearl Shah

    on behalf of Creditor BrightView Landscape Services f/k/a The Brickman Group  Ltd. pshah@mcgrailbensinger.com

Pearl Shah

    on behalf of Defendant Select International LLC pshah@mcgrailbensinger.com

Pearl Shah

    on behalf of Defendant Brightview Landscapes  LLC pshah@mcgrailbensinger.com

Pearl Shah

    on behalf of Defendant Edgewell Personal Care Puerto Rico  Inc. pshah@mcgrailbensinger.com

Penny R. Stark

    on behalf of Creditor Caparra Center Associates/San Patricio Plaza pstarkesq@gmail.com

Perry R Clark

    on behalf of Unknown Winiadaewoo Electronics America  Inc. perry@perryclarklaw.com

Perry R Clark

    on behalf of Defendant Winiadaewoo Electronics America Inc. perry@perryclarklaw.com

Peter Buenger

    on behalf of Defendant PRESCOTT INVESTORS INC. pbuenger@curtis.com

Peter Buenger
    on behalf of Defendant Kinetics Portfolio Trust pbuenger@curtis.com

Peter Buenger
    on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. pbuenger@curtis.com

Peter Buenger
    on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC pbuenger@curtis.com

Peter Buenger
    on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP pbuenger@curtis.com

Peter Buenger
    on behalf of Defendant PRESCOTT ASSOCIATES LP pbuenger@curtis.com

Peter Buenger
    on behalf of Defendant LUMA CAPITAL S.A.-SPF pbuenger@curtis.com

Peter D'Apice
    on behalf of Defendant CAK Entertainment Inc. dapice@sbep-law.com

Peter B. Siroka
    on behalf of Interested Party Seritage SRC Finance LLC peter.siroka@friedfrank.com
    aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Peter B. Siroka
    on behalf of Interested Party Seritage Growth Properties peter.siroka@friedfrank.com
    aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Peter B. Siroka
    on behalf of Interested Party Seritage KMT Finance LLC peter.siroka@friedfrank.com
    aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Peter J. Roberts
    on behalf of Defendant Viking Range  LLC proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com

Peter John Barrett
    on behalf of Creditor Zhejiang Kata Technology Co. Ltd. peter.barrett@kutakrock.com
    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com;adolyn.wyatt@kutakrock.com;michael.condyles@kutakrock.com;amanda.nugent@kutakrock.com

Peter John Barrett
    on behalf of Defendant Zhejiang Kata Technology Co. Ltd. peter.barrett@kutakrock.com
    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com;adolyn.wyatt@kutakrock.com;michael.condyles@kutakrock.com;amanda.nugent@kutakrock.com

Peter M. Aronoff
    on behalf of Interested Party United States of America peter.aronoff@usdoj.gov

Peter M. Gilhuly
    on behalf of Unknown Simon Property Group  L.P. peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com

Philip Rantzer
    on behalf of Defendant Manhattan Beer Distributors LLC prantzer@manhattanbeer.net

Philip D. Anker
    on behalf of Defendant RBS Partners LP philip.anker@wilmerhale.com
    yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
    on behalf of Defendant CRK Partners LLC philip.anker@wilmerhale.com
    yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
    on behalf of Defendant ESL Institutional Partners L.P. philip.anker@wilmerhale.com
    yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
    on behalf of Defendant ESL Investors  L.L.C. philip.anker@wilmerhale.com,
    yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
    on behalf of Defendant JPP II LLC philip.anker@wilmerhale.com
    yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
    on behalf of Defendant RBS Investment Management LLC philip.anker@wilmerhale.com
    yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
    on behalf of Defendant SPE I Partners L.P. philip.anker@wilmerhale.com
    yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

District/off: 0208-7                          User: admin                              Page 78 of 100
Date Rcvd: Mar 16, 2023                    Form ID: pdf001                           Total Noticed: 1

Philip D. Anker
                on behalf of Defendant ESL Investments  Inc. philip.anker@wilmerhale.com,
                yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
                on behalf of Defendant JPP LLC philip.anker@wilmerhale.com
                yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
                on behalf of Defendant ESL Partners L.P. philip.anker@wilmerhale.com
                yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
                on behalf of Defendant Edward Scott "Eddie" Lampert philip.anker@wilmerhale.com
                yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
                on behalf of Defendant SPE Master I L.P. philip.anker@wilmerhale.com
                yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip E. Strok
                on behalf of Creditor Paco (China) Garment Ltd. pstrok@swelawfirm.com
                gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com

Phillip Russell Perdew
                on behalf of Interested Party Pension Benefit Guaranty Corporation rperdew@lockelord.com  autodocket@lockelord.com

Phillip W. Bohl
                on behalf of Unknown Blueline Foodservice Distribution  Inc. phillip.bohl@lathropgpm.com

Phillip W. Bohl
                on behalf of Defendant Blue Line Foodservice Distribution  Inc. phillip.bohl@lathropgpm.com

R. John Clark
                on behalf of Creditor Environmental Products and Services  Inc. rjclark@hancocklaw.com

R. William Metzger, Jr.
                on behalf of Creditor Guy Roofing  Inc. bmetzger@robinsongray.com, mwhite@robinsongray.com

Rachel E. Edwards
                on behalf of Interested Party Liberty Mutual Insurance Company redwards@l-llp.com  ehyman@l-llp.com

Rachel Ehrlich Albanese
                on behalf of Interested Party Transform Holdco LLC rachel.albanese@dlapiper.com  rachel-albanese-9956@ecf.pacerpro.com

Rachel J. Mauceri
                on behalf of Unknown U.S. Security Associates  Inc. rmauceri@rc.com, cmarcovecchio@rc.com

Rachel J. Mauceri
                on behalf of Unknown Maersk Agency U.S.A.  Inc., as agent for Maersk Line A/S rmauceri@rc.com, cmarcovecchio@rc.com

Rachel M. Cherington
                on behalf of Defendant Cesar L. Alvarez rcherington@jhany.com

Rachel R Obaldo
                on behalf of Creditor Texas Comptroller of Public Accounts bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov

Rafael Gonzalez
                on behalf of Defendant Mayaguez Optical Laboratories Inc. rgv@g-glawpr.com

Rafael Humberto Ramirez
                on behalf of Creditor Puerto Rico Electric Power Authority rhr@corretjerlaw.com

Rafael X. Zahralddin
                on behalf of Defendant Permission Data  LLC rxza@elliottgreenleaf.com

Rafael X. Zahralddin
                on behalf of Interested Party McDonald's Corporation rxza@elliottgreenleaf.com

Rahul Mukhi
                on behalf of Creditor JPP  LLC rmukhi@cgsh.com, maofiling@cgsh.com

Rahul Mukhi
                on behalf of Creditor ESL Investments  Inc. rmukhi@cgsh.com, maofiling@cgsh.com

Rahul Mukhi
                on behalf of Creditor JPP II  LLC rmukhi@cgsh.com, maofiling@cgsh.com

Rajeev Kumar Adlakha
                on behalf of Other Prof. Vorys  Sater, Seymour and Pease LLP rkadlakha@vorys.com

Ramon Coto-Ojeda
                on behalf of Creditor Payco Foods Corporation nac@crlawpr.com

Randall T. Adams

on behalf of Defendant MASON CAPITAL MGMT LLC randall.adams@srz.com

Randall T. Adams

on behalf of Defendant LOCKHEED MARTIN CORPORATION MASTER RETIREMENT randall.adams@srz.com

Randall T. Adams

on behalf of Defendant Trustee of the Andrew H. Tisch 10/10/2014 Annuity Trust randall.adams@srz.com

Randall T. Adams

on behalf of Defendant Andrew H Tisch randall.adams@srz.com

Randall T. Adams

on behalf of Defendant Trustee of the DRT 1/14/14 ANNUITY TRUST randall.adams@srz.com

Randall T. Adams

on behalf of Defendant JHT 12/5/13 ANNUITY TRUST randall.adams@srz.com

Randall T. Adams

on behalf of Defendant Daniel R Tisch randall.adams@srz.com

Randall T. Adams

on behalf of Defendant SAC CAPITAL ASSOCIATES LLC randall.adams@srz.com

Randall T. Adams

on behalf of Defendant Trustee of the DRT 12/5/13 ANNUITY TRUST randall.adams@srz.com

Raniero D'Aversa

on behalf of Creditor Contact US Teleservices (Atento) rdaversa@orrick.com
mperrigino@orrick.com;nymao@orrick.com;casestream@ecf.courtdrive.com

Raniero D'Aversa

on behalf of Creditor TELUS International (U.S.) Corporation rdaversa@orrick.com
mperrigino@orrick.com;nymao@orrick.com;casestream@ecf.courtdrive.com

Raul J Sloezen

on behalf of Defendant Awesome Products Inc. rjsloezen@sloezenlaw.com

Ray C Schrock

on behalf of Debtor Sears Operations LLC ray.schrock@weil.com  matthew.goren@weil.com

Ray C Schrock

on behalf of Debtor Kmart Holding Corporation ray.schrock@weil.com  matthew.goren@weil.com

Ray C Schrock

on behalf of Debtor Kmart Operations LLC ray.schrock@weil.com  matthew.goren@weil.com

Ray C Schrock

on behalf of Debtor Sears Holdings Corporation ray.schrock@weil.com  matthew.goren@weil.com

Ray C Schrock

on behalf of Debtor Sears  Roebuck and Co. ray.schrock@weil.com, matthew.goren@weil.com

Raymond W Ferrario

on behalf of Defendant Calidad Auto Tech Inc. ferrariobk@comcast.net

Rebeca Caquias-Mejias

on behalf of Defendant Benitez Hermanos  Inc. notices@rcmlawpr.com

Rebecca K. O'Brien

on behalf of Defendant Masterpieces Puzzle Co.  Inc. Rebecca.OBrien@pcao.pima.gov

Rebecca K. O'Brien

on behalf of Unknown Masterpieces Puzzle Co.  Inc. Rebecca.OBrien@pcao.pima.gov

Regina Cohen

on behalf of Defendant Emerson Healthcare LLC rcohen@lavin-law.com  ksweeney@lavin-law.com

Richard Corbi

on behalf of Unknown Richard Corbi rcorbi@corbilaw.com

Richard Klass

on behalf of Creditor Qazim B. Krasniqi richklass@courtstreetlaw.com

Richard Klass

on behalf of Creditor Anthony Scullari richklass@courtstreetlaw.com

Richard Williams

on behalf of Creditor The Chubb Companies richard.williams@bullivant.com

Richard A. Aguilar

on behalf of Creditor ARI Fleet LT richard.aguilar@arlaw.com  annie.parish@arlaw.com

District/off: 0208-7                          User: admin                                    Page 80 of 100
Date Rcvd: Mar 16, 2023                      Form ID: pdf001                                 Total Noticed: 1

Richard A. Chesley
    on behalf of Interested Party Transform Holdco LLC richard.chesley@dlapiper.com

Richard A. Robinson
    on behalf of Defendant Ricoh Production Print Solutions rrobinson@burr.com  debankruptcy@burr.com

Richard A. Robinson
    on behalf of Creditor California Drive In Theaters  Inc. rrobinson@burr.com, debankruptcy@burr.com

Richard A. Robinson
    on behalf of Defendant Folsom Services  Inc. rrobinson@burr.com, debankruptcy@burr.com

Richard A. Robinson
    on behalf of Defendant Ricoh USA  Inc. rrobinson@burr.com, debankruptcy@burr.com

Richard A. Stieglitz, Jr.
    on behalf of Creditor SHLD Lendco  LLC RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com

Richard B. Levin
    on behalf of Unknown Reynolds Consumer Products LLC rlevin@jenner.com

Richard C. Pedone
    on behalf of Trustee/Not Bankrupt U.S. BANK NATIONAL ASSOCIATION rpedone@nixonpeabody.com

Richard D Brady
    on behalf of Defendant E&E Co. Ltd. richard@thebradyfirm.com

Richard J Bernard
    on behalf of Unknown Briggs & Stratton Corporation richard.bernard@faegredrinker.com

Richard J. McCord
    on behalf of Defendant ZG Apparel Group LLC RMcCord@CBAH.com
    afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
    on behalf of Creditor The Libman Company RMcCord@CBAH.com
    afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
    on behalf of Defendant Studio 1 RMcCord@CBAH.com
    afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
    on behalf of Unknown ZG Apparel Group LLC RMcCord@CBAH.com
    afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
    on behalf of Creditor Studio 1 Div. of Shazdeh Fashions RMcCord@CBAH.com
    afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. Parks
    on behalf of Creditor Sun Industrial  Inc. rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com

Richard L. Zucker
    on behalf of Creditor Oster Yorktown Properties  LLC rzucker@lasserhochman.com

Richard L. Zucker
    on behalf of Creditor Westmount Plaza Associates rzucker@lasserhochman.com

Richard L. Zucker
    on behalf of Creditor U.S. Realty 86 Associates rzucker@lasserhochman.com

Richard M. Seltzer
    on behalf of Creditor International Union  UAW rseltzer@cwsny.com, ecf@cwsny.com

Richard M. Seltzer
    on behalf of Creditor Workers United rseltzer@cwsny.com  ecf@cwsny.com

Richard M. Seltzer
    on behalf of Creditor United Steelworkers rseltzer@cwsny.com  ecf@cwsny.com

Richard R. Gleissner
    on behalf of Defendant HVAC Repairs LLC rick@gleissnerlaw.com  anissa@gleissnerlaw.com

Richard T. Davis
    on behalf of Creditor Cafaro Management Company rdavis@cafarocompany.com

Rick Aaron Steinberg
    on behalf of Interested Party TOTE  Inc. rsteinberg@pricemeese.com

Rick Bruce Antonoff
    on behalf of Creditor South Pacific Fashions Ltd. rantonoff@blankrome.com  edocketing@blankrome.com

Rita L Hullett
on behalf of Defendant Franke Kitchen Systems  LLC rhullett@rlhllc.org

Robert Carson
on behalf of Creditor Forbes/Cohen Florida Properties  LP rcarson@carsonfischer.com

Robert Dehney
on behalf of Defendant Dish Network Corporation rdehney@mnat.com  chare@mnat.com

Robert Gayda
on behalf of Defendant Fairholme Capital Management  L.L.C. gayda@sewkis.com, managingclerkoffice@sewkis.com

Robert Gayda
on behalf of Defendant Bruce Berkowitz gayda@sewkis.com  managingclerkoffice@sewkis.com

Robert Honeywell
on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. robert.honeywell@klgates.com
klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Defendant PRESCOTT INVESTORS INC. robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Defendant LUMA CAPITAL S.A.-SPF robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Defendant PRESCOTT ASSOCIATES LP robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Defendant ChannelAdvisor Corporation robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Defendant TNG GP SBT DSD robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Defendant Kinetics Portfolio Trust robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Defendant Life Wear Technologies robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Creditor Amazon Payments  Inc. robert.honeywell@klgates.com, klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Creditor Amazon.com Services  Inc. robert.honeywell@klgates.com, klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP robert.honeywell@klgates.com
klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC robert.honeywell@klgates.com
klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Creditor Amazon Services LLC robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
on behalf of Creditor SAS Institute Inc. robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert McCorquodale
on behalf of Attorney Robert C McCorquodale mhamolka@cpso.com  rmccorquodale@cpso.com

Robert Wilcox
on behalf of Creditor RGGD  Inc. rw@wlflaw.com

Robert Wilcox
on behalf of Defendant RGGD Inc. rw@wlflaw.com

Robert A Weisberg
on behalf of Creditor Forbes/Cohen Florida Properties  LP rweisberg@carsonfischer.com, njudge@carsonfischer.com

Robert Craig Martin
on behalf of Interested Party Transform Holdco LLC craig.martin@dlapiper.com
bill-countryman-0154@ecf.pacerpro.com;craig-martin-0553@ecf.pacerpro.com

Robert D. Bass
on behalf of Creditor Jackson Shopping Village  LLP, Successor in Interest to Flamingo Sandhill, a CA General Partnership
bob.bass47@icloud.com, bob.bass47@icloud.com

Robert Eli Michael
on behalf of Defendant Miele  Inc. robert.e.michael.esq@gmail.com

Robert J Shapiro
on behalf of Defendant Madison Center Owner LLC rshapiro@theshapirofirm.com

Robert J. Bruce
on behalf of Unknown Synergetic Staffing  LLC bobbruce@rjblawyerllc.com

Robert K. Dakis
on behalf of Creditor Allure Gems  LLC rd@morr-law.com, bankruptcy@morrisoncohen.com

Robert K. Minkoff
on behalf of Creditor Cedar Glade LP rminkoff@cedargladecapital.com

Robert K. Scheinbaum
on behalf of Unknown M. Holtzman Realty  LLC rscheinbaum@connellfoley.com

Robert L. LeHane
on behalf of Creditor SITE Centers Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor The Woodmont Company KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Trustees of the Estate of Bernice Pauahi Bishop
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Gregory Greenfield & Associates  Ltd.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Spigel Properties KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Benderson Development Company LLC
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Nassimi Realty LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor UR Holding  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Alan Robbins KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor GC Columbia  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor El Centro Mall  LTD. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Sun Valley  Ltd. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Regency Centers Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Brookfield Properties Retail Group
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Radiant Partners LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Weingarten Realty Investors
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Realty Income Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Aston Properties KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor LBA Realty LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Gray Enterprises KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor 1 Imeson Park Blvd  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

District/off: 0208-7                                     User: admin                                     Page 83 of 100
Date Rcvd: Mar 16, 2023                                  Form ID: pdf001                                 Total Noticed: 1

Robert L. LeHane
on behalf of Creditor TLM Realty Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Defendant 1 Imeson Park Blvd  LLC
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Brookfield Property REIT Inc.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Unknown SITE Centers Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Shopcore Properties  L.P. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Graziadio Investment Company
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor LF2 Rock Creek LP KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Defendant 1055 Hanover  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. Pryor
on behalf of Creditor ABC Supply Co. Inc. rlp@pryormandelup.com

Robert Lewis Doty
on behalf of Creditor Ohio Department of Taxation robert.doty@ohioattorneygeneral.gov

Robert M. Hirsh
on behalf of Defendant Medline Industries  Inc. rhirsh@lowenstein.com

Robert M. Hirsh
on behalf of Interested Party Medline Industries  Inc. rhirsh@lowenstein.com

Robert M. Rosen
on behalf of Defendant Cushman & Wakefield  Inc. rrosen@pmmlaw.com

Robert M. Rosen
on behalf of Interested Party Cushman & Wakefield Inc. rrosen@pmmlaw.com

Robert M. Sasloff
on behalf of Creditor Avenel Realty Associates  LLC rsasloff@leechtishman.com, nmeyers@leechtishman.com

Robert M. Sasloff
on behalf of Creditor Wolf Family Series LP d/b/a Series VII rsasloff@leechtishman.com  nmeyers@leechtishman.com

Robert M. Sasloff
on behalf of Creditor Wolf Family Series LP d/b/a Series III  Ontario Enterprises of the Wolf Family Series LP
rsasloff@leechtishman.com, nmeyers@leechtishman.com

Robert M. Sasloff
on behalf of Interested Party Wolf Family Series LP d/b/a Series VII rsasloff@leechtishman.com  nmeyers@leechtishman.com

Robert M. Sasloff
on behalf of Interested Party Rockaway Realty Assocs.  LP rsasloff@leechtishman.com, nmeyers@leechtishman.com

Robert W. Dremluk
on behalf of Defendant Creative Circle LLC rdremluk@culhanemeadows.com  rwd1517@gmail.com,grantecf@gmail.com

Rocco A. Cavaliere
on behalf of Creditor Alpine Creations Ltd. rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Roland Gary Jones
on behalf of Defendant Tavano Team pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Founding Fathers Products LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Air Temp Mechanical  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Gensco  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Florida Roof  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

Roland Gary Jones
   on behalf of Defendant Applied Staffing Solutions  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Mcdermott Top Shop LLC pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Citi-Talent Limited pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Rely Services Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Citizen Watch Company of America  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Colgate-Palmolive Company Distr. LLC pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Electri-Chef LLC pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Kid Galaxy Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant CAP Barbell  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Paradies Gifts  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Global Product Resources Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Creditor Colgate-Palmolive Company Distr. LLC pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Colgate-Palmolive Company pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Danken Building Materials Distribution  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant The Counter-Fitters Incorporated pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant FNA S.P.A. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Infomercials  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Brown-Gonzales II LLC pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Partney Heating and Cooling LLC pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Castle Alliance  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant EZ Maintenance Services  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Bulova Watch Company  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Billion Best Industrial Ltd. pacer.rolandjones@gmail.com

Roland Gary Jones
   on behalf of Defendant Yoss Heating & Cooling LLC pacer.rolandjones@gmail.com

Roland Scott Keske, I
   on behalf of Creditor Liberty Insurance Corporation rsk@lefltd.com  eg@lefltd.com

Roma N. Desai
   on behalf of Defendant Stork Craft Mfg. (USA) Inc. Roma.Desai@oag.texas.gov
   acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Ronald McMillan
   on behalf of Creditor Winners Industry Co.  Ltd. rmcmillan@calfee.com

Ronald A. Spinner
   on behalf of Creditor EPI Printers  Inc. spinner@millercanfield.com

Ronald A. Spinner
on behalf of Defendant Valassis Direct Mail  Inc. spinner@millercanfield.com

Ronald Alexander Clark, Jr.
on behalf of Creditor NCC Key Company aclark@cov.com

Ronald Alexander Clark, Jr.
on behalf of Unknown Certain Former Directors of Sears Canada  Inc. aclark@cov.com

Ronald Alexander Clark, Jr.
on behalf of Creditor Verizon Capital Corp. aclark@cov.com

Ronald Eric Gold
on behalf of Creditor Washington Prime Group Inc. rgold@fbtlaw.com
awebb@fbtlaw.com;jkleisinger@fbtlaw.com;eseverini@fbtlaw.com

Ronald Eric Gold
on behalf of Creditor Sitel Operating Corporation rgold@fbtlaw.com
awebb@fbtlaw.com;jkleisinger@fbtlaw.com;eseverini@fbtlaw.com

Ronald Eric Gold
on behalf of Creditor Macy's West Stores  Inc. rgold@fbtlaw.com,
awebb@fbtlaw.com;jkleisinger@fbtlaw.com;eseverini@fbtlaw.com

Ronald Eric Gold
on behalf of Creditor The Kroger Co. rgold@fbtlaw.com  awebb@fbtlaw.com;jkleisinger@fbtlaw.com;eseverini@fbtlaw.com

Ronald M. Tucker
on behalf of Unknown Simon Property Group  L.P. rtucker@simon.com, bankruptcy@simon.com

Rosemarie E. Matera
on behalf of Defendant Oeffinger Crone Heating & Cooling Inc. law@kmpclaw.com

Rosendo E Miranda-Lopez
on behalf of Creditor U.S. ALLIANCE  CORP. notificatio@rmirandalex.net

Ross G Shank
on behalf of Creditor CenturyLink Communications  LLC rshank@kasowitz.com, courtnotices@kasowitz.com

Ross G Shank
on behalf of Creditor Level 3 Communications  LLC rshank@kasowitz.com, courtnotices@kasowitz.com

Rudy J Cerone
on behalf of Creditor ARI Fleet LT rcerone@mcglinchey.com  lgraff@mcglinchey.com

Russell Jackson
on behalf of Creditor Corrina Beth Kenwisher rjackson@thomasjhenrylaw.com

Russell W. Mills
on behalf of Creditor M&G Jewelers  Inc. rmills@bellnunnally.com, nsummerville@bellnunnally.com

Russell W. Savory
on behalf of Creditor BICO Associates GP russell.savory@gmail.com

Ryan C. Reinert
on behalf of Creditor Manco Florida Associates  LLC rreinert@shutts.com, juanitasanchez@shutts.com

Ryan Zachary Gelber
on behalf of Interested Party Transform Holdco LLC zgelber@gelbersantillo.com

Ryanne E. Perio
on behalf of Defendant JPP LLC ryanne.perio@wilmerhale.com

Ryanne E. Perio
on behalf of Defendant JPP II LLC ryanne.perio@wilmerhale.com

Ryanne E. Perio
on behalf of Defendant ESL Institutional Partners L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio
on behalf of Defendant ESL Investments  Inc. ryanne.perio@wilmerhale.com

Ryanne E. Perio
on behalf of Defendant ESL Partners L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio
on behalf of Defendant SPE I Partners L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio
on behalf of Defendant RBS Investment Management LLC ryanne.perio@wilmerhale.com

Ryanne E. Perio
on behalf of Defendant SPE Master I L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio
  on behalf of Defendant ESL Investors  L.L.C. ryanne.perio@wilmerhale.com

Ryanne E. Perio
  on behalf of Defendant Edward Scott "Eddie" Lampert ryanne.perio@wilmerhale.com

Ryanne E. Perio
  on behalf of Defendant RBS Partners LP ryanne.perio@wilmerhale.com

Sabrina L. Streusand
  on behalf of Creditor Dell Financial Services L.L.C. streusand@slollp.com  prentice@slollp.com

Sacha Ross
  on behalf of Defendant Orban's Nursery  Inc. sross@grimesgalvano.com

Salah M. Hawkins
  on behalf of Creditor Stanley Black & Decker  Inc. smhawkins@cravath.com

Salene Kraemer
  on behalf of Plaintiff AMI Ventures  Inc. salene@mazurkraemer.com

Salene Kraemer
  on behalf of Creditor AMI Ventures  Inc. salene@mazurkraemer.com

Salene Kraemer
  on behalf of Defendant Liberty Transportation Inc. salene@mazurkraemer.com

Salene Kraemer
  on behalf of Creditor Exacme c/o Newacme  LLC salene@mazurkraemer.com

Salene Kraemer
  on behalf of Plaintiff Vir Ventures  Inc. salene@mazurkraemer.com

Salene Kraemer
  on behalf of Creditor Vir Ventures  Inc. salene@mazurkraemer.com

Sally E. Veghte
  on behalf of Defendant C & S Wholesale Grocers  Inc. sveghte@klehr.com

Sam Pugh
  pmryan@sorlinglaw.com

Samuel C. Wisotzkey
  on behalf of Creditor Ecolab  Inc. swisotzkey@kmksc.com, kmksc@kmksc.com

Samuel G Encarnacion
  on behalf of Creditor Maria Gonzalez same@haggertylaw.com

Sandra Bonder
  on behalf of Unknown Abel Santiago sandrabonder23@gmail.com

Sandra E. Mayerson
  on behalf of Defendant Animal Adventure  LLC sandy@mhlaw-ny.com

Sandra E. Mayerson
  on behalf of Unknown City of Minneapolis sandy@mhlaw-ny.com

Sandra E. Mayerson
  on behalf of Creditor - - Securian Life Insurance sandy@mhlaw-ny.com

Sandra E. Mayerson
  on behalf of Creditor GitLab Inc. sandy@mhlaw-ny.com

Sandra E. Mayerson
  on behalf of Unknown - - Securian Financial Group  Inc. sandy@mhlaw-ny.com

Sandra E. Mayerson
  on behalf of Defendant VFP Fire Systems sandy@mhlaw-ny.com

Sanford Philip Rosen
  on behalf of Creditor Cranston/BVT Associates  LLP srosen@rosenpc.com, RosenSR81087@notify.bestcase.com

Sara Maresa Posner
  on behalf of Creditor Pepsi Cola Puerto Rico Distributing LLC sara.posner@hoganlovells.com

Sara Maresa Posner
  on behalf of Defendant Pepsi Cola Puerto Rico Distributing LLC sara.posner@hoganlovells.com

Sarah J Klebolt
  on behalf of Creditor 14 Oaks Associates  LLC sjk@carmodymacdonald.com, ala@carmodymacdonald.com

Sarah M. Schrag
  on behalf of Defendant Zuru LLC sarah.schrag@dentons.com

Sawnie A. McEntire
      on behalf of Interested Party Cushman & Wakefield Inc. smcentire@pmmlaw.com

Sawnie A. McEntire
      on behalf of Defendant Cushman & Wakefield  Inc. smcentire@pmmlaw.com

Schuyler Carroll
      on behalf of Creditor Cedar Glade LP scarroll@loeb.com
      scarroll@ecf.courtdrive.com;ecf-9d8e07160ff2@ecf.pacerpro.com;NYBKDocket@loeb.com

Scott Sheffler
      on behalf of Defendant Tradewinds Distributing Company ssheffler@wormanlaw.com

Scott A. Zuber
      on behalf of Unknown Cardinal Health 110 LLC szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
      on behalf of Defendant FLP  LLC szuber@csglaw.com, ecf@csglaw.com

Scott Brian Luftglass
      on behalf of Defendant Seritage KMT Mezzanine Finance LLC scott.luftglass@friedfrank.com
      ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
      on behalf of Defendant Seritage SPS Holdings LLC scott.luftglass@friedfrank.com
      ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
      on behalf of Defendant Seritage GS Holding LLC scott.luftglass@friedfrank.com
      ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
      on behalf of Defendant Seritage SRC Mezzanine Finance LLC scott.luftglass@friedfrank.com
      ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
      on behalf of Defendant Seritage SRC Finance LLC scott.luftglass@friedfrank.com
      ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
      on behalf of Defendant Seritage KMT Finance LLC scott.luftglass@friedfrank.com
      ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
      on behalf of Defendant Seritage Growth Properties scott.luftglass@friedfrank.com
      ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
      on behalf of Defendant Seritage MS Holdings LLC scott.luftglass@friedfrank.com
      ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
      on behalf of Defendant Seritage Growth Properties  L.P. scott.luftglass@friedfrank.com,
      ManagingAttorneysDepartment@friedfrank.com

Scott D. Fink
      on behalf of Creditor Toyota Industries Commercial Finance  Inc. brodellecf@weltman.com

Scott E. Blakeley
      on behalf of Defendant RFP Atlas Sales LLC seb@blakeleyllp.com  ecf@blakeleyllp.com

Scott E. Blakeley
      on behalf of Defendant The Clorox Sales Company seb@blakeleyllp.com  ecf@blakeleyllp.com

Scott E. Blakeley
      on behalf of Creditor The Clorox Sales Company seb@blakeleyllp.com  ecf@blakeleyllp.com

Scott E. Blakeley
      on behalf of Defendant Clorox Manufacturing Company of Puerto Rico  Inc. seb@blakeleyllp.com, ecf@blakeleyllp.com

Scott I. Davidson
      on behalf of Creditor Husqvarna Consumer Outdoor Products N.A. sdavidson@kslaw.com  jcmccullough@kslaw.com

Scott K. Charles
      on behalf of Debtor Sears Holdings Corporation skcharles@wlrk.com  calert@wlrk.com

Scott M. Harrington
      on behalf of Defendant Thule Inc. sharrington@dmoc.com

Scott M. Harrington
      on behalf of Defendant Parfums de Coeur  Ltd. sharrington@dmoc.com

Sean A. O'Neal

on behalf of Creditor JPP  LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Transform Holdco LLC soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Creditor JPP II  LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Plaintiff Transform Holdco LLC soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Creditor ESL Investments  Inc. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Edward S. Lampert soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party ESL Partners  L.P. soneal@cgsh.com, maofiling@cgsh.com

Sean A. OKeefe

on behalf of Unknown J.W. Mitchell Company  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com

Sean A. OKeefe

on behalf of Creditor JW Mitchell Company  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com

Sean C. Southard

on behalf of Unknown Rebuilding Together  Inc. ssouthard@klestadt.com

Sean C. Southard

on behalf of Creditor Southwest Sign Group  Inc., d/b/a Apex Sign Group ssouthard@klestadt.com

Sean C. Southard

on behalf of Mediator Sean Southard ssouthard@klestadt.com

Sean C. Southard

on behalf of Creditor GLP US Management  LLC and its affiliates ssouthard@klestadt.com

Sean C. Southard

on behalf of Creditor Haier U.S. Appliance Solutions  Inc. d/b/a GE Appliances ssouthard@klestadt.com

Sean E. O'Donnell

on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors
sodonnell@herrick.com  courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com

Sean E. O'Donnell

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates sodonnell@herrick.com, courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com

Sean E. O'Donnell

on behalf of Spec. Counsel Special Conflicts Counsel to the Official Committee of sodonnell@herrick.com
courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com

Sean M. Kemp

on behalf of Defendant Weveel LLC sean@seanmkemp.com

Sean Patrick Williams

on behalf of Defendant Productworks LLC swilliams@lplegal.com
ikropiewnicka@lplegal.com;druiz@lplegal.com;nbailey@lplegal.com;bdroca@lplegal.com

Sean Patrick Williams

on behalf of Defendant California Costume Collections  Inc. swilliams@lplegal.com,
ikropiewnicka@lplegal.com;druiz@lplegal.com;nbailey@lplegal.com;bdroca@lplegal.com

Sedric Banks

on behalf of Creditor Jerry and Esther Vosburg sedbanks@aol.com

Sergey Joseph Litvak

on behalf of Defendant US Air Comfort joelitvakesq@gmail.com

Seth Van Aalten

on behalf of Creditor Washington Prime Group Inc. svanaalten@coleschotz.com
ssallie@coleschotz.com;fpisano@coleschotz.com;pratkowiak@coleschotz.com

Shana A. Elberg

on behalf of Interested Party Bank of America  N.A. Shana.Elberg@skadden.com,
wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com;jaclyn.kleban@skadden.com;jamie
.brumberger@skadden.com

Shane Ramsey

on behalf of Creditor Retail Opportunity Investments Corp. shane.ramsey@nelsonmullins.com
jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com

Shanna M. Kaminski
                    on behalf of Defendant Counter Impressions  LLC skaminski@kaminskilawpllc.com

Shannon Gross
                    on behalf of Defendant RIEF Trading LLC shannon.gross@kattenlaw.com

Shannon Gross
                    on behalf of Defendant HAP TRADING  LLC shannon.gross@kattenlaw.com

Shannon Gross
                    on behalf of Defendant RIEF RMP LLC shannon.gross@kattenlaw.com

Shannon Gross
                    on behalf of Defendant GF TRADING LLC shannon.gross@kattenlaw.com

Shannon Jost
                    on behalf of Defendant ASG Technologies Group shannon.jost@stokeslaw.com  alicia.cason@stokeslaw.com

Shari Barak
                    on behalf of Creditor Wells Fargo Bank  National Association sbarak@logs.com, LOGSECF@logs.com

Sharon Jessica Zinns
                    on behalf of Creditor Armande Mock sharon@zinnslaw.com

Shawn M. Christianson
                    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shawn Randall Fox
                    on behalf of Defendant Renfro Corporation sfox@mcguirewoods.com

Shawn Randall Fox
                    on behalf of Creditor Apex Systems  LLC sfox@mcguirewoods.com

Shelby Zawel
                    on behalf of Unknown Fulcrum Credit Partners LLC szawel@fulcruminv.com

Sheryl P Giugliano
                    on behalf of Creditor Team Worldwide Corporation sgiugliano@rmfpc.com  samiel@rmfpc.com,smcgrath@rmfpc.com

Sidney P. Levinson
                    on behalf of Defendant Cascade Investment  LLC slevinson@debevoise.com, khollingsworth@debevoise.com

Simon Aron
                    on behalf of Creditor Wolf Family Series LP d/b/a Series III  Ontario Enterprises of the Wolf Family Series LP
                    saron@wrslawyers.com, jnarcise@wrslawyers.com

Sonia E Colon
                    on behalf of Creditor Luan Investment SE scolon@ferraiuoli.com  edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

Sonia E Colon
                    on behalf of Creditor Deportes Salvador Colom Inc. scolon@ferraiuoli.com
                    edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

Sonia E Colon
                    on behalf of Defendant Deportes Salvador Colom Inc. scolon@ferraiuoli.com
                    edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

Sonia E Colon
                    on behalf of Plaintiff Santa Rosa Mall  LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

Sonia E Colon
                    on behalf of Creditor Santa Rosa Mall  LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

Stanley B. Tarr
                    on behalf of Creditor Hansae Co. Ltd. tarr@blankrome.com

Stanley M Slonaker
                    on behalf of Creditor Jose Acosta Stan@SSlonaker.us

Stephan William Milo
                    on behalf of Defendant CMC Mechanical LLC smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
                    on behalf of Defendant R E Daigle & Son Electrical  Inc. smilo@wawlaw.com, ewilson@wawlaw.com

Stephan William Milo
                    on behalf of Defendant Tecumseh Heating And Air smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
                    on behalf of Defendant Sakutori Designs LLC smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
                    on behalf of Defendant Solid Choice Inc. smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Rushmore Photo & Gifts Inc. smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Rainbow Cotton Candy LLC smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Pepsi-Cola Bottling Company of Guam Inc. smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Fibre World  Inc. smilo@wawlaw.com, ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Gretchen International Inc. smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Johnson United  Inc. smilo@wawlaw.com, ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Ibertile Ceramic smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Killer Bee Inc. smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant KS Design Remodeling Inc. smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant True Manufacturing Co.  Inc. smilo@wawlaw.com, ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant N.L.M.S.  Inc. smilo@wawlaw.com, ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Walnut Hill Properties LLC smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Dover Grease Trap Inc. smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Tasty Main LLC smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Melitta Inc. smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Cole Road Distribution Center smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Wick Communications Company smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Quality Handyman smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Ryad Consulting  Inc. smilo@wawlaw.com, ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant JPHowell and Associates Inc. smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Garden & Lights Company Limited smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Georgia Subsequent Injury Trust Fund smilo@wawlaw.com  ewilson@wawlaw.com

Stephan William Milo
 on behalf of Defendant Perfect Fit Industries  LLC smilo@wawlaw.com, ewilson@wawlaw.com

Stephanie Rene' Barnes
 on behalf of Defendant Infinitude Creative Group  LLC sbarnes@plunksmith.com

Stephen Montgomery
 on behalf of Defendant Flynn Enterprises LLC smontgomery@dickinson-wright.

Stephen Montgomery
 on behalf of Creditor Flynn Enterprises  LLC smontgomery@dickinson-wright.

Stephen A Corr
 on behalf of Creditor John Fraser scorr@begleycarlin.com

Stephen B. Gerald
 on behalf of Creditor J. M. Smucker Company sgerald@wtplaw.com  clano@wtplaw.com

District/off: 0208-7                                        User: admin                                        Page 91 of 100
Date Rcvd: Mar 16, 2023                                Form ID: pdf001                                Total Noticed: 1

Stephen B. Gerald
on behalf of Interested Party The J.M. Smucker Company  Ainsworth Pet Nutrition LLC sgerald@wtplaw.com,
clano@wtplaw.com

Stephen B. Gerald
on behalf of Creditor Ainsworth Pet Nutrition  LLC sgerald@wtplaw.com, clano@wtplaw.com

Stephen B. Selbst
on behalf of Attorney Herrick  Feinstein LLP sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors
sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen C Lane
on behalf of Defendant Romy's Plumbing Inc. steve@stevelanelawoffice.com

Stephen C Lane
on behalf of Attorney Stephen C Lane steve@stevelanelawoffice.com

Stephen M. Miller
on behalf of Interested Party Net Lease Management Partners  L.L.C. smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
on behalf of Creditor Yoder-17th Street Properties  LLC smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
on behalf of Interested Party Drake Pacer Penry Acquisition  LLC smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
on behalf of Interested Party Brighton Lease Management  L.L.C. smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
on behalf of Interested Party Greensboro Lease Management  L.L.C. smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Packman
on behalf of Unknown PREIT Services  LLC, as agent for PR North Dartmouth, LLC spackman@archerlaw.com,
ahuber@archerlaw.com;jkulback@archerlaw.com

Stephen Vincent Falanga
on behalf of Creditor Schindler Elevator Corporation sfalanga@walsh.law  ntravostino@walsh.law

Stephen Vincent Falanga
on behalf of Defendant Schindler Elevator Corporation sfalanga@walsh.law  ntravostino@walsh.law

Steven Balasiano
on behalf of Defendant NES Jewelry  Inc. steven@balasianolaw.com

Steven Richman
on behalf of Creditor Epicor Software Corporation srichman@clarkhill.com

Steven Richman
on behalf of Defendant RGIS  LLC srichman@clarkhill.com

Steven Wirth
on behalf of Debtor Sears Holdings Corporation steven.wirth@akerman.com
jennifer.meehan@akerman.com;caren.deruiter@akerman.com;raye.elliott@akerman.com

Steven A. Ginther
on behalf of Creditor Missouri department of revenue sdnyecf@dor.mo.gov

Steven B Smith
on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors
ssmith@herrick.com  ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com

Steven Charles Farkas
on behalf of Creditor AMERICAN CASTING & MANUFACTURING CORP. scf@cohmlaw.com
daominez@cohmlaw.com;lah@cohmlaw.com

Steven J. Reisman
on behalf of Plaintiff StarWest  LLC sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman
on behalf of Counter-Defendant Kmart Holding Corporation sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman
on behalf of Plaintiff Kmart Holding Corporation sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman

|  |  |
|---|---|
|  | on behalf of Unknown Kmart Holding Corporation sreisman@katten.com  nyc.bknotices@katten.com |
| Steven J. Reisman | |
|  | on behalf of Debtor Sears Holdings Corporation sreisman@katten.com  nyc.bknotices@katten.com |
| Steven J. Reisman | |
|  | on behalf of Plaintiff Sears Home Improvement Products  Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Steven J. Reisman | |
|  | on behalf of Plaintiff Sears  Roebuck and Co. sreisman@katten.com, nyc.bknotices@katten.com |
| Steven J. Reisman | |
|  | on behalf of Plaintiff California Builder Appliances  Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Steven J. Reisman | |
|  | on behalf of Plaintiff Florida Builder Appliances  Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Steven J. Reisman | |
|  | on behalf of Counter-Defendant Sears  Roebuck and Co. sreisman@katten.com, nyc.bknotices@katten.com |
| Steven W. Kelly | |
|  | on behalf of Creditor AmCap Wilson II  LLC skelly@s-d.com |
| Steven W. Kelly | |
|  | on behalf of Creditor Wilson Norridge  LLC skelly@s-d.com |
| Steven W. Kelly | |
|  | on behalf of Creditor HRA Fountains LP skelly@s-d.com |
| Stuart M Maples | |
|  | on behalf of Defendant Sunshine Mills  Inc. smaples@mapleslawfirmpc.com |
| Sue Liu Chin | |
|  | on behalf of Defendant Appliance Alliance Installations LLC schin@borgeslawllc.com |
| Sue Liu Chin | |
|  | on behalf of Defendant Gold Coast Beverage  LLC schin@borgeslawllc.com |
| Sue Liu Chin | |
|  | on behalf of Defendant Chicago Beverage Systems  LLC schin@borgeslawllc.com |
| Sue Liu Chin | |
|  | on behalf of Defendant S. C. Johnson & Son  Inc. schin@borgeslawllc.com |
| Sue Liu Chin | |
|  | on behalf of Defendant Rawlings Sporting Goods Company  Inc. schin@borgeslawllc.com |
| Sue Liu Chin | |
|  | on behalf of Defendant Samsonite LLC schin@borgeslawllc.com |
| Sue Liu Chin | |
|  | on behalf of Defendant Pfizer Inc. schin@borgeslawllc.com |
| Sue Liu Chin | |
|  | on behalf of Defendant Sub-Zero Group  Inc. schin@borgeslawllc.com |
| Sunny Singh | |
|  | on behalf of Debtor Sears Holdings Corporation sunny.singh@weil.com Paloma.VanGroll@weil.com;Philip.DiDonato@weil.com |
| Tammy L. Terrell Benoza | |
|  | on behalf of Creditor SEARS  ROEBUCK AND CO. bankruptcy@fskslaw.com |
| Tanya Korkhov | |
|  | on behalf of Respondent Lavarita Meriwether tkorkhov@scott-scott.com |
| Tanya Korkhov | |
|  | on behalf of Respondent Robert Catalfano tkorkhov@scott-scott.com |
| Tara LeDay | |
|  | on behalf of Creditor City of Waco et al tleday@mvbalaw.com tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com |
| Tara LeDay | |
|  | on behalf of Creditor Bosque County tleday@mvbalaw.com tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com |
| Tara LeDay | |
|  | on behalf of Creditor Brown CAD tleday@mvbalaw.com tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com |
| Tara LeDay | |
|  | on behalf of Creditor Hays County tleday@mvbalaw.com |

District/off: 0208-7                    User: admin                         Page 93 of 100
Date Rcvd: Mar 16, 2023              Form ID: pdf001                    Total Noticed: 1

tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Cherokee CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Harrison CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Harrison County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Coryell County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Taylor CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Wharton County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Mexia I. S. D. tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Bastrop County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Unknown Texas Ad Valorem Taxing Jurisdictions tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Jasper County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Anderson County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Terry CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Erath County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Comal County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Texas Taxing Jurisdictions tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Burnet CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Bowie CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor The County of Limestone  Texas tleday@mvbalaw.com,
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Midland CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Guadalupe County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

|  |  |
|---|---|
|  | on behalf of Creditor Denton County tleday@mvbalaw.com<br>tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com |
| Tara LeDay |  |
|  | on behalf of Creditor Brazos County tleday@mvbalaw.com<br>tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com |
| Tara LeDay |  |
|  | on behalf of Creditor Cherokee County tleday@mvbalaw.com<br>tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com |
| Tara LeDay |  |
|  | on behalf of Creditor Bell TAD tleday@mvbalaw.com<br>tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com |
| Tara LeDay |  |
|  | on behalf of Creditor Williamson County tleday@mvbalaw.com<br>tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com |
| Tara LeDay |  |
|  | on behalf of Creditor Henderson County tleday@mvbalaw.com<br>tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com |
| Tara B. Annweiler |  |
|  | on behalf of Creditor American National Insurance Company tannweiler@greerherz.com |
| Tara J Schellhorn |  |
|  | on behalf of Defendant Easy Gardener Products  Inc. tschellhorn@riker.com, jschwartz@riker.com |
| Tara J Schellhorn |  |
|  | on behalf of Defendant Pfizer Inc. tschellhorn@riker.com  jschwartz@riker.com |
| Ted A. Berkowitz |  |
|  | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.<br>tberkowitz@moritthock.com, tberkowitz@moritthock.com |
| Ted A. Dillman |  |
|  | on behalf of Unknown Simon Property Group  L.P. ted.dillman@lw.com, ted-dillman-0492@ecf.pacerpro.com |
| Thomas Yanega |  |
|  | on behalf of Unknown Beauty Gem  Inc. ty@devacklaw.com |
| Thomas Yanega |  |
|  | on behalf of Unknown S & J Diamond Corp. ty@devacklaw.com |
| Thomas A Lynam, III |  |
|  | on behalf of Unknown Stacie Hess tlynam@vll-law.com |
| Thomas A. Farinella |  |
|  | on behalf of Unknown Stockton Mariposa  LLC tf@lawtaf.com, ecf@lawgmf.com |
| Thomas Daniel Berghman |  |
|  | on behalf of Creditor Comosoft  Inc. tberghman@munsch.com |
| Thomas J. Flynn |  |
|  | on behalf of Interested Party MOAC Mall Holding LLC tflynn@larkinhoffman.com<br>aschaal@larkinhoffman.com,mroeglin@larkinhoffman.com |
| Thomas J. Moloney |  |
|  | on behalf of Creditor JPP  LLC tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com |
| Thomas J. Moloney |  |
|  | on behalf of Creditor JPP II  LLC tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com |
| Thomas J. Moloney |  |
|  | on behalf of Creditor ESL Investments  Inc. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com |
| Thomas J. Moloney |  |
|  | on behalf of Plaintiff Transform Holdco LLC tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com |
| Thomas J. Moloney |  |
|  | on behalf of Interested Party Transform Holdco LLC tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com |
| Thomas J. Moloney |  |
|  | on behalf of Interested Party ESL Partners  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com |
| Thomas J. Sansone |  |
|  | on behalf of Creditor Crossroads Joint Venture  LLC tsansone@carmodylaw.com |
| Thomas J. Schell |  |
|  | on behalf of Defendant Hong Kong City Toys Factory Limited tjschell@bclplaw.com  dortiz@bclplaw.com |
| Thomas James Salerno |  |

on behalf of Interested Party Telesoft Corp thomas.salerno@stinson.com  Karen.graves@stinson.com

Thomas L Abrams

on behalf of Defendant Exist  Inc. tabrams@tabramslaw.com

Thomas M. Gaa

on behalf of Creditor Oath (Americas) Inc. tgaa@bbslaw.com  yessenia@bbslaw.com

Thomas M. Gaa

on behalf of Creditor salesforce.com  inc. tgaa@bbslaw.com, yessenia@bbslaw.com

Thomas R. Fawkes

on behalf of Creditor Infinite Peripherals  Inc. thomas.fawkes@tuckerellis.com, brittany.falkner@tuckerellis.com

Thomas R. Fawkes

on behalf of Defendant Reynolds Presto Products Inc. thomas.fawkes@tuckerellis.com  brittany.falkner@tuckerellis.com

Thomas R. Fawkes

on behalf of Defendant Zeno Group  Inc. thomas.fawkes@tuckerellis.com, brittany.falkner@tuckerellis.com

Thomas R. Fawkes

on behalf of Defendant Daniel J. Edelman  Inc. thomas.fawkes@tuckerellis.com, brittany.falkner@tuckerellis.com

Thomas R. Fawkes

on behalf of Defendant Reynolds Consumer Products LLC thomas.fawkes@tuckerellis.com  brittany.falkner@tuckerellis.com

Thomas R. Slome

on behalf of Creditor Commonwealth Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Sacramento Municipal Utility District tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor San Diego Gas and Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor The Cleveland Electric Illuminating Company tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor City of Ocala  Florida tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Public Service Company of New Hampshire tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor UNS Gas  Inc. tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Florida Power & Light Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor The Potomac Electric Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Arizona Public Service Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Connecticut Light & Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor New York State Electric and Gas Corporation tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Atlantic City Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Narragansett Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor KeySpan Energy Delivery Long Island tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor NStar Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Potomac Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Rochester Gas & Electric Corporation tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor PECO Energy Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Colonial Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Pennsylvania Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Southern California Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor KeySpan Energy Delivery New York tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Delmarva Power & Light Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Ohio Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Kentucky Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor UNS Electric  Inc. tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Baltimore Gas and Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor West Penn Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor The Dominion East Ohio Gas Company d/b/a Dominion East Ohio tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Orange & Rockland Utilities tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Salt River Project tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Consolidated Edison Company of New York  Inc. tslome@cullenanddykman.com,
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Tucson Electric Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Georgia Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Boston Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Massachusetts Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Indiana Michigan Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Niagara Mohawk Power Corporation tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Yankee Gas Services Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Ohio Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Public Service Electric and Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Metropolitan Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Pennsylvania Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Defendant Luv n' care Ltd. tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Kingsport Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Monongahela Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Public Service Company of Oklahoma tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Jersey Central Power & Light Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Eastern Massachusetts and NStar Electric Company tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Western Massachusetts tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Toledo Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Appalachian Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Southern California Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas Ross Hooper

on behalf of Defendant Fairholme Capital Management  L.L.C. hooper@sewkis.com

Thomas Ross Hooper

on behalf of Defendant Bruce Berkowitz hooper@sewkis.com

Thomas S. Kessler

on behalf of Interested Party Transform SR Brands LLC tkessler@cgsh.com  maofiling@cgsh.com

Thomas S. Kessler

on behalf of Interested Party Transform Holdco LLC tkessler@cgsh.com  maofiling@cgsh.com

Thomas S. Onder

on behalf of Creditor 67500 South Main Street  Richmond, LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Phillips Edison & Company tonder@stark-stark.com

Timothy F. Nixon

on behalf of Defendant Wipfli LLP tnixon@gklaw.com  kboucher@gklaw.com

Timothy F. Nixon

on behalf of Defendant Dxd Investments  LLC tnixon@gklaw.com, kboucher@gklaw.com

Timothy F. Nixon

on behalf of Creditor Johnson Controls  Inc. tnixon@gklaw.com, kboucher@gklaw.com

Timothy F. Nixon

on behalf of Defendant York International Corp. tnixon@gklaw.com  kboucher@gklaw.com

Timothy F. Nixon

on behalf of Creditor A.O. Smith Corporation tnixon@gklaw.com  kboucher@gklaw.com

Timothy F. Nixon

on behalf of Defendant Johnson Controls Security Solutions LLC tnixon@gklaw.com  kboucher@gklaw.com

Timothy F. Nixon

on behalf of Defendant Johnson Controls  Inc. tnixon@gklaw.com, kboucher@gklaw.com

Timothy G. Holden

on behalf of Defendant ADT LLC tholden@tholdenlaw.com

Todd Strassberg

on behalf of Defendant Revise Clothing Inc. todd@strassbergpc.com

Todd Allan Atkinson

on behalf of Defendant NCR Corporation todd.atkinson@wbd-us.com  liz.thomas@wbd-us.com

Todd Allan Atkinson

District/off: 0208-7

Date Rcvd: Mar 16, 2023

User: admin

Form ID: pdf001

Page 98 of 100

Total Noticed: 1

Todd Allan Atkinson

on behalf of Defendant Wicked Fashions Inc. todd.atkinson@wbd-us.com  liz.thomas@wbd-us.com

on behalf of Creditor NCR Corporation todd.atkinson@wbd-us.com  liz.thomas@wbd-us.com

Todd Morris Arnold

on behalf of Interested Party Certified Capital LP tma@lnbyg.com

Todd Morris Arnold

on behalf of Creditor Weihai Lianqiao International Coop. Group Co.  Ltd. tma@lnbyg.com

Tracy L. Klestadt

on behalf of Creditor Shidler/West Finance Partners V L.P. tklestadt@klestadt.com  tklestadt@yahoo.com

Tracy L. Klestadt

on behalf of Defendant GGF LLC tklestadt@klestadt.com  tklestadt@yahoo.com

Tracy L. Klestadt

on behalf of Defendant Rikon Power Tools Inc. tklestadt@klestadt.com  tklestadt@yahoo.com

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

Vera N Kanova

on behalf of Creditor Commonwealth of PA Dept. of Environmental Protection verkanova@pa.gov

Veronique Urban

on behalf of Creditor Midwood Management Corp. vurban@mcgrailbensinger.com

Victor Newmark

on behalf of Creditor 156 Tom Hill  LLC vnewmark@evict.net

Victor Russame

on behalf of Defendant Nantong Splendor International victor@lawofficeofsamwu.com

Victoria D. Garry

on behalf of Creditor Ohio Department of Taxation vgarry@ag.state.oh.us

Vincent Levy

on behalf of Defendant Kunal Kamlani vlevy@hsgllp.com

Vincent Edward Lazar

on behalf of Creditor Electrolux Home Care Products  Inc. vlazar@jenner.com

Vincent Edward Lazar

on behalf of Creditor Electrolux North America  Inc. vlazar@jenner.com

Vincent Edward Lazar

on behalf of Defendant Electrolux Home Products  Inc. vlazar@jenner.com

Vincent Edward Lazar

on behalf of Creditor Electrolux Puerto Rico  Inc. vlazar@jenner.com

Vincent Edward Lazar

on behalf of Defendant The Eureka Company vlazar@jenner.com

Vincent Edward Lazar

on behalf of Creditor Electrolux Home Products  Inc. vlazar@jenner.com

Vincent J. Roldan

on behalf of Creditor Hain Capital Investors Master Fund Ltd. vroldan@mblawfirm.com

Vincent M. Marino

on behalf of Defendant SCS Direct  Inc. vmarino@mzslaw.com

Vivek Suri

on behalf of Creditor KG Denim Limited info@viveksuri.com  lawyer@surilawoffice.com

Vivek Suri

on behalf of Creditor Weavetex Overseas info@viveksuri.com  lawyer@surilawoffice.com

Vivek Suri

on behalf of Creditor Sumit Textile Industries info@viveksuri.com  lawyer@surilawoffice.com

Vivek Suri

on behalf of Unknown Infiiloom India Private Limited info@viveksuri.com  lawyer@surilawoffice.com

Vivek Suri

on behalf of Unknown Weavetex Overseas info@viveksuri.com  lawyer@surilawoffice.com

Vivek Suri

on behalf of Unknown Sumit Textile Industries info@viveksuri.com  lawyer@surilawoffice.com

District/off: 0208-7

Date Rcvd: Mar 16, 2023

User: admin

Form ID: pdf001

Page 99 of 100

Total Noticed: 1

Wanda Borges

on behalf of Defendant Sub-Zero Group  Inc. ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Defendant Chicago Beverage Systems  LLC ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Creditor Kenney Manufacturing Company ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Defendant Gold Coast Beverage  LLC ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Defendant Rawlings Sporting Goods Company  Inc. ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Creditor Sub-Zero Group  Inc. ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Defendant S. C. Johnson & Son  Inc. ecfcases@borgeslawllc.com

Wendy M. Simkulak

on behalf of Creditor Chubb Companies wmsimkulak@duanemorris

Wendy M. Simkulak

on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris

Wes Earnhardt

on behalf of Defendant William C. Kunkler wearnhardt@cravath.com

Wes Earnhardt

on behalf of Defendant Ann N. Reese wearnhardt@cravath.com

Wes Earnhardt

on behalf of Defendant Paul G. DePodesta wearnhardt@cravath.com

Whitney Seltzer

on behalf of Defendant Heartland Express Inc. wseltzer@foleymansfield.com

Wigberto Lugo Mender

on behalf of Defendant Quintana & Sons Trading LLC wlugo@lugomender.com

William McCarron, Jr.

on behalf of Creditor Pension Benefit Guaranty Corporation mccarron.william@pbgc.gov  efile@pbgc.gov

William Austin Jowers

on behalf of Creditor Husqvarna Consumer Outdoor Products N.A. ajowers@kslaw.com  jcmccullough@kslaw.com

William B. Kerr

on behalf of Creditor COMM 2006-C8 Shaw Avenue Clovis  LLC wkerr@kerrllp.com

William E. Brueckner

on behalf of Defendant Perry Kessler wbrueckner@woodsoviatt.com  sciaio@mccmlaw.com

William E. Kelleher, Jr.

on behalf of Creditor Bonita Casa  LLC bill.kelleher@dentons.com, michelle.graeb@dentons.com;helen.ward@dentons.com

William J. Factor

on behalf of Defendant BBJ Group LLC wfactor@wfactorlaw.com
bsass@wfactorlaw.com,wfactor@ecf.courtdrive.com,factorwr43923@notify.bestcase.com

William J. Hanlon

on behalf of Creditor Tupart II  LLC whanlon@seyfarth.com,
bankruptcydocket@seyfarth.com,2875011420@filings.docketbird.com

William J. Levant

on behalf of Creditor Mac Dade Mall Associates  L.P. efile.wjl@kaplaw.com

William L Siegel

on behalf of Defendant TJ Daniels Inc. bsiegel@cowlesthompson.com  brodela@cowlesthompson.com

William M. Buchanan

on behalf of Defendant Northtowne Associates Inc. wbuchanan@cohenseglias.com

William P. Weintraub

on behalf of Unknown Wicked Audio  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

William P. Weintraub

on behalf of Defendant Intralinks  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

William P. Weintraub

on behalf of Creditor Interactions Corporation wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

District/off: 0208-7

Date Rcvd: Mar 16, 2023

User: admin

Form ID: pdf001

Page 100 of 100

Total Noticed: 1

William P. Weintraub
on behalf of Creditor Intralinks  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

William Silas Hackney, III
on behalf of Defendant Live Logistics Corp. wshackney@silashackney.com  jadams@salawus.com;rlaas@salawus.com

Yann Geron
on behalf of Creditor Adam Levine Productions  Inc. ygeron@geronlegaladvisors.com, ygeronnys@ecf.axosfs.com;jlitos@geronlegaladvisors.com;asuffern@axosfs.com;ygeron@geronlegaladvisors.com;nsantucci@geronlegaladvisors.com;adreher@geronlegaladvisors.com

Yaron Shaham
on behalf of Creditor Panache International LLC yshaham@kahanafeld.com

Ying Cao
on behalf of Defendant Timely Rain Musical Instrument Company Limited ycao@yclawllc.com

Zachary Heller
on behalf of Creditor 3M Puerto Rico sarah.akerson@btlaw.com

Zachary Heller
on behalf of Creditor 3M Company sarah.akerson@btlaw.com

Zachary Heller
on behalf of Creditor Meguiars  Inc sarah.akerson@btlaw.com

Zachary Heller
on behalf of Defendant 3M Company sarah.akerson@btlaw.com

Zachary Evan Mazur
on behalf of Creditor Sarachek Law Firm zachary@saracheklawfirm.com

Zixuan Zhou
on behalf of Defendant Springfield Marketing Group  LLC tomzixuanzhou@gmail.com


TOTAL: 2498