WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail

*Attorneys for the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :     **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,       :
                                                               :     **Case No. 18-23538 (SHL)**
                                                               :
Debtors.[1]                                                    :     **(Jointly Administered)**
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**TO BE CONDUCTED THROUGH ZOOM ON MARCH 29, 2023 AT 11:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601-4140

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted through Zoom. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must contact the Court at (914) 467-7250 to register for attendance at the Hearing. Pro se parties may participate in the hearing free of charge using Zoom.**

I.  **ADVERSARY MATTER:**

  1.  Kmart Holding Corporation, *et al*. v. Best-Lock (Asia) Ltd. **[Adversary Proceeding No. 20-06307]**

  **Letter Requesting Status Conference**

  Related Documents:

  A.  Adversary Complaint **[ECF No. 1]**

  B.  Summons **[ECF No. 2]**

  C.  Amended Second Summons **[ECF No. 4]**

  D.  Motion to Dismiss Adversary Proceeding **[ECF No. 5]**

  E.  Response to Motion to Dismiss Adversary Proceeding **[ECF No. 7]**

  F.  Letter to the Court Requesting Status Conference **[ECF No. 9]**

  G.  Notice of Status Conference **[ECF No. 10]**

  Status:  This matter is going forward solely as a status conference.

II.  **BENCH RULING:**

  2.  Motion of the Chubb Companies for Entry of an Order (I) Ruling that Default Judgment, Settlement Agreements and State Court Orders are Each Void AB Initio Pursuant to 11 U.S.C. §§ 105(a) and 362(a) and without Effect; and (II) Granting Related Relief **[ECF No. 10661]**

  Response Deadline:   October 17, 2022 at 4:00 p.m. (Prevailing Eastern Time)

  Responses Filed:

  A.  Objection of Shelley S. Hawkins **[ECF No. 10681]**

   B.  Reply of the Chubb Companies in Support of Motion **[ECF No. 10696]**

Related Documents:   None.

Status:  The Court will render a bench ruling on this matter.

## III. ADJOURNED MATTERS:

3. Kmart Holding Corporation, *et al*. v. Bond Manufacturing Co., Inc. **[Adversary Proceeding No. 20-06591]**

**Motion to Strike Defendants Answer**

Response Deadline: January 11, 2023 at 4:00 p.m. (Prevailing Eastern Time)

Related Documents:

  A. Adversary Complaint **[ECF No. 1]**

  B. Summons **[ECF No. 2]**

  C. Bond Manufacturing Co Inc.'s Response **[ECF No. 4]**

  D. Motion to Strike Defendant's Answer **[ECF No. 6]**

  E. Notice of Adjournment **[ECF No. 8]**

  F. Answer to Complaint **[ECF No. 10]**

Status:  This matter has been adjourned to a date to be determined.

4. Motion to Enforce Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief **[ECF No. 10798]**

Response Deadline: March 10, 2023 at 4:00 p.m. (Prevailing Eastern Time)

Response Filed:

  A. Objection to Transform Holdco LLC and Transform SR Brands LLC's Motion to Enforce **[ECF No. 10807]**

Related Documents:

  B. Declaration of Jessica Metzger in Connection with Transform's Motion to Enforce **[ECF No. 10799]**

        C.      Notice of Adjournment of Hearing **[ECF No. 10814]**

<u>Status</u>:  This matter has been adjourned to April 19, 2023 at 2:00 p.m. (Prevailing Eastern Time).

5.      Order Scheduling Status Conference **[ECF No. 10800]**

<u>Related Documents</u>:

        A.      LeBaron's Request for USBK 362 and Protections Claimed in Calif. Labor Board Case to Avoid Prosecution Willful and Negligent Misrepresentation **[ECF No. 10790]**

        B.      Notice of Filing Proposed Order Granting Misuse of the Automatic Stay in Case 18-23538 by the Entity Buyer in A California Labor Board Case. 741455 & 757376 **[ECF No. 10794]**

<u>Status</u>:  The matter has been adjourned to a date to be determined.

Dated:  March 28, 2023
       New York, New York

                                         */s/ Garrett A. Fail*
                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York  10153
                                         Telephone:  (212) 310-8000
                                         Facsimile:  (212) 310-8007
                                         Ray C. Schrock, P.C.
                                         Garrett A. Fail

                                         *Attorneys for the Liquidating Trustee*