**FOSTER GARVEY P.C.**
Dan Youngblut (DY-1988)
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 447-2908
Email: dan.youngblut@foster.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
**In re**                                                       :    **Chapter 11**
                                                                :
**SEARS HOLDINGS CORPORATION,** *et al.*,                       :    **Case No. 18-23538 (SHL)**
                                                                :
**Debtors.**[1]                                                 :    **(Jointly Administered)**
                                                                :
                                                                :    **Re: ECF No. 10822**
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Dan Youngblut, certify that on March 31, 2023, as directed by the Court at the hearing on March 29, 2023, I caused to be served true and correct copies of the following document:

- NOTICE OF PROPOSED ORDER GRANTING IN PART AND DENYING IN PART THE MOTION OF THE CHUBB COMPANIES FOR ENTRY OF AN ORDER (I)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

RULING THAT DEFAULT JUDGMENT, SETTLEMENT AGREEMENTS AND STATE COURT ORDERS ARE EACH VOID AB INITIO PURSUANT TO 11 U.S.C. §§ 105(a) AND 362(a) AND WITHOUT EFFECT; AND (II) GRANTING RELATED RELIEF [ECF No. 10822] (the "Proposed Order")

by Federal Express for delivery on April 3, 2023, on the parties listed below:

**Attorneys for Chubb Companies:**
Duane Morris LLP
Attn: Wendy M. Simkulak, Esq. (WS-8945)
1540 Broadway, 14th Floor
New York, NY 10036

Duane Morris LLP
Attn: Catherine B. Heitzenrater, Esq. (PA 205597)
30 South 17th Street
Philadelphia, PA 19103

Duane Morris LLP
Attn: Elisa M. Hyder, Esq. (PA 328054)
30 South 17th Street
Philadelphia, PA 19103.

The Proposed Order has also been served on all parties that receive ECF notifications in these chapter 11 cases.

Dated: April 3, 2023

*/s/ Dan Youngblut*
FOSTER GARVEY P.C.
1111 Third Avenue, Suite 3000
Seattle, WA 98101
(206) 447-2908 (telephone)
(206) 447-9700 (facsimile)
Dan Youngblut, Esq. (DY-1988)

*Counsel for Shelley S. Hawkins*