Honorable Sean Lane

U.S. Bankruptcy Court

Southern District Of New York

300 Quarropas Street

White Plains, NY, 10601

Re: Case No. 18-23535 (SHL)

Doc. 10810 Motion of Eric Moore

Honorable Justice Lane,

I am writing to express my full support for the court motion currently before you. Having carefully reviewed the details of this case, the motion is well-founded.

Eric Moore has presented a compelling argument that is supported by solid evidence and legal precedent. Eric Moore's motion is based on facts and principles that are central to our legal system.

As someone who has a deep appreciation for the rule of law and the fundamental principles of justice, it is my sincere belief that you will give the motion the full consideration it deserves, and that your decision is guided by a firm commitment to fairness and impartiality.

I want to commend Eric Moore for filing this motion and for standing up for what is right.

Thank you for your attention to this matter.

Sincerely,

Michael Wachs

325 Buffalo Ave

Lindenhurst, NY, 11757

516-669-6279