Michael Wachs
325 Buffalo Ave
Lindenhurst, NY, 11757
mikewachs@msn.com
Tel 516-669-6279
Pro se

FILED
U.S. BANKRUPTCY COURT
2023 APR -3 A 11:52
S.D. OF N.Y.

Related to Docs. 10810, 10815

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                           Case No. 18-23538 (SHL)

Sears Holdings Corporation, et al.,                              Chapter 11

                                  Debtors.                       (Jointly Administered)

**DECLARATION OF SUPPORT FOR ERIC MOORE'S MOTION DOC. 10810 INFORMING SRZ LIQUIDATING TRUST OF THE EXPIRATION OF THE DEADLINE TO PUBLISH THE GOOD FAITH VALUATION, REQUEST THAT THEY FILE AN EXTENSION OF THE SAME, AND NOTICE THAT THE DEFAULT HAS BEEN WITHDRAWN FOR THE 10/15/2018 BONDS (CUSIP 812350AE6) AND THE 12/15/2019 BONDS (CUSIP 812350AF3), IN ADDITION WITH REQUEST TO WITHDRAW MOTION DOC 10815 FILED BY MICHAEL WACHS**

TO THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE:

My name is Michael Wachs, and I have filed a motion in this case Doc 10815 which is similar to Eric Moore's motion Doc 10810. Respectfully to the Court I wish to submit this declaration of support for Eric Moore's motion and request to withdraw the motion filed by me Doc 10815 as it is duplicative and extraneous.

Dated: April, 3, 2023

By: /s/ Michael Wachs
325 Buffalo Avenue
Lindenhurst, NY, 11757
(516) 669-6279
mikewachs@msn.com
Pro se

I certify that copies of this document were mailed to the following:

M3 Partners
130 West 42" Street 17" Floor
New York, New York 10036
Attn: Kunal S. Kamlani

Sunny Singh, Esq
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153

Jared R. Friedmann, Esq
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153

Phil DiDonato, Esq
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y.

Garret A. Fail, Esq
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153

Computershare Trust Company, N.A.

250 Royal Street

Canton, MA 02021

(781) 575-4210 Fax

Bond Indenture Trustee/12/15/2019 Unsecured 8% Notes

_____

Michael Wachs

325 Buffalo Ave

Lindenhurst, NY, 11757

mikewachs@msn.com

(516) 669-6279