**Andrew E. Carrillo CFP®, AWMA®, CRPC®**
**CERTIFIED FINANCIAL PLANNER™**
professional

**1428 Brickell Ave Suite. 500**
**Miami, FL 33131**
Office 305-328-8538

Andrew.Carrillo@barnettcapitaladvisors.com



**United States Bankrupcy court**
**Southern District of New York**

In re:                                                                     Case No 18-23538 (SHL)

Sears holdings Corporation, et al.,                    Chapter 11

                                                                                Debtors.  ( Jointly Administered )

**DECLARATION OF SUPPORT FOR ERIC MOORE'S MOTION DOC. 10810 INFORMING SRZ LIQUIDATING TRUST OF THE DEADLINE TO PUBLISH GOOD FAITH VALUATION REQUEST THAT THEY FILE AN EXTENSION OF THE SAME, AND NOTICE THAT THE DEFAULT HAS BEEN WITHDRAWN FOR THE 10/15/2018 BONDS (CUSIP 812350AE6) AND THE 12/15/2019 BONDS (CUSIP 812350AF3)**

To the Honorable Sean H Lane
United States Bankruptcy Judge

1. My name is Andrew Carrillo. I am the President and Manager of Barnett Capital Advisors LLC, a Registered Investment Advisor CRD# 159113.  Personally and through accounts that I manage at my firm, we own $152,500,000 of Face Value of Sears 2019 Bond CUSIP #812350AF3 ( 37% of entire bond issue)  and $10,480,000 in Face value Sears 2018 bond CUSIP# 812350AE6 (11.77% of entire bond issue).

2. We also own 2,646,772 shares of Sears Holding Corp Stock.

 We appreciate your attention to Mr. Moore's Motion and Notice and any amendments thereof

Sincerely



**Andrew E. Carrillo**