**FOSTER GARVEY P.C.**
Dan Youngblut (DY-1988)
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 447-2908
Email: dan.youngblut@foster.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re:** : **Chapter 11**
: 
**SEARS HOLDINGS CORPORATION,** *et al.*, : **Case No. 18-23538 (SHL)**
: 
**Debtors.[1]** : **(Jointly Administered)**
: 
: 
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT SYSTEM

PLEASE TAKE NOTICE that Dan Youngblut of Foster Garvey PC ("Counsel") hereby withdraws his appearance as counsel for Shelley S. Hawkins ("Ms. Hawkins") and requests to be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

1

removed from Court's email notification service list and all other service lists in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Ms. Hawkins and Terence F. Traverso, Esq., ("Mr. Traverso"), who has been admitted *pro hac vice* in this Court [ECF No. 10678] and is Ms. Hawkins' counsel in state court litigation in Washington state, have each been notified of and consented to Counsel's withdrawal from further representation of Ms. Hawkins and will further be served with a copy of this notice of withdrawal.

PLEASE TAKE FURTHER NOTICE that withdrawal of Counsel does not prejudice Ms. Hawkins, who has no more pending matters before this Court but nevertheless remains represented in these chapter 11 cases (and otherwise) by Mr. Traverso.

PLEASE TAKE FURTHER NOTICE that Counsel has been advised that these chapter 11 cases are winding down and that there are no currently scheduled omnibus hearing dates.

PLEASE TAKE FURTHER NOTICE that all correspondence to or service on Ms. Hawkins arising from or relating to any matter connected with these chapter 11 cases should be directed to Terence F. Traverso, Esq., The Law Offices of Terence F. Traverso, 1408 140th Place NE, Suite 140, Bellevue, WA 98007, and/or at assistant1@traversolaw.com.

Dated: April 24, 2023

/s/ Dan Youngblut
FOSTER GARVEY P.C.
1111 Third Avenue, Suite 3000
Seattle, WA 98101
(206) 447-2908 (telephone)
(206) 447-9700 (facsimile)
Dan Youngblut, Esq. (DY-1988)

*Withdrawn Counsel for Shelley S. Hawkins*

2

## CERTIFICATE OF SERVICE

I, Dan Youngblut, an attorney, hereby certify that on this date I served the foregoing Notice on all persons and entities named on the CM/ECF Electronic Service List causing it to be filed electronically via the CM/ECF Filing system.  I further certify that I caused service by Federal Express overnight mail on counsel to the Chubb Companies, Mr. Traverso, and Ms. Hawkins as follows:

**Attorneys for Chubb Companies:**

Duane Morris LLP
Attn: Wendy M. Simkulak, Esq. (WS-8945)
1540 Broadway, 14th Floor
New York, NY 10036

Duane Morris LLP
Attn: Catherine B. Heitzenrater, Esq. (PA 205597)
30 South 17th Street
Philadelphia, PA 19103

Duane Morris LLP
Attn: Elisa M. Hyder, Esq. (PA 328054)
30 South 17th Street
Philadelphia, PA 19103

**Terence F. Traverso:**

Terence F. Traverso, Esq.
The Law Offices of Terence F. Traverso
1408 140th Place NE, Suite 140
Bellevue, WA 98007

**Shelley S. Hawkins:**

Shelley S. Hawkins
22221 32nd Ave SE
Bothell, WA 98021

Dated: April 24, 2023          /s/ Dan Youngblut
                                Dan Youngblut