**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:   Sears Holdings Corporation, et al.

Case No.: 18-23538

Chapter 11

Debtor

---------------------------------------------------------------x

Robert Widmeier and April Widmeier

Adversary Proceeding No.: _____

Plaintiff

v.

Sears Holdings Corporation, et al.

Defendant

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kenneth J. Brennan, request admission, ***pro hac vice***, before the Honorable _____, to represent Robert and April Widmeier, a Claimants in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Illinois & Missouri and, if applicable, the bar of the U.S. District Court for the Eastern District of Missouri (among others).

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 05/02/2023

_____, New York

/s/ Kenneth J. Brennan

*Mailing Address*:

TorHoerman Law LLC

210 South Main Street

Edwardsville, IL 62025

*E-mail address*: kbrennan@thlawyer.com

*Telephone number*: (618) 656-4400