UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: Sears Holdings Corporation, et al.

Case No.: 18-23538 (RDD)

Chapter 11

Debtor

---------------------------------------------------------------x

Robert Widmeier and April Widmeier

Adversary Proceeding No.: _____

Plaintiff

v.

Sears Holdings Corporation, et al.

Defendant

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kenneth J. Brennan, to be admitted, ***pro hac vice***, to represent Robert Widmeier and April Widmeier, (the "Client") a Claimaint in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois & Missouri and, if applicable, the bar of the U.S. District Court for the Eastern District of Missouri (among others), it is hereby

**ORDERED**, that Kenneth J. Brennan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

UNITED STATES BANKRUPTCY JUDGE