**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**In Re:**

| | | |
|---|---|---|
| **SEARS HOLDINGS CORPORATION,** *et al.***,** | : | Chapter 11 |
| Debtors. | : | |
| | : | **Bankruptcy No. 18-23538-SHL** |
| | : | **(Jointly Administered)** |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Vera N. Kanova, Esquire on behalf of the Commonwealth of Pennsylvania, Department of Environmental Protection ("PA DEP") in the above-captioned matter.

Respectfully submitted,

/s/ Vera N. Kanova

Vera N. Kanova
Assistant Counsel
PA ID No. 316676
Office of Chief Counsel
400 Market Street
Harrisburg, PA  17101-2063
717-787-9370
verkanova@pa.gov

FOR THE COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION

Date:  May 4, 2023