**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**In Re:**

| | | |
|---|---|---|
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Chapter 11** |
| **Debtors.** | : | |
| | : | **Bankruptcy No. 18-23538-SHL** |
| | : | **(Jointly Administered)** |

## MOTION TO WITHDRAW AS ATTORNEY

The Commonwealth of Pennsylvania, Department of Environmental Protection

("Department"), by and through its undersigned counsel, respectfully submits this Motion to

Withdraw as Attorney in the above cited Bankruptcy case.

1.      Attorney Kanova is an associate counsel at the Department.

2.      Attorney Kanova entered her appearance in the case for monitoring purposes.

3.      The Department has not actively participated in the case and has no ongoing or

pending interest or controversy in the case.

4.      Attorney Kanova has accepted employment elsewhere and will no longer

represent the Department.

WHEREFORE, the Department requests that Attorney Kanova be permitted to withdraw as

counsel of record for the Department, and that she be removed from the Court's electronic

notification system and all service lists in this case.

Respectfully submitted,

/s/ Vera N. Kanova

_____
Vera N. Kanova
Assistant Counsel
PA ID No. 316676
Office of Chief Counsel
400 Market Street
Harrisburg, PA  17101-2063
717-787-9370
verkanova@pa.gov


FOR THE COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION

Date:   May 8, 2023