# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

**In Re:**

| | | |
|---|---|---|
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | Chapter 11 |
| Debtors. | : | |
| | : | Bankruptcy No. 18-23538-SHL |
| | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Vera N. Kanova, hereby certify that I served a true and correct copy of the foregoing Motion to Withdraw as Attorney on all interested persons via CM/ECF.

Respectfully submitted,

/s/ Vera N. Kanova

---

Vera N. Kanova
Assistant Counsel
PA ID No. 316676
Office of Chief Counsel
400 Market Street
Harrisburg, PA  17101-2063
717-787-9370
verkanova@pa.gov

FOR THE COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION

Date:  May 8, 2023