**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**In Re:**

| | | |
|---|---|---|
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **:** | **Chapter 11** |
| **Debtors.** | **:** | |
| | **:** | **Bankruptcy No. 18-23538-SHL** |
| | **:** | **(Jointly Administered)** |

## <u>ORDER</u>

Upon consideration of the Commonwealth of Pennsylvania, Department of

Environmental Protection's Motion to Withdraw as Attorney in the above cited Bankruptcy

case,

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED.

2. Attorney Vera N. Kanova shall be removed from above-captioned proceeding.

Dated: _____, New York
_____, 20\_\_

_____
UNITED STATES BANKRUPTCY JUDGE