WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Gregory Silbert

*Attorneys for the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :   **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,                      :
                                                               :   **Case No. 18-23538 (SHL)**
                                                               :
              **Liquidating Debtor.** [1]                      :
---------------------------------------------------------------x
In re                                                          :
                                                               :   **Chapter 11**
**AIG EUROPE, S.A.**, *et al.*,                                :
                                                               :   **Adv. Pro. No 23-07004 (SHL)**
                            **Plaintiffs.**                    :
                    v.                                         :
                                                               :
**SEARS HOLDINGS CORPORATION**, *et al.*,                      :
                                                               :
                            **Defendants.**                    :
                                                               :
---------------------------------------------------------------x

<u>**NOTICE OF AGENDA OF MATTER SCHEDULED FOR HEARING**</u>
<u>**TO BE CONDUCTED THROUGH ZOOM ON MAY 17, 2023 AT 11:00 A.M.**</u>

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601-4140

---

[1] On January 11, 2023, the Court entered the *Order (I) Entering Final Decree Closing Certain of the Chapter 11 Cases and (II) Granting Related Relief* (ECF No. 10776), closing the affiliated chapter 11 cases and directing that all motions, notices and other pleadings relating to any of the affiliated debtors be filed in this case. The location of the Liquidating Trust is c/o M3 Advisory Partners, LP, 1700 Broadway, 19th Floor, New York, New York 10019.

**PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted through Zoom. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must contact the Court at (914) 467-7250 to register for attendance at the Hearing. Pro se parties may participate in the hearing free of charge using Zoom.**

I.      **ADVERSARY PROCEEDING:**

1.  AIG Europe, S.A., at el., v. Sears Holding Corporation and Santa Rosa Mall, LLC. **[Adversary Proceeding No. 23-07004]**

    **Motion for Preliminary Injunction and Temporary Restraining Order**

    <u>Response Deadline</u>:   January 11, 2023 at 4:00 p.m. (Prevailing Eastern Time)

    <u>Related Documents</u>:

    A.  Adversary Complaint **[ECF No. 1]**

    B.  Summons **[ECF No. 3]**

    C.  Amended Complaint **[ECF No. 6]**

    D.  Summons **[ECF No. 9]**

    E.  Santa Rosa's Opposition to Motion for Preliminary Injunction and Request for Dismissal **[ECF No. 17]**

    F.  Sears Holding Corporation's Answer to Amended Complaint **[ECF No. 18]**

    G.  Sears Holding Corporation's Memorandum of Law in Support of Motion for Preliminary Injunction **[ECF No. 19]**

    H.  Sears Holding Corporation's Response Brief in Further Support of Motion for Preliminary Injunction **[ECF No. 24]**

    I.  AIG Europe, S.A.'s Reply Memorandum of Law in Further Support of Motion for a Preliminary Injunction and in Opposition to Santa Rosa Mall, LLC's Cross-Motion to Dismiss **[ECF No. 25]**

  J. Unopposed Motion for Extension of Time to File Responses to Debtors' Positions on Request for Preliminary Injunction **[ECF No. 27]**

  K. Notice of Adjournment of Hearing **[ECF No. 29]**

  L. Santa Rosa Mall LLC's Response to Debtors Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction **[ECF No. 30]**

<u>Status</u>:  This matter is going forward on a contested basis.

Dated:  May 16, 2023
   New York, New York

          <u>/s/ Garrett A. Fail</u>
          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York  10153
          Telephone:  (212) 310-8000
          Facsimile:  (212) 310-8007
          Ray C. Schrock, P.C.
          Garrett A. Fail
          Gregory Silbert

          *Attorneys for the Liquidating Trustee*