# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

| | | |
|---|---|---|
| **SEARS HOLDINGS CORPORATION, et al.,** | : | Chapter 11 |
| Debtors. | : | |
| | : | Bankruptcy No. 18-23538-SHL |
| | : | (Jointly Administered) |

## WITHDRAWAL OF APPEARANCES

Please withdraw the appearances of Lloyd Bernstein and Richard Williams of Bullivant Houser Bailey PC on behalf of The Chubb Companies, a party-in-interest.

Dated: May 17, 2023         Respectfully submitted,

BULLIVANT HOUSER BAILEY PC

By s/ Lloyd Bernstein
    Lloyd Bernstein *(admitted pro hac vice)*

By s/ Richard Williams
    Richard Williams *(admitted pro hac vice)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I electronically filed the foregoing Withdrawal of Appearances with the Clerk of the Bankruptcy Court using the e-filing system.

s/ Mary Brown
Mary Brown, Legal Assistant

4888-0406-0770.1