UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

_____

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that I, Kristin Corbett, hereby request withdrawal of my appearance in the above-captioned case on behalf of Transform Holdco LLC and certain of its affiliates (collectively "Transform Holdco") and request to be removed from all service lists in these cases, including all electronic service lists and the ECF notification system.

PLEASE TAKE FURTHER NOTICE that Luke A. Barefoot, Sean A. O'Neal, Abena A. Mainoo and Thomas S. Kessler of Cleary Gottlieb Steen & Hamilton LLP continue to represent Transform Holdco in the above-captioned cases.

Dated: June 14, 2023
    New York, New York

Respectfully submitted,

/s/ Kristin Corbett_____
Kristin Corbett