ZHONG LUN NEW YORK LLP
2 Wall Street, 21st Floor
New York, New York 10005
Telephone: (212) 380-8388
Facsimile: (212) 810-1995
Kenneth M. Katz
*Counsel for SAMD Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*,[1] | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |
| Kmart Holding Corporation and Sears, Roebuck and Co., | |
| Plaintiffs, | Adv. Pro. No. 20-06404 |
| v. | |
| SAMD Limited, | |
| Defendant. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF WTHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that I, Kenneth M. Katz, hereby request the withdrawal of my appearance on behalf of SAMD Limited ("SAMD") in the above-captioned adversary proceeding, *Kmart Holding Corporation and Sears, Roebuck and Co. v. SAMD Limited*, Adv. Pro. No. 20-06404 (the "Adversary Proceeding"), and request to be removed from all service lists in the Adversary Proceeding and the jointly administered above-captioned Chapter 11 proceedings, *In re: Sears Holdings Corporation*, *et al*., Case No. 18-23538-RDD, including all electronic service lists and the ECF notification system.

PLEASE TAKE FURTHER NOTICE that, after June 16, 2023, undersigned counsel will no longer be associated with the firm Zhong Lun New York LLP, which represented SAMD in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on March 25, 2022, the Court So Ordered the Stipulation and Order for Voluntary Dismissal of Adversary Proceeding, which stated that the Adversary Proceeding had been settled and the dismissal was with prejudice.

PLEASE TAKE FURTHER NOTICE that the Adversary Proceeding was closed subject to the filing of a notice of appeal within fourteen (14) days of the entry of the order terminating the Adversary Proceeding, and no such notice of appeal was filed in the Adversary Proceeding.

Dated:   June 16, 2023
         New York, New York

Respectfully submitted,

*/s/ Kenneth M. Katz*
Kenneth M. Katz
ZHONG LUN NEW YORK LLP
Two Wall Street, 21st Floor
New York, New York 10005
e-mail: kenkatz@zhonglun.com
Telephone: (212) 380-8388
Facsimile: (212) 810-1995