Christopher Feuerbach
3616 South 117 Street
Omaha, Nebraska  68144
402-319-8618
chrisach3@gmail.com

FILED
U.S. BANKRUPTCY COURT
2023 JUN 14 P 12: 00
S.D. OF N.Y.

June 4, 2023

Judge Sean H Lane
   US Bankruptcy Court
   Southern District of New York
300 Quarropas Street
White Plains, New York   10601-4140

RE: Sears Bankruptcy Petition #18-23537-shl

Judge Lane,

Late last year I contacted the debtors for the Sears Roebuck bankruptcy, Weil Gotshal & Manges, LLP, to make an offer for assets that I believe were not listed on the on the bankruptcy petition. The information I had was from my attorney here in Omaha. I did not receive a response.  It may have been that it was after the bankruptcy was finalized but I did not see anything in the news.  The bankruptcy had been going on for almost 4 years.  I am just following up on my offer.

In a nutshell, what I proposed was to purchase of all the unclaimed property assets of Sears all of its subsidiaries that filed for bankruptcy protection (See the attached).

Maybe it was the unorthodox offer for unorthodox assets.  However, after all is said and done, they are assets of Sears etal.  After additional due diligence, I have had to adjust the offer downwards to $5,000.  This would a paperwork intensive operation.

The only requirement would to obtain all the addresses of each of the operations listed in the bankruptcy petition.  This may be quite lengthy as even Sears itself had thousands of stores without Kmart.  Plus with the court approved sale would be a start.

The only drawbacks would be what unclaimed assets would be included.  Each state has different length of time to submit unclaimed property and different requirements for obtaining those assets.  Most of the states require business addresses.  Because the filing was on 10/15/2018, what date would be needed to split the assets from pre-bankruptcy and post-bankruptcy entities.  Plus, there is TransformCo that did not file bankruptcy but still had ownership of certain Sears and Kmart stores.

These assets would be lost forever if no one wanted to go through the motions to try to get these from the various states. They may have sat there for quite a while. And with the potential downfall of Sears etal. These assets will never be recovered.

To make it simple would be just to buy all of the unclaimed assets but I am sure there are legal requirements as to what can or can't be sold.

If your staff would just let me know if this is possible now at this late in the process would be great. I would just close my file on this attempt. Again, it is unorthodox but lots of regular processes now started out as unusual.

Thank you for your consideration.

Sincerely,

Chris J Feuerbach

CLMAGT, MEGA, JtAdm

# U.S. Bankruptcy Court
## Southern District of New York (White Plains)
### Bankruptcy Petition #: 18-23537-shl

Date filed: 10/15/2018

*Assigned to:* Judge Sean H. Lane
Chapter 11
Voluntary
Asset

*Debtor*
**Sears, Roebuck and Co.**
3333 Beverly Road
Hoffman Estates, Il 60179
COOK-IL
Tax ID / EIN: 36-1750680
*fka* **A&E Factory Service**
*fka* **Accents for Less**
*fka* **Appliance Liquidators**
*fka* **American Siding & Deck, Inc.**
*fka* **American Windows & Sash, Inc.**
*aka* **Austin Technology Center**
*aka* **Bath and Kitchen Elegance**
*aka* **Bath and Kitchen Elegance of the Desert**
*aka* **Big Beaver of Caguas Development Corporation**
*aka* **Big Beaver of Caguas Development Corporation II**
*aka* **Big Kmart**
*aka* **Big Kmart (#3680)**
*aka* **Central Wholesale Appliance Supply, Inc.**
*aka* **Chantell Marketing**
*aka* **Circle of Beauty Inc.**
*aka* **Delver**
*aka* **Delver.com**
*aka* **Designer Depot**
*aka* **Eblon Technologies India Private Limited**
*aka* **Evoke Productions**
*aka* **FitStudio by Sears**
*aka* **Florida Builder Appliances, Inc.**
*aka* **Garment Rack**
*aka* **HDC Holding Company of Delaware, Inc.**
*aka* **HO. Tampa Development Co.**
*aka* **HO. Tysons Office Investment Co.**
*aka* **ILJ, Inc.**
*aka* **JAF, Inc.**
*aka* **KC Kelley Group**
*aka* **Kenmore Direct**
*aka* **Kids Stockroom**

represented by **Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8000
Fax : (212) 310-8007
Email: jacqueline.marcus@weil.com

**Ray C Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
Fax : 212-310-8007
Email: ray.schrock@weil.com

*aka* Kmart
*aka* Kmart Acquisition Corp.
*aka* Kmart Apparel Corp.
*aka* Kmart Apparel Fashions Corp.
*aka* Kmart Apparel Leasing Corp.
*aka* Kmart Apparel Service of Atlanta Corp.
*aka* Kmart Apparel Service of Des Plaines Corp.
*aka* Kmart Apparel Service of Sunnyvale Corp.
*aka* Kmart Corporation
*aka* Kmart Enterprises, Inc.
*aka* Kmart Far East Limited
*aka* Kmart Financing I
*aka* Kmart Global Sourcing Ltd.
*aka* Kmart Holding Company
*aka* Kmart Holdings, Inc.
*aka* Kmart Lessee Operations, LLC
*aka* Kmart Management Corporation
*aka* Kmart Michigan Property Services, L.L.C.
*aka* Kmart of Amsterdam, NY Distribution Center, Inc.
*aka* Kmart of Pennsylvania LP
*aka* Kmart Pharmacies of Minnesota, Inc.
*aka* Kmart Pharmacies, Inc.
*aka* Kmart Properties, Inc.
*aka* Kmart Stores of Indiana, Inc.
*aka* Kmart Stores of TNCP, Inc.
*aka* KMI, Inc.
*aka* Koolvent Aluminum Products, Inc.
*aka* Kresge - Kmart Limited
*aka* Little Caesars
*aka* Max Acquisition Delaware Inc.
*aka* McKids
*aka* McKids The Store
*aka* McPhail's Appliances
*aka* MetaScale Technologies India Private Limited
*aka* Monark
*aka* Monark Holdings Inc.
*aka* Monark of California
*aka* Monark Premium Appliance Co.
*aka* Monark Premium Appliance Co. of Arizona
*aka* Monark Premium Appliance Co. of California
*aka* MXSV, Inc.
*aka* NTB - National Tire and Battery
*aka* NTB-National Tire & Battery
*aka* PMB, Inc.
*aka* Prairie Buck I, Inc.
*aka* Prairie Buck II, Inc.
*aka* Private Brands, Ltd.
*aka* Relay LLC
*aka* San Diego Appliance Sales
*aka* Sears
*aka* Sears #1284
*aka* Sears Acquisition Corp.
*aka* Sears Auto Center

*aka* Sears Auto Center #6582
*aka* Sears Auto Centers
*aka* Sears Carpet and Upholstery Care, Inc.
*aka* Sears Essentials
*aka* Sears Grand
*aka* Sears Grand #1673
*aka* Sears Holdings Management Corporation
*aka* Sears Home Appliance Showrooms
*aka* Sears Home Improvement Products (South), Inc.
*aka* Sears Home Services
*aka* Sears Home&Life
*aka* Sears Lessee Operations, LLC
*aka* Sears Logistics Services
*aka* Sears Logistics Services, Inc.
*aka* Sears Merchandise Group
*aka* Sears Merchandise Group, Inc.
*aka* Sears New York Insurance Agency
*aka* Sears Oklahoma Insurance Agency
*aka* Sears Protection Company Inc.
*aka* Sears Protection Company, Inc.
*aka* Sears Technology Services LLC
*aka* Sears, Roebuck de Mexico, S.A. de C.V.
*aka* Sears, Wishbook, Inc.
*aka* ServiceLive Direct
*aka* SHMC, Inc.
*aka* Shop Your Way Local, LLC
*aka* shopyourway.com
*aka* Sourcing and Technical Services, Inc.
*aka* SRC O.P. LLC
*aka* SRC Real Estate (TX), LLC
*aka* Standards of Excellence
*aka* Standards of Excellence Outlet Store
*aka* Super K
*aka* Super Kmart
*aka* SUPER KMART CENTER
*aka* Super Kmart Center
*aka* Texas Bluelight.com Inc.
*aka* The Annexx Restaurant
*aka* The Great Indoors
*aka* Tire Property Holding, Inc.
*aka* Tri-Valley Crossings
*aka* Troy CMBC Property, L.L.C.
*aka* Westar Kitchen & Bath LLC
*aka* Westar Kitchen and Bath
*aka* Westar Kitchen and Bath, LLC
*aka* Western Bluelight.com LLC
*aka* WestStar Kitchen and Bath
*aka* WestStar Kitchen and Bath LLC
*aka* Continental Carpet Cleaning, Inc.
*aka* Sears Carpet and Upholstery Care, Inc.
*aka* Print Procurement Company, LLC
*aka* Print Production Company, LLC
*aka* Relay LLC

**From:** C Feuerbach
**Sent:** Tuesday, August 30, 2022 11:16 AM
**To:** desiree.rhymer@weil.com
**Subject:** FW: Sears Bankruptcy Petition # 18-23537-shl - Purchase of assets

Ms. Rhymer,

I received a bounceback email noting that Jacqueline Marcus has retired and that you would be handling her client matters.

Please see below for my request.

Thank you.

Chris Feuerbach

Sent from Mail for Windows

**From:** C Feuerbach
**Sent:** Tuesday, August 30, 2022 11:10 AM
**To:** ray.schrock@weil.com; jacqueline.marcus@weil.com
**Subject:** Sears Bankruptcy Petition # 18-23537-shl - Purchase of assets

Mr. Schrock and Ms. Marcus,

I understand that the bankruptcy of Sears etal is still ongoing and I see that you are representing the debtors in this
matter. I am not sure that this request should go through you or the court and I am sending a copy of the request to
them also.

It is an unusual request, but I think these assets are never really thought about. I do not know who holds these assets
Or if they were transferred with those assets to Eddie Lampert.

I would like to purchase the unclaimed property assets of the debtors that are held in trust at the various states with
usually the state treasurers. I would like to offer $10,000 for the rights to receive these assets.

Again, I know that it is an unusual request. Some of these assets have been on state books for decades and no one really
considers them an asset.

Please consider my request seriously.

Thank you for your consideration.

OVER →

Christopher Feuerbach

402-319-8618 Cell

3616 South 117th Street
Omaha, Nebraska 68144



Sent from Mail for Windows