UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                         :
                                               :        **Chapter 11**
**SEARS HOLDINGS CORPORATION, *et al.*,**      :
                                               :        **Case No. 18-23538 (SHL)**
                                               :
           Debtors.[1]                         :        **(Jointly Administered)**
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Victor Wong, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 18, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Master Email Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matter Scheduled for Hearing to be Conducted Through Zoom on July 19, 2023 at 2:00 p.m. [Docket No. 10864]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: July 28, 2023

*/s/ Victor Wong*
Victor Wong

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 28, 2023, by Victor Wong, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF  71401

**<u>Exhibit A</u>**

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to State of Michigan, Department of Treasury | AG and Assistant AG for the State of Michigan, Dept. of Treasury | harrisj12@michigan.gov |
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |
| Counsel to Svetlana Anderson ('Anderson") | Alderman & Alderman, LLC | courts@alderman.com |
| Attorneys for Aldine Independent School District | Aldine Independent School District | bnkatty@aldineisd.org |
| As Agent Bayview Loan Servicing, LLC, the Bank of New York Mellon FKA the Bank of New York | Aldridge Pite, LLP | jarnold@aldridgepite.com |
| Counsel to Morneau Shepell Ltd., in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan | Allen & Overy LLP | laura.hall@allenovery.com<br>joseph.badtke-berkow@allenovery.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | James.Vincequerra@alston.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | leib.lerner@alston.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Sayville Menlo, LLC and Local Texas Tax | Ansell Grimm & Aaron, P.C. | ajd@ansellgrimm.com |
| Counsel to Rare Hospitality Management, LLC, Rare Hospitality International, Inc., Cheddars Casual Café, Inc., and Darden Restaurants, Inc. | Arent Fox LLP | beth.brownstein@arentfox.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | Arnold & Porter Kaye Scholer LLP | brian.lohan@arnoldporter.com |
| Counsel to Shinn Fu Company of America, Inc. | Ashford – Schael LLC | CSchael@AshfordNJLaw.com |
| Counsel to City Choice Limited | ASK LLP | eneiger@askllp.com<br>jchristian@askllp.com |
| Counsel for Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession | ASK LLP | jsteinfeld@askllp.com<br>gunderdahl@askllp.com<br>bmcgrath@askllp.com<br>kcasteel@askllp.com<br>eneiger@askllp.com<br>mudem@askllp.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | AT&T Services Legal Department | Jg5786@att.com |
| Interested Party | Austin Enterprises, LP. | jconnelly@austinenterpriseslp.com |
| Counselt to 233 S. Wacker, LLC | Backenroth Frankel & Krinsky, LLP | mfrankel@bfklaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | fkhan@bakerlaw.com |
| Counsel to Brixmor Property Group, Inc., Federal Realty Investment Trust, and Fee Examiner | Ballard Spahr LLP | pollack@ballardspahr.com marriott@ballardspahr.com |
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | branchd@ballardspahr.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, White Plains Galleria Limited Partnership, and Fee Examiner | Ballard Spahr LLP | heilmanl@ballardspahr.com<br>summersm@ballardspahr.com<br>daluzt@ballardspahr.com<br>roglenl@ballardspahr.com<br>mcclambc@ballardspahr.com |
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC and FBA Holdings, Inc. | Ballard Spahr LLP | harnerp@ballardspahr.com<br>kutnera@ballardspahr.com |
| Counsel to Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLC, Light 125 James West LLC, Shilington Plaza LLC | Barclay Damon LLP | knewman@barclaydamon.com |
| Counsel to Urschel Development Corporation | Barnes & Thornburg LLP | mowens@btlaw.com |
| Counsel to Retail Opportunity Investments Corp. | Bayard, P.A. | emiller@bayardlaw.com |
| Counsel to BICO Associates GP | Beard & Savory, PLLC | russell.savory@gmail.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for True Value Company | Beck, Chaet, Bamberger & Polsky, S.C. | deggert@bcblaw.net |
| Counsel to Raven Associates c/o Aegis Investments, Inc., | Belkin Burden Wenig & Goldman, LLP | llindenberg@bbwg.com |
| Counsel to M&G Jewelers, Inc. | Bell Nunnally & Martin LLP | rmills@bellnunnally.com |
| Counsel to PREP Hanover Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com |
| Counsel to MIDAMCO, an Ohio Limited Partnership | Benesch, Friedlander, Coplan & Aronoff LLP | wschonberg@beneschlaw.com |
| Counsel to Brixton Provo Mall, LLC | Bewley, Lassleben & Miller, LLP | Ernie.park@bewleylaw.com |
| Counsel to salesforce.com, Inc., Oath (Americas) Inc. | Bialson, Bergen & Schwab | Tgaa@bbslaw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Wilshire Investments, LLC (formerly known as Wilshire Business Center, a California General Partnership) | Binder & Malter LLP | michael@bindermalter.com julie@bindermalter.com |
| Counsel for The Clorox Sales Company | Blakeley LC | SEB@BlakeleyLC.com |
| Counsel to Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | JRhodes@BlankRome.com |
| Counsel to Hansae Co. Ltd., Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Tarr@BlankRome.com EZucker@BlankRome.com |
| Counsel to Taylor Sorensen, as Person Representative of the Wrongful Death Estate of Jonathan Sorensen, Deceased, ("Sorensen") | Bleus & Associates, LLC | bleusandassociates@gmail.com |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to iStar Jewelry LLC | Brach Eichler LLC | arainone@bracheichler.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Briggs and Morgan, P.A. | jjorissen@briggs.com |
| Counsel to Hain Capital Group, LLC | Brown Rudnick LLP | bsilverberg@brownrudnick.com |
| Counsel to The Realty Associates Fund X, L.P. | Buchalter, A Professional Corporation | pweiser@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | schristianson@buchalter.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | christopher.schueller@bipc.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | terry.shulsky@bipc.com<br>tyler.dischinger@bipc.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Argonaut Insurance Company | Cadwalader, Wickersham & Taft LLP | Eric.Waxman@cwt.com<br>Anthony.Deleo@cwt.com |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | jlevitin@cahill.com<br>rstieglitz@cahill.com |
| Counsel to Winners Industry Co., Ltd. | Calfee, Halter & Griswold LLP | jschwartz@calfee.com<br>gkallergis@calfee.com<br>rmcmillan@calfee.com |
| Counsel for California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | joan.huh@cdtfa.ca.gov |
| Counsel to 14 Oaks Associates, LLC | Carmody MacDonald P.C. | sjk@carmodymacdonald.com |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | MKurzman@carmodylaw.com |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | tsansone@carmodylaw.com |
| Counsel to Naterra International, Inc. | Carrington, Coleman, Sloman & Blumenthal, L.L.P. | jkatz@ccsb.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, the SRAC Medium Term Notes (Top 5 Secured Creditor), Counsel to South Central GWB Co., Inc. ("South Central") | Carter Ledyard & Milburn LLP | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com |
| Counsel to ZG Apparel Group LLC , Studio 1 Div. of Shazdeh Fashions and The Libman Company | Certilman Balin Adler & Hyman, LLP | rmccord@certilmanbalin.com rnosek@certilmanbalin.com |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | szuber@csglaw.com |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | ksimard@choate.com jmarshall@choate.com |
| Counsel to MJ Holding Company, LLC | Chuhak & Tecson, P.C. | cpellegrini@chuhak.com |
| Counsel to the City of Philadelphia/School District of Philadelphia and Water Revenue Bureau | City of Philadelphia Law Department | Megan.Harper@phila.gov |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited, Giza Spinning & Weaving Co., Bradshaw Westwood Trust, and BST International Fashion Ltd. | CKR Law LLP | eschnitzer@ckrlaw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | srichman@clarkhill.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc., and Milton Manufacturing, LLC | Clark Hill PLC | srichman@clarkhill.com<br>nbencze@clarkhill.com |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill Strasburger | duane.brescia@clarkhillstrasburger.com |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | dblau@clarkhill.com |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, ESL Investments, Inc. and its affiliates (including JPP, LLC, & JPP II, LLC), Transform Holdco LLC and certain of its affiliates, Transform Holdco LLC, and Transform SR Brands LLC | Cleary, Gottlieb, Steen & Hamilton LLP | soneal@cgsh.com<br>aweaver@cgsh.com<br>rmukhi@cgsh.com<br>jkpark@cgsh.com<br>tmoloney@cgsh.com<br>amainoo@cgsh.com<br>lbarefoot@cgsh.com<br>kcorbett@cgsh.com<br>tkessler@cgsh.com |
| Counsel to Bonita Casa, LLC | Cohen & Grigsby, P.C. | wkelleher@cohenlaw.com<br>hward@cohenlaw.com |

Exhibit A

Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to International Union (UAW), United Steelworkers (USW), and Workers United (WU) | Cohen, Weiss and Simon LLP | rseltzer@cwsny.com |
| Counsel to American Casting & Manufacturing Corp. | Colleran, O' Hara & Mills LLP | scf@cohmlaw.com |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | kbifferato@connollygallagher.com kconlan@connollygallagher.com cgriffiths@connollygallagher.com |
| Counsel to Washington Prime Group Inc. | Cooley LLP | svanaalten@cooley.com |
| Counsel to Payco Foods Corporation | Coto & Associates | rco@crlawpr.com |
| Counsel to Verizon Capital Corp. and NCC Key Company, Counsel to Certain Former Directors of Sears Canda, Inc. | Covington & Burling LLP | dcoffino@cov.com |
| Counsel to National Distribution Centers, LLC | Cozen O'Connor | mfelger@cozen.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Stanley Black & Decker, Inc. & affiliated entities, and Ann Reese, Paul DePodesta and William Kunkler | Cravath, Swaine & Moore LLP | pzumbro@cravath.com<br>wearnhardt@cravath.com |
| Counsel to Appalachian Power Company | Cullen and Dykman, LLP | Tslome@CullenandDykman.com |
| Counsel to 5525 S. Soto St Associates, 5525 S. Soto Street Associates LLC | Dahan & Nowick LLP | davidtaxin@dahannowick.com |
| Counsel to Peterson Technology Partners, Inc. | Daniel Law PLLC | ajd@daniellawpllc.com |
| Counsel to Electronics for Imaging, Inc. and Stolaas Company | Davidoff Hutcher & Citron LLP | dwander@tarterkrinsky.com |
| Counsel to Cushman & Wakefield, Inc. | Davis Polk & Wardwell LLP | elliot.moskowitz@davispolk.com |
| Counsel to Lakin Tire West Incorporated | Day Pitney LLP | jwcohen@daypitney.com |
| Counsel to Greenwood Motors, Inc., d/b/a R+L Carriers | Dean & Fulkerson | Ksummers@dflaw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | eweisgerber@debevoise.com<br>slevinson@debevoise.com<br>jeroberts@debevoise.com |
| Counsel to Cascade Investment, LLC | Debevoise & Plimpton LLP | nmflores@debevoise.com |
| DFS Services, LLC | DFS Services, LLC | bethsolomon@discover.com |
| Counsel to Team Worldwide Corporation | Diamond McCarthy LLP | adiamond@diamondmccarthy.com |
| Counsel to Transform Holdco LLC with regard to the all matters relating to MOAC Mall Holding LLC | DLA Piper LLP (US) | Richard.Chesley@dlapiper.com<br>Rachel.Albanese@dlapiper.com<br>Craig.Martin@dlapiper.com |
| Counsel to ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC | Drinker Biddle & Reath LLP | marita.erbeck@dbr.com |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Duane Morris LLP | CRBelmonte@duanemorris.com<br>PABosswick@duanemorris.com<br>TTBrock@duanemorris.com |
| Counsel to Riskonnect, Inc. | Duane Morris LLP | LJKotler@duanemorris.com<br>WMSimkulak@duanemorris.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Chubb Companies | Duane Morris LLP | WMSimkulak@duanemorris.com<br>Cheitzenrater@duanemorris.com |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | Eckert Seamans Cherin & Mellott, LLC | cgraham@eckertseamans.com |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | Eckert Seamans Cherin & Mellott, LLC | cperkins@eckertseamans.com |
| Counsel to Landlord of Kmart store in Frederiksted, VI (Store #7413) referred in various papers as Sunshine Shopping Center Inc, Mall of Saint Croix, Sunshine Mall, Hatim Yusuf, and Plaza Juana Diaz, landlord of Kmart Store in Puerto Rico (Store #3993) | Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Counsel to Prestige Bay Plaza Development Corp. | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | lmay@eisemanlevine.com |
| Counsel to McDonald's Corporation | Elliott Greenleaf, P.C. | ems@elliottgreenleaf.com<br>jpe@elliottgreenleaf.com |
| Counsel to International Cruise & Excursions Gallery, Inc. | Engelman Berger P.C. | sbc@eblawyers.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Epicor Software Corporation | lbercovich@epicor.com |
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | ppascuzzi@ffwplaw.com |
| Counsel to Santa Rosa Mall, LLC | Ferraiuoli LLC | gchico@ferraiuoli.com |
| Counsel to Luan Investment, SE | Ferraiuoli LLC | scolon@ferraiuoli.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | mark.wilson@fisherbroyles.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | patricia.fugee@fisherbroyles.com |
| Counsel for Cherokee Debt Acquisition, LLC, Whitebox Asymmetric Partners, LP, Whitebox Multi-Strategy Partners, LP and Hain Capital Investors Master Fund, Ltd. | Foley & Lardner LLP | emorabito@foley.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to CenterPoint Properties Trust, and Victor Reagan Family Trust, Cherokee Debt Acquisition, LLC, Whitebox Asymmetric Partners, LP, Whitebox Multi-Strategy Partners, LP and Hain Capital Investors Master Fund, Ltd. | Foley & Lardner LLP | kcatanese@foley.com jcampos@foley.com |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | msmall@foley.com |
| Counsel to Victor Reagan Family Trust | Foley Gardere Foley & Lardner LLP | tscannell@foley.com |
| Counsel for Sherthal, LLC | Fox Rothschild LLP | Jwidman@Foxrothschild.com |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Sniederman@FoxRothschild.com |
| Counsel to Capref Burbank, LLC | Fox Rothschild, LLP | mhall@foxrothschild.com mherz@foxrothschild.com |
| Counsel to The Chamberlain Group, Inc. | Fox Swibel Levin & Carroll LLP | nreid@foxswibel.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. | FrankGecker LLP | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Counsel to Seritage Growth Properties, Seritage SRC Finance LLC, and Seritage KMT Finance LLC, Seritage Growth Properties, Seritage Growth Properties, L.P., Seritage KMT Mezzanine Finance LLC, Seritage SRC Mezzanine Finance LLC, Seritage KMT Finance LLC, Seritage SRC Finance LLC, Seritage GS Holdings LLC, Seritage SPS Holdings LLC, and Seritage MS Holdings LLC (collectively, "Seritage") | Fried, Frank, Harris, Shriver & Jacobson LLP | brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com<br>michael.keats@friedfrank.com |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | tking@fbtlaw.com |
| Counsel to Washington Prime Group Inc. and The Kroger Co. | Frost Brown Todd LLC | rgold@fbtlaw.com<br>awebb@fbtlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Fultz Maddox Dickens PLC | pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com |
| Counsel to Defendants Robert Schriesheim, Robert Riecker, and Scott Huckins | Gair Eberhard Nelson Dedinas Ltd | cgair@gairlawgroup.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Conflicts Counsel to Transform Holdco LLC | Gelber & Santillo PLLC | zgelber@gelbersantillo.com<br>ksantillo@gelbersantillo.com |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | gseitz@gsbblaw.com |
| Counsel to S&P Global, Inc. | Gibbons P.C. | dcrapo@gibbonslaw.com |
| Counsel to Henkel Corporation | Gibbons P.C. | hcohen@gibbonslaw.com |
| Counsel to Henkel Corporation, American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | nsongonuga@gibbonslaw.com |
| Counsel to Interested Party, and Saker ShopRites, Inc. | Giordano, Halleran & Ciesla, P.C. | dcampbell@ghclaw.com |
| Counsel to A.O. Smith Corporation, and Johnson Controls, Inc. | Godfrey & Kahn, S.C. | tnixon@gklaw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Infinite Peripherals, Inc. | Goldstein & McClintock LLLP | mattm@goldmclaw.com |
| Counsel to AMAV Enterprises Ltd. | Golenbock Eiseman Assor Bell & Peskoe LLP | jflaxer@golenbock.com<br>mweinstein@golenbock.com |
| Counsel to Waste Management National Services, Inc., Urban Edge Properties LP and its Subsidiaries, Interactions LLC | Goodwin Procter LLP | bbazian@goodwinlaw.com<br>mgoldstein@goodwinlaw.com<br>wweintraub@goodwinlaw.com |
| Counselt to 233 S. Wacker, LLC | Gould & Ratner LLP | searsnotice@gouldratner.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | drosner@goulstonstorrs.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | thoffmann@goulstonstorrs.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | tannweiler@greerherz.com |
| Counsel to Criteo S.A. | Hahn & Hessen LLP | jfigueiredo@hahnhessen.com |
| Co-Counsel to Taubman Landlords and NW Properties Landlords, Relator Carl Ireland, Administrator the Estate of James Garbe | Halperin Battaglia Benzija, LLP | dlieberman@halperinlaw.net<br>ahalperin@halperinlaw.net<br>lgu@halperinlaw.net |
| Counsel to Leonora Gonzalez | Herrera Law Firm, P.A. | JTHerrera@Herreralawfirm.com<br>VTarajano@Herreralawfirm.com |
| Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Herrick, Feinstein LLP | sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>msekowski@herrick.com<br>CCarty@herrick.com<br>KKolb@herrick.com |
| Counsel to BH North American Corporation | Higgs Fletcher & Mack LLP | elio@higgslaw.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Plaza las Americas, Inc., Plaza del Caribe, S.E., and Garda CL Great Lakes, Inc., Cushman & Wakefield Inc. | Holland & Knight LLP | barbra.parlin@hklaw.com<br>elvin.ramos@hklaw.com<br>arthur.rosenberg@hklaw.com<br>Marc.Antonecchia@hklaw.com |
| Counsel to Garda CL Great Lakes, Inc. | Holland & Knight LLP | jose.casal@hklaw.com<br>jjalemany@hklaw.com |
| Counsel for Kunal Kamlani | Holwell Shuster & Goldberg LLP | mgurgel@hsgllp.com<br>vlevy@hsgllp.com<br>mshuster@hsgllp.com |
| Counsel to Midwest Tool, Cutlery Company | Honigman Miller Schwartz and Cohn LLP | llichtman@honigman.com |
| Counsel to Matson Navigation Company, Inc., Counsel for the Honourable J. Douglas Cunningham, Q.C., as court-appointed litigation trustee for the Canadian Debtors, and Counsel for 1291079 Ontario Limited, as class representative for the potential class of Sears Hometown Dealer stores | Hughes Hubbard & Reed LLP | chris.gartman@hugheshubbard.com<br>neil.oxford@hugheshubbard.com<br>dustin.smith@hugheshubbard.com |
| Counsel to McLane Company, Inc. | Hunton Andrews Kurth LLP | ghesse@huntonak.com |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019, McLane Company, Inc., Henry Shahery | Hunton Andrews Kurth LLP | bgross@HuntonAK.com<br>paulsilverstein@huntonak.com<br>brianclarke@huntonak.com |

Exhibit A

Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | caleb.holzaepfel@huschblackwell.com |
| Counsel to 5330 Crosswind, LLC | Ice Miller LLP | Daniel.Swetnam@icemiller.com |
| County of Imperial, California | Imperial County Treasurer- Tax Collector | taxcollector@co.imperial.ca.us |
| Impremedia Operating Company, LLC | Impremedia Operating Company, LLC | alex.macias@impremedia.com |
| Interactions LLC | Interactions LLC | jgildea@interactions.com |
| IRS Insolvency Section | Internal Revenue Service | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Mimi.M.Wong@irscounsel.treas.gov |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Iron Mountain Information Management, LLC, | Iron Mountain Information Management, LLC | Bankruptcy2@ironmountain.com |
| Counsel to Data Print Technologies, Inc. | Jasne & Florio, L.L.P. | hgj@jasneflorio.com<br>dlk@jasneflorio.com |
| Counsel to John C. Adams and Kennylugenia Adams | John C. Adams and Kennylugenia Adams | brownsvalleyorchards@aol.com |
| Counsel for Defendant Cesar L. Alvarez | Joseph Hage Aaronson LLC | gjoseph@jha.com<br>csolomon@jha.com<br>rcherington@jha.com<br>btaylor@jha.com |
| Counsel to Lennox International Inc. and Lennox National Account Services, LLC | Judith Elkin PLLC | elkinj@mac.com |
| Counsel to Amazon.com Services, Inc., Amazon Payments, Inc., Amazon Services LLC, and SAS Institute Inc. | K&L Gates LLP | John.Bicks@klgates.com |
| Counsel to Prescott Investors, Inc., Prescott Associates L.P., Prescott General Partners LLC, Prescott International Partners L.P., Horizon Spin-Off and Corporate Restructuring Fund, Kinetics Portfolio Trust, and Luma Capital S.A.-SPF | K&L Gates LLP | brian.koosed@klgates.com |
| Counsel to Defendants Lawrence Meerschaert, Leena Munjal and Joseph Jordan | Kaplan Rice LLP | mrice@kaplanrice.com<br>hkaplan@kaplanrice.com |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (SHL)

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Kmart Holding Corporation | Katten Muchin Rosenman LLP | sreisman@katten.com |
| Counsel to GBR Green Acress Limited Liability Company, Greenwich 29 L.P., and 909 Group, L.P. | Keane & Beane, P.C. | atureaud@kblaw.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | KDWBankruptcyDepartment@KelleyDrye.com bfeder@kelleydrye.com |
| Counsel to Voortman Cookies Limited | Kenney Shelton Liptak & Nowak, LLP | jacarlino@kslnlaw.com |
| Counsel to Namco USA Inc. | Kirby Aisner & Curley LLP | jcurley@kacllp.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances, (i) GLP US Management, LLC, (ii) Icon Owner Pool 4 Northeast/Midwest, LLC, (iii) Western B Southeast FL, LLC, (iv) Icon Owner Pool 1 West/Southwest, LLC, (v) Icon Owner Pool 1 SF Non-Business Parks, LLC, (vi) Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLC, and (vii) Icon Owner Pool 1 SF Business Parks, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | ssouthard@klestadt.com lkiss@klestadt.com |
| Counsel to Shaghal, Ltd. | Kogan Law Firm, APC | mkogan@koganlawfirm.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Crossroads Mall, LLC | Koley Jessen P.C., L.L.O. | brian.koenig@koleyjessen.com |
| Counsel to Epic Designers Limited | Kudman Trachten Aloe LLP | paloe@kudmanlaw.com<br>dsaponara@kudmanlaw.com |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman \| Steady, LLC | kurtzman@kurtzmansteady.com |
| Counsel to Angela Kelly and Janyce L. MacKenzie | Lane Powell PC | brunnquellw@lanepowell.com |
| Counsel to Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC | Langley & Banack, Incorporated | dgragg@langleybanack.com |
| Counsel for 4th Street South II, LLC, a Michigan Limited Liability Company | Lasky Fifarek, P.C. | jfifarek@laskyfifarek.com |
| Counsel to Oster Yorktown Properties, LLC, U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | rzucker@lasserhochman.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | christopher.harris@lw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Simon Property Group | Latham & Watkins LLP | peter.gilhuly@lw.com<br>ted.dillman@lw.com |
| Counsel to Rhode Island Textile Company, Ruyi Design & Manufacture Inc. and TJD Holdings Inc. | Law Office of Curtis A. Hehn | curtishehn@comcast.net |
| Counsel to Vandale Industries, Inc. | Law Office of Gilbert A. Lazarus, PLLC. | gillazarus@gmail.com |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | kevin@ksnpc.com |
| Counsel for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | cgruen@gruenlaw.com |
| Counsel to JS Sainty Hantang Trad Co. Ltd | Law Offices of Chen & Associates, P.C. | chenattorney@yahoo.com |
| Local Counsel for the Certain Texas Taxing Entities | Law Offices of Douglas T. Tabachnik, P.C. | dtabachnik@dttlaw.com |
| Counsel to Caparra Center Associates, San Patricio Plaza ("SPP") Landlord | Law Offices of Penny R. Stark | pstarkesq@gmail.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Winiadaewoo Electronics America, Inc. | Law Offices of Perry R. Clark | perry@perryclarklaw.com |
| Counsel to Michael Wyse | Law Offices of Richard J. Corbi PLLC | rcorbi@corbilaw.com |
| Counsel to Henry Shahery | Law Offices of Saul Reiss | saulreiss@reisslaw.net<br>reisslaw@reisslaw.net |
| Counsel to Cudlie Accessories LLC, Flatbush Center Parking LLC, Project 28 Clothing LLC, Ikeddi Imports LLC, Cynergy Trading, Sasha Handbags, Inc., One Step Up, Ltd., Lifeworks Technology Group, Concept One Accessories, Central Mills Inc. | Lazarus & Lazarus, P.C. | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com |
| Counsel to Claimants, R.S., a minor child of Joanna Samuel, S.S., a minor child of Joanna Samuel, T.S., a minor child of Joanna Samuel, Juan Rosario, Aubain Scotland, Aquita Williams, Peter Archer, Lee J. Rohn and Richard Samuel, O'Rosia Figueroa | Lee J. Rohn and Associates, LLC | lee@rohnlaw.com |
| Counsel to EMA Investments San Diego, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | kr@lnbyb.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@publicans.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| Counsel to SUSO 4 Ocean LP and Maynardville Pike LP | Lippes Mathias Wexler Friedman LLP | jmueller@lippes.com |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | braynor@lockelord.com<br>asmith@lockelord.com |
| Counsel to DFS Services, LLC | Locke Lord LLP | ira.greene@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | jfroehlich@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | sbryant@lockelord.com |
| Counsel to LG Electronics USA, Inc., Valvoline, Medline Industries, Inc., and GTM America Corporation | Lowenstein Sandler LLP | echafetz@lowenstein.com<br>bnathan@lowenstein.com<br>rhirsh@lowenstein.com<br>lsklar@lowenstein.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Luan Investment, SE | Luan Investment, SE | alexandra.bigas@gmail.com<br>awilda.ramos@aguadillamallpr.com |
| Counsel to City of Minneapolis | Mayerson & Hartheimer PLLC | david@mhlaw-ny.com |
| Counsel to JPMorgan Chase Bank, National Association | McCalla Raymer Leibert Pierce LLC | NY_ECF_Notices@McCalla.com |
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | tleday@mvbalaw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Direct Energy Business Marketing, LLC | McDowell Hetherington LLP | andrew.kasner@mhllp.com |
| Counsel to New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | jbernstein@mdmc-law.com |
| Counsel to New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | nleonard@mdmc-law.com |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | kromano@mcglinchey.com |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | rcerone@mcglinchey.com |
| Counsel to Royal Consumer Products, LLC | Meister Seelig & Fein LLP | cjm@msf-law.com |
| Counsel to Prince George's County, Maryland, Calvert County, Maryland and Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | nkenworthy@mrrlaw.net |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | cprice@milbank.com |
| Counsel to LTMAC Properties, LLC | Miles & Stockbridge P.C. | jfarnum@milesstockbridge.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | sdnyecf@dor.mo.gov |
| Counsel to Acxiom Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | ssmith@mwlaw.com |
| Counsel to Hankook Tire America Corp., Crossroads Mall, LLC, Sakar International LLC & BST International Fashion Ltd. | Montgomery McCracken Walker & Rhoads LLP | eschnitzer@mmwr.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Craig.wolfe@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | laura.mccarthy@morganlewis.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Moritt Hock & Hamroff LLP | jchou@moritthock.com<br>tberkowitz@moritthock.com<br>dmarlow@moritthock.com |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C.,Brighton Lease Management, L.L.C., and Drake Pacer Penry Acquisition, LLC | Morris James LLP | smiller@morrisjames.com |
| Counsel to Lefmark Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | jbarsalona@mnat.com |
| Counsel to Icon Health & Fitness, Inc. | Morrison & Foerster LLP | jmarines@mofo.com<br>bbutterfield@mofo.com |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | bankruptcy@morrisoncohen.com |
| Counsel to Puerto Rico Supplies Group, Inc. and its subsidiaries and/or affiliates, Glamour Corporation, Healthtex Distributors PR, Inc., PRS Export Group, LLC, PRS On Time Distributors, LLC. (collectively "PRSG"). | MRO Attorneys at Law, LLC | mro@prbankruptcy.com |
| Counsel to International Airport Center, Inc., Comosoft, Inc. | Munsch Hardt Kopf & Harr, P.C. | dperry@munsch.com<br>klippman@munsch.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| National Association of Attorneys General | National Association of Attorneys General | kcordry@naag.org |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | jody.bedenbaugh@nelsonmullins.com |
| Counsel to Retail Opportunity Investments Corp. | Nelson Mullins Riley & Scarborough LLP | shane.ramsey@nelsonmullins.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | enid.stuart@ag.ny.gov |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | cdesiderio@nixonpeabody.com |
| Counsel to California Self-Insurrers' Security Fund | Nixon Peabody, LLP | lcisz@nixonpeabody.com |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | rpedone@nixonpeabody.com |

Exhibit A

Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Havas Formula, LLC and Havas Media Group USA LLC | Norton Rose Fulbright US LLP | andrew.rosenblatt@nortonrosefulbright.com<br>james.copeland@nortonrosefulbright.com |
| Counsel to Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | bob.bruner@nortonrosefulbright.com |
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment; Cantor Fitzgerald Securities as Administrative Agent and Collateral Agent under the Superpriority Junior Lien Secured DIP Credit Agreement; Living Spaces Furniture, LLC, FTI Consulting Canada Inc., in its capacity as court-appointed monitor for Sears Canada Inc. and certain of its affiliates | Norton Rose Fulbright US LLP | howard.seife@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com<br>stephen.castro@nortonrosefulbright.com<br>david.rosenzweig@nortonrosefulbright.com<br>eric.daucher@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | cmomjian@attorneygeneral.gov |
| Counsel for the North Carolina Department of Revenue | Office of the North Carolina Attorney General | msommer@ncdoj.gov |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | bk-jstern@oag.texas.gov<br>sherri.simpson@oag.texas.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | apetrakov@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | smetz@offitkurman.com |
| Counsel to J.W. Mitchell Company, LLC | OKeefe & Associates Law Corporation, P.C. | sokeefe@okeefelc.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | jtaylor@omm.com |
| Counsel to [24]7.ai, Inc, Defendant Thomas J. Tisch and Benefit Street 2018 LLC | O'Melveny & Myers LLP | mkremer@omm.com<br>afrackman@omm.com<br>lwagner@omm.com<br>dshamah@omm.com |
| Counsel to Santa Rosa Mall, LLC | Orlando Fernández Law Offices, P.S.C. | ofernandez@oflawoffice.com |
| Counsel to Contact US Teleservices (Atento) | Orrick, Herrington & Sutcliffe LLP | mfechik@orrick.com |
| Counsel to Contact US Teleservices (Atento), TELUS International (U.S.) Corporation, TELUS International (U.S.) Corporation | Orrick, Herrington & Sutcliffe LLP | rdaversa@orrick.com<br>echollander@orrick.com<br>efua@orrick.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | lily@pacogarment.com |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | chipford@parkerpoe.com |
| Proposed Conflict Counsel for Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | pbasta@paulweiss.com<br>kcornish@paulweiss.com<br>lclayton@paulweiss.com<br>sbuergel@paulweiss.com<br>rbritton@paulweiss.com<br>jhurwitz@paulweiss.com |
| Counsel to Wlliam Juiris | Pedersen & Houpt | lbyrne@pedersenhoupt.com<br>jdelnero@pedersenhoupt.com |
| Counsel to Red Bull North America, Inc. | Pepper Hamilton LLP | jaffeh@pepperlaw.com<br>listwakk@pepperlaw.com |
| Counsel to Fayette County, Kerr County, City of Weslaco, Weslaco Independent School District, Kendall County, Maverick County & Uvalde County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | jbanks@pbfcm.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD, and Local Counsel for the Certain Texas Taxing Entities | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | ecobb@pbfcm.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | lmbkr@pbfcm.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | osonik@pbfcm.com |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | dpick@picklaw.net |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Pierce McCoy, PLLC | jon@piercemccoy.com |
| Counsel to Tote, Inc. | Price Meese Shulman & D'Arminio, P.C. | rsteinberg@pricemeese.com |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | gerald.kennedy@procopio.com |
| Counsel to Malca-Almit USA, LLC ("Malca") | Pryor & Mandelup, L.L.P. | lr@pryormandelup.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to ABC Supply Co. Inc. | Pryor & Mandelup, L.L.P. | rlp@pryormandelup.com |
| Counsel to Broad Street Station, LLC c/o Collett | Pryor Cashman LLP | mhofsdal@pryorcashman.com |
| Counsel to the Administrative Expense Claims Representative | Quinn Emanuel Urquhart & Sullivan LLP | erikamorabito@quinnemanuel.com |
| Counsel to Omega Advisors Inc. and the Administrative Expense Claims Representative | Quinn Emanuel Urquhart & Sullivan LLP | susheelkirpalani@quinnemanuel.com jonpickhardt@quinnemanuel.com andrewcorkhill@quinnemanuel.com matthewscheck@quinnemanuel.com ellisonmerkel@quinnemanuel.com erickay@quinnemanuel.com |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | tdaily@rrlawpc.com |
| Counsel to Miele, Inc. | Reiss+Preuss LLP | greiss@reisspreuss.com |
| Counsel to Sante Marcoccia | Rich Michaelson Magaliff, LLP | hmagaliff@r3mlaw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Santa Rosa Mall, LLC | Ríos Gautier & Cestero, C.S.P. | riosgautierlaw@yahoo.com |
| Counsel to Miele, Inc. | Robert E. Michael & Associates PLLC | Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com |
| Counsel to AmCap Wilson II LLC and Wilson Norridge LLC | Robinson & Cole LLP | pbirney@rc.com |
| Counsel to East End Commons Associates LLC, Wolf Family Series LP d/b/a Series III, Wolf Family Series LP d/b/a Series VII; Ontario Enterprises of the Wolf Family Series LP | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | fbr@robinsonbrog.com<br>rms@robinsonbrog.com |
| Counsel to Guy Roofing, Inc. | Robinson Gray Stepp & Laffitte, LLC | bmetzger@robinsongray.com |
| Counsel for MOAC Mall Holdings LLC | Ropes & Gray LLP | douglas.hallward-driemeier@ropesgray.com |
| Counsel for MOAC Mall Holdings LLC | Ropes & Gray LLP | gregg.galardi@ropesgray.com<br>andrew.devore@ropesgray.com |
| Counsel to Cross Country Home Services, Inc., and Duff & Phelps, LLC | Ropes & Gray LLP | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com<br>andrew.devore@ropesgray.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Duff & Phelps, LLC | Ropes & Gray LLP | nicholas.berg@ropesgray.com<br>timothy.farrell@ropesgray.com |
| Counsel to Cranston/BVT Associates, LLP | Rosen & Associates, P.C. | srosen@rosenpc.com |
| Local Counsel to BH North American Corporation | Rowlands, Lebrou & Griesmer, PLLC | mcatalfimo@rlglawny.com |
| Counsel to RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt | Rubin LLC | prubin@rubinlawllc.com |
| Counsel to Colonial Properties LLC, Groveport Lynx LLC, Lawrence Mart LLC, USP Aerospace Solutions, Inc. | Ruskin Moscou Faltischek, P.C. | mamato@rmfpc.com |
| Counsel to AmCap Wilson II, LLC, Wilson Norridge, LLC, and HRA Fountains LP | S&D Law | skelly@s-d.com |
| Counsel to Ray Padula Holdings, LLC | Sahn Ward Coschignano, PLLC | mmccann@swc-law.com<br>rabiuso@swc-law.com<br>jshafferman@swc-law.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Sakar International Inc. | Sakar | jweinblatt@sakar.com |
| Counsel to the Ciuffo Family Trust & Dorel Industries Inc. | Schiff Hardin LLP | ksadeghi@schiffhardin.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | bankruptcynoticeschr@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes, Fairholme Capital Management L.L.C. and Bruce Berkowitz | Seward & Kissel LLP | ashmead@sewkis.com alves@sewkis.com hyland@sewkis.com hooper@sewkis.com czarny@sewkis.com gayda@sewkis.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | emfox@seyfarth.com ebacon@seyfarth.com |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | fsosnick@shearman.com sara.coelho@shearman.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Fee Examiner | Sheppard Mullin Richter & Hampton LLP | pharner@sheppardmullin.com |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton, LLP | afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | rreinert@shutts.com |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | rtucker@simon.com |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | mshriro@singerlevick.com |
| Counsel for Loyal Holdings DE LLC and Westfall Town Center JV | Sirlin Lesser & Benson, P.C. | dplon@sirlinlaw.com |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>george.howard@skadden.com |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | enotices@skijain.com |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (SHL)

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Paco (China) Garment Ltd. | Smiley Wang-Ekvall, LLP | pstrok@swelawfirm.com |
| Counsel to Red Bull North America, Inc. | Snell & Wilmer L.L.P. | rkinas@swlaw.com |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | bk@svllaw.com |
| Counsel to Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh | Sorling Northrup | darolf@sorlinglaw.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | tonder@stark-stark.com jlemkin@stark-stark.com |
| State of Nebraska, Nebraska Game and Parks Commission | State of Nebraska | Carlton.Wiggam@Nebraska.gov |
| Counsel to KG Denim Limited | Stein IP, LLC | loliveira@steinip.com |
| Counsel to East Penn Manufacturing Co. | Stevens & Lee, P.C. | cp@stevenslee.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for Telesoft Corp. | Stinson Leonard Street LLP | thomas.salerno@stinson.com |
| Counsel for the Subsidiaries of Verizon Communications Inc. | Stinson LLP | darrell.clark@stinson.com |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | streusand@slollp.com |
| Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Stroock & Stroock & Lavan LLP | khansen@stroock.com<br>jcanfield@stroock.com<br>sbhattacharyya@stroock.com |
| Counsel to Robert A. Catalfamo, Lavarita D. Meriwether and Plaintiffs in the consolidated ERISA Action (the "ERISA Plaintiffs) | Stull, Stull & Brody | pkslyne@ssbny.com |
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc., Steven T. Mnuchin | Sullivan & Cromwell LLP | dietdericha@sullcrom.com<br>sacksr@sullcrom.com<br>gluecksteinb@sullcrom.com |
| Counsel for Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC | SulmeyerKupetz, A Professional Corporation | ckwu@sulmeyerlaw.com<br>ahami@sulmeyerlaw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
| --- | --- | --- |
| Counsel to Infiiloom India Private Ltd., Weavetex Overseas, Sumit Textile Industries, and Weavetex Overseas | Suri Law Office | lawyer@surilawoffice.com |
| Counsel to Alexandria Pelletteri & Thomas Pelletteri | Szaferman, Lakind, Blumstein, & Blader P.C. | bsattin@szaferman.com |
| Counsel to WiniaDaewoo Electronics America, Inc. | Tai Cho, Attorney at Law | taicho7@aol.com |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Riela@thsh.com |
| Counsel to the Taubman Landlords | Taubman Landlords | aconway@taubman.com |
| Counsel to Stockton Mariposa LLC | The Law Office of Thomas A. Farinella, P.C. | tf@lawtaf.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | mccarron.william@pbgc.gov efile@pbgc.gov |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (SHL)

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Mien Co., Ltd., Helen Andrews Inc, Strong Progress Garment Factory Company Limited, Shanghai Fochier | The Sarachek Law Firm | joe@saracheklawfirm.com |
| Counsel to Pepperidge Farm, Incorporated | The Tsang Law Firm, P.C. | mtsang@tsanglawfirm.com |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Curtis.Tuggle@ThompsonHine.com |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | powerwangtxks@vip.126.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | AGBankNewYork@ag.tn.gov |
| Counsel to Superb International Co., Ltd. | Tobias Law Firm, P.C. | dtobias@tobiaslawpc.com |
| Counsel to Tannor Capital Advisors LLC, as the general partner of Tannor Partners Credit Fund | Togut, Segal & Segal LLP | frankoswald@teamtogut.com mnester@teamtogut.com |
| Counsel to MP Holdings LLC and Larry D. Kelley | Trainor Fairbrook | jpruski@trainorfairbrook.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Travis County | Travis County Attorney | kay.brock@traviscountytx.gov |
| Counsel to Steven Bruce as Trustee of the Steven Bruce Revocable Trust, Cara Bruce and Lou Cuida as Trustee of the Cara Bruce Irrevocable Trust, and Allison Bruce and Lou Cuida as Trustees of the Allison Bruce Irrevocable Trust (collectively, the "Bruce Trusts") | Troutman Sanders LLP | amy.williams@troutman.com |
| Counsel to Biltmore Commercial Properties I, LLC, Steven Bruce as Trustee of the Steven Bruce Revocable Trust, Cara Bruce and Lou Cuida as Trustee of the Cara Bruce Irrevocable Trust, and Allison Bruce and Lou Cuida as Trustees of the Allison Bruce Irrevocable Trust (collectively, the "Bruce Trusts") | Troutman Sanders LLP | Brett.Goodman@troutman.com Alissa.Piccione@troutman.com |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Jeffrey.Oestericher@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Counsel to NorthStar Group Services, Inc., Village of Hoffman Estates, Agri-Fab, Inc. | Vedder Price P.C. | mschein@vedderprice.com jdunn@vedderprice.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Verizon Capital Corp. | marva.m.levine@verizon.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to MaxColor, LLC and Townley, Inc. | Wachtel Missry LLP | cohen@wmllp.com |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | notice@waldrepllp.com |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'Reilly Falanga LLP | sfalanga@walsh.law |
| Counsel to Wolverine World Wide, Inc. and its affiliates, Chervon (HK), Ltd. | Warner Norcross + Judd LLP | gtoering@wnj.com |
| Counsel to Levcom Wall Plaza Associates and West Orange Plaza | Wasserman, Jurista & Stolz, P.C. | Dclarke@wjslaw.com |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | ray.schrock@weil.com<br>garrett.fail@weil.com<br>sunny.singh@weil.com<br>jessica.liou@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com<br>Dominic.Litz@weil.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Lake Success Shopping Center LLC and CE Vernon II, LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | mbrofman@weisszarett.com |
| Counsel to Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis Co., L.P.A. | sfink@weltman.com |
| Counsel to Amerco Real Estate Company, Salesforce.com, Inc., Cisco Systems, Inc., Google LLC, and Multipet International Inc. | White and Williams LLP | vandermarkj@whiteandwilliams.com |
| Counsel to International Cruise & Excursions Gallery, Inc. | Whiteford, Taylor & Preston LLC | cajones@wtplaw.com |
| Counsel to Angela Kelly and Janyce L. MacKenzie, International Cruise & Excursions Gallery, Inc. | Whiteford, Taylor & Preston LLC | klewis@wtplaw.com |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | sgerald@wtplaw.com |
| Counsel to 156 Tom Hill LLC | Wiles & Wiles, LLP | bankruptcy@evict.net |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Capref Burbank, LLC | Williams Legal Advisory Group, LLC | awilliams@williamsadvisors.com |
| Counsel for Edward S. Lampert, ESL Investments, Inc., RBS Partners LP, CRK Partners LLC, SPE Master I L.P., ESL Partners L.P., SPE I Partners L.P., RBS Investment Management LLC, ESL Institutional Partners L.P., ESL Investors, L.L.C., JPP LLC, and JPP II LLC (collectively, the "ESL Defendants") | Wilmer Cutler Pickering Hale and Dorr LLP | philip.anker@wilmerhale.com<br>noah.levine@wilmerhale.com<br>ryanne.perio@wilmerhale.com |
| Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Wilmington Savings Fund Society, FSB | phealy@wsfsbank.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Wilmington Trust, National Association | scimalore@wilmingtontrust.com |
| Counsel to Putnam County and Tomra/RSI, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | mark.ledwin@wilsonelser.com |
| Counsel to Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | saron@wrslawyers.com |
| Cousnel to Richard Bruce and Ronald Olbrysh | Wollmuth Maher & Deutsch LLP | JLawlor@wmd-law.com<br>BAxelrod@wmd-law.com |

Exhibit A

Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Choice Auto Repairs, Inc. | Womble Bond Dickinson (US) LLP | charlie.livermon@wbd-us.com |