UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: Sears, Roebuck and Co. | ) ) ) ) ) ) Chapter 11<br><br>Case No.: 18-23538-shl |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURUSANT TO SECTION 362 (D) OF THE BANKRUPTCY CODE

Upon consideration of the Motion for Relief from the Automatic Stay, ~~dated ___, 2023.~~ ("Motion") of Cerci and Jorge Hernandez ("Movants") for an Order pursuant to section 362(d) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004, granting relief from the automatic stay to allow Movants to continue his pre-petition products liability action to determine the liability if any, of Sears, Roebuck and Co. (the "Debtor") for injuries suffered by the Movants, liquidate any amount determined to be owed by the Debtor to the Movants, obtain a judgment for any such amount and permit execution on any such judgment against the Debtor's insurance carriers or their successors; and it further appearing that the Court has jurisdiction to consider the Motion; and it appearing that due notice of the Motion has been given and no further notice need be given; **_and there being no objection to the relief granted below;_** and upon the proceedings before the Court and good and sufficient cause appearing, it is hereby;

**ORDERED** that the motion is granted and the automatic stay is lifted to permit the action pending in the United States District Court for the District of Massachusetts, Civil Action No.: 1:18-CV-10872-RGS, to continue to determine the liability, if any of the Debtor for the injuries alleged by the Movants, to liquidate the amount, if any, determined to be owed ~~by the Debtor~~ to the Movants ~~and to obtain a judgement for any such amount~~, **_with the understanding that_**

~~IT IS FURTHER ORDERED~~ ~~that~~ the automatic stay is lifted **_only_** to permit the Movants to execute on any such judgment against the Debtor's insurers or their successors **_and not against the Debtors._**

Dated: August 3, 2023

/s/ *Sean H. Lane*
United States Bankruptcy Judge