IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

| | | |
|---|---|---|
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | Chapter 11 |
| Debtors. | : | |
| | : | Bankruptcy No. 18-23538-SHL |
| | : | (Jointly Administered) |

**ORDER**

Upon consideration of the Commonwealth of Pennsylvania, Department of Environmental Protection's Motion to Withdraw as Attorney in the above cited Bankruptcy case,

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED.

2. Attorney Vera N. Kanova shall be removed from above-captioned proceeding.


Dated: August 3, 2023

                                           */s/ Sean H. Lane*
                                    UNITED STATES BANKRUPTCY JUDGE