UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, *et al.,*                          CHAPTER 11

                                                              Case No. 18-23538 (SHL)

                          Debtors.                            Jointly Administered

------------------------------------------------------------x

## NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO LIQUIDATING TRUST'S OMNIBUS OBJECTION

**TO THE HONORABLE SEAN H. LANE, UNITED STATES BANKRUPTCY JUDGE:**

**PLEASE TAKE NOTICE** that **Aron Goldberger** ("Claimant"), appearing pro se, hereby

submits this Notice of Supplemental Authority regarding the Liquidating Trust's Omnibus

Objection to Claims (Vexatious Litigants) [Docket No. 11025].

1. **The New Authority:** On April 23,2026, the United States District Court for the Southern

   District of New York (Hon. Kenneth M. Karas) entered an **Order Granting**

   **Reconsideration** in the related Civil Appeal, Goldberger v. Sears Holdings Corporation,

   Case No. 7:26-cv-02493-KMK. (See Docket No. 7 in Case 7:26-cv-02493).

2. **Relevance to this Proceeding:** The Liquidating Trust has moved to expunge Claimant's

   administrative claims on the grounds that Claimant is a "Vexatious Litigant."

3. **Contradiction of Trust's Argument:** The District Court's Order expressly **GRANTED**

Claimant's Motion for Reconsideration and **GRANTED** Claimant's status to proceed In

Forma Pauperis (IFP).

1. Under federal law (28 U.S.C. § 1915(e)(2)), a court must dismiss an IFP case if it

   determines the action is "frivolous or malicious."

2. By granting IFP status and allowing the appeal to proceed, the District Court has

   effectively recognized that Claimant's arguments possess arguable legal merit and

   are **not** frivolous.

4. **Conclusion:** The District Court's ruling directly undermines the Liquidating Trust's

   assertion that Claimant is vexatious or acting without merit. Claimant respectfully requests

   this Court take judicial notice of the District Court Order and deny the Trust's

   Objection.

Dated: April 29, 2026

Respectfully submitted,

1830 Blue Course Drive
State College, PA 16801

**Goldberger, Aron/ Kingdom Seekers Inc.**            **Sears Holdings  Case No. 18-23538**
**04/30/2026**

# EXHIBIT A

**Exhibit A : Copy of " MOTION FOR RECONSIDERATION AND REQUEST TO STAY
PENDING BANKRUPTCY HEARING" GRANTED by Judge Karas to support
<u>"NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO LIQUIDATING
TRUST'S OMNIBUS OBJECTION"</u>**

MEMO ENDORSED

IFP status granted.  So ordered.

April 23, 2026

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

ARON GOLDBERGER,
Plaintiff,

           vs.

SEARS HOLDINGS CORPORATION, *et al.,*
Defendants,

    ------------------------------------------------------------x

                                 CHAPTER 11

                                 Case No. 7:26-cv-02493-KMK

## MOTION FOR RECONSIDERATION AND REQUEST TO STAY PENDING BANKRUPTCY HEARING

### 1. PRELIMINARY STATEMENT

Plaintiff moves this Court to reconsider the Order dated April 6, 2026, denying In Forma Pauperis (IFP) status. The denial was based on a finding of "Projected" income ($120,000) that contradicts the Plaintiff's actual, current insolvency.

### 2. NEW EVIDENCE: THE INTERVENING EVENT

The Plaintiff's financial status is now the subject of active litigation in the U.S. Bankruptcy Court for the Middle District of Pennsylvania (Case No. 4:26-bk-00574).

- The April 23rd Hearing: The Bankruptcy Court has scheduled a hearing for **April 23, 2026**, specifically to adjudicate the Debtor's financial disclosures and the validity of the "Projected Income" figures.

- **Exclusive Jurisdiction:** The Bankruptcy Court has primary jurisdiction over the Debtor's estate and assets. A ruling by this Court enforcing fees based on "projected" assets would conflict with the Bankruptcy Court's administration of the actual assets.

## 3. EVIDENCE OF ACTUAL INCOME (EXHIBIT 1)

Attached hereto as Exhibit 1 is the Plaintiff's Sworn Affidavit, attesting that his current employment income is $0.00. The "Projected" $120,000 is a speculative figure contingent on future events and does not exist as liquid cash.

## 4. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

(A) **Reconsider** the denial of IFP status based on the Sworn Affidavit attached; or in the Alternative

(B) **Stay** the requirement to pay fees until the Bankruptcy Court issues its ruling after the April 23rd hearing.

Dated: April 19th, 2026

State College, PA

/s/ Aron Goldberger

Aron Goldberger, Plaintiff Pro Se

# Exhibit 1

Document 2: The Affidavit (Exhibit 1)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

ARON GOLDBERGER,

Plaintiff,

        vs.

SEARS HOLDINGS CORPORATION, *et al.,*          CHAPTER 11

Defendant,

                Case No. 7:26-cv-02493-KMK

   -----------------------------------------------------------x

## AFFIDAVIT OF FINANCIAL STATUS

State of Pennsylvania )
County of Centre ) ss:

I, **Aron Goldberger**, being duly sworn, depose and state:

1. **Status**: I am the Plaintiff in this action and the Debtor-in-Possession in a pending Chapter 11 Subchapter V Bankruptcy in the Middle District of Pennsylvania (Case No. 4:26-bk-00574-MJC).

2. **Direct Rebuttal:** I make this affidavit specifically to rebut the judicial finding that I possess a "Projected" income of $120,000.00.

3. **Actual Income:** My actual, current disposable income from employment is $0.00.

4. **Source of Support:** My household currently subsists on charitable, "in-kind" assistance provided by a church. This assistance covers needs directly and does not constitute a cash

salary available for court fees.

5. **Speculative Nature of Projection:** The "$120,000" figure is a future projection

contingent on business reorganization success. It is not a liquid asset in my possession

today. I cannot use "projected" funds to pay the filing fee for this action.

6. **Verification:** My financial status is currently under the oversight of the United States

Bankruptcy Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2026

Aron Goldberger

(State of Pennsylvania, County of Centre ) ss:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

ARON GOLDBERGER,

Plaintiff,

           vs.

SEARS HOLDINGS CORPORATION, *et al.,*           CHAPTER 11

Defendant,

           Case No. 7:26-cv-02493-KMK

--------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I hereby certify that on this 20 th day of April, 2026, I served a true and correct copy of the

**"MOTION FOR RECONSIDERATION AND REQUEST TO STAY PENDING
BANKRUPTCY HEARING" AND (Exhibit 1) "AFFIDAVIT OF FINANCIAL STATUS"**

by — Email, and Pro-se Upload Tool upload upon the following parties:

- U.S. Bankruptcy Court Southern District New York
- U.S. Trustees
- WEIL, GOTSHAL & MANGES LLP
- SRZ Liquidating Trust
- Any other parties entitled to notice under Fed. R. Bankr. P. 2002

Dated: April 20, 2026

Respectfully submitted,

Aron Goldberger, Debtor *Pro Se*

1830 Blue Course Drive

State College, PA 16801

(845)-825-7547

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, *et al.,*                    CHAPTER 11

                                                        Case No. 18-23538 (SHL)

                        Debtors.                        Jointly Administered

-----------------------------------------------------------x


# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2026, I served a true and correct copy of the

### <u>NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO LIQUIDATING TRUSTS OMNIBUS OBJECTION</u>

by — Email, and  Pro-se Upload Tool upload  upon the following parties:

- U.S. Bankruptcy Court Southern District New York
- U.S. Trustees
- WEIL, GOTSHAL & MANGES LLP
- SRZ Liquidating Trust
- Any other parties entitled to notice under Fed. R. Bankr. P. 2002


Dated: April 30,  2026

 Respectfully submitted,


 Aron  Goldberger, Debtor *Pro Se*

1830 Blue Course Drive

State College, PA 16801

 (845)-825-7547