WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for SRZ Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** ***et al.*****,** | : | |
| | : | **Case No. 18-23538 (SHL)** |
| **Liquidating Debtors.**[1] | : | |

**PERIODIC REPORT AS OF APRIL 30, 2026**

REPORT PREPARER:
M3 ADVISORY PARTNERS, LP, AS LIQUIDATING TRUSTEE OF THE SRZ LIQUIDATING TRUST ("SRZ")

[1] On January 11, 2023, the Court entered the *Order (I) Entering Final Decree Closing Certain of the Chapter 11 Cases and (II) Granting Related Relief* (ECF No. 10776), closing the affiliated chapter 11 cases and directing that all motions, notices and other pleadings relating to any of the affiliated debtors be filed in this case. The location of the Liquidating Trust is c/o M3 Advisory Partners, LP, 1700 Broadway, 19th Floor, New York, New York 10019.

| **SRZ Liquidating Trust Estimates as of April 30, 2026** | **In Millions of Dollars** | **Notes** |
|---|---|---|
| Cash | 72 | |
| Less Reserves for Disputed Administrative Claims, Wind Down Costs, and Contingencies | (41) | 1 |
| Net Estimated Cash Available for Future Distribution | 31 | |
| Estimated Future Recoveries on Other Assets and Potential Add Backs from Reserves | 2-34 | 2 |
| Estimated Distributions to PBGC | 33-48 | 3 |
| Estimated Distributions to General Unsecured Claims | 0-17 | 4 |

Notes

1 Includes reserves related to (i) AIG Europe, S.A., at el., v. Sears Holding Corporation and Santa Rosa Mall, LLC [Adversary Proceeding No. 23-07004], (ii) claims of recipients of alleged preference payments and other disputed claims, (iii) potential tax claims, and (iv) wind down costs of the Liquidating Trust and other contingencies

2 Includes estimates for proceeds from tax refunds, class action proceeds, future interest income, and affirmative litigation

3 PBGC's remaining unpaid priority claims total $47.5 million. Recovery estimate excludes amounts which may result from (i) resolution of disputed administrative claims in amounts less than the amounts currently reserved, and (ii) lower than estimated administration cost of the liquidating trust without use of all amounts reserved for wind down and contingencies. SRZ contemporaneously with this Period Report has filed, notice of intent to distribute $20 million to the PBGC on or about July 2, 2026

4 SRZ currently estimates there are 23,700 General Unsecured Claims asserting a total of $25 billion. Further reconciliation efforts are ongoing